| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF VIRGINIA |
| Case number *(if known)* _____  Chapter __11__ |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Civitas Health Care Services, Inc.** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-2277735** |
| 4. | **Debtor's address** | **Principal place of business**  **5663 South Laburnam Avenue**  **Henrico, VA 23231**  Number, Street, City, State & ZIP Code  **Henrico**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.civitashealth.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **Civitas Health Care Services, Inc.**  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__8093__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor **Civitas Health Care Services, Inc.** _____ Case number (*if known*) _____
    Name

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* | |
| | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. | |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |

| | | |
|---|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No | |
| | ☐ Yes. | Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | | **Why does the property need immediate attention?** (*Check all that apply.*) |
| | | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | |     What is the hazard? _____ |
| | | ☐ It needs to be physically secured or protected from the weather. |
| | | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | | ☐ Other _____ |
| | | **Where is the property?** _____ |
| | |     Number, Street, City, State & ZIP Code |
| | | **Is the property insured?** |
| | | ☐ No |
| | | ☐ Yes.   Insurance agency _____ |
| | |     Contact name _____ |
| | |     Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds** | *Check one:* | |
| | ■ Funds will be available for distribution to unsecured creditors. | |
| | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. | |

| **14. Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|
| **15. Estimated Assets** | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor **Civitas Health Care Services, Inc.**  Case number (*if known*)
     Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 24, 2019**
              MM / DD / YYYY

**X /s/ Lemar Allen Bowers**                         **Lemar Allen Bowers**
Signature of authorized representative of debtor      Printed name

Title   **Chief Executive Office/President**

**18. Signature of attorney**

**X /s/ Steven Shareff**                             Date **September 24, 2019**
Signature of attorney for debtor                           MM / DD / YYYY

**Steven Shareff 24323**
Printed name

**Steven Shareff, Esquire**
Firm name

**PO Box 729**
**Louisa, VA 23093**
Number, Street, City, State & ZIP Code

Contact phone  **540 748-2176**      Email address  **eleban39@aol.com**

**24323 VA**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Civitas Health Care Services, Inc.**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| AF Byrd<br>5737 S Laburname Avenue<br>Building 5<br>Henrico, VA 23231 | | corporate office arrears | | | | $13,230.00 |
| Bill Waddington<br>909 East Main Street<br>Ste 1200<br>Richmond, VA 23219 | | legal services | | | | $22,024.00 |
| Commonwealth of Va for DMAS<br>Attorney General/Jody Allen<br>900 East Main Street<br>Richmond, VA 23219 | | retractions due to medicaid overpayments | | | | $40,661.00 |
| Hogge Law<br>500 East Plume Street Ste 800<br>Richmond, VA 23230 | | legal services | | | | $15,303.00 |
| Internal Revenue Services<br>c/o Ms. M Edwards Revenue Off<br>410 N 8th Street Room 860<br>Richmond, VA 23219-4838 | | payroll taxes | | $1,000,000.00 | $0.00 | $1,000,000.00 |
| Jackson Lewis Legal<br>701 East Byrd Street 17th Floo<br>Richmond, VA 23219 | | legal services | | | | $36,485.00 |

Debtor **Civitas Health Care Services, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Kabbage** 740 Waukegan Road Ste 404 Deerfield, IL 60015 | | credit line | | | | $19,885.00 |
| **Knight Capital Funding** 9 East Loockermann Street Suite 202-543 Dover, DE 19901 | | | | $57,500.00 | $0.00 | $57,500.00 |
| **On Deck** 1400 Broadway New York, NY | | lloan | | | | $40,269.00 |
| **Parker Pollard** 6802 Paragon Place Suite 230 Richmond, VA 23230 | | legal services | | | | $25,740.00 |
| **Parker Pollard Wilton and Pead** 6802 Paragon Place Suite 300 Richmond, VA 23230 | | legal services | | | | $19,653.00 |
| **Porter Realty** 4801 Radford Avenue PO Box 6482 Richmond, VA 23230 | | office space lease | | | | $12,969.00 |
| **SPG Advance** 1221 McDonald Avenue Brooklyn, NY 11230 | | | | $53,501.00 | $0.00 | $53,501.00 |
| **Stewart Financial Services** 13819 Vincent Lane Midlothian, VA 23114 | | accounting services | | | | $14,184.00 |
| **The Nesbitt Law Firm** 1915 Huguenot Road Richmond, VA 23235 | | legal services | | | | $12,092.00 |
| **Tierpoint** 12444 POwercourt Drive Ste 450 Saint Louis, MO 63131 | | server hosting site | | | | $62,666.00 |

Debtor **Civitas Health Care Services, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| United Health Care UHS Premium Building PO Box 959782 Saint Louis, MO 63195-9782 | | employee health insurance | | | | $89,254.00 |
| Virginia Department of Taxatio PO Box 1777 Richmond, VA 23218-1777 | | | | $88,852.00 | $0.00 | $88,852.00 |
| Virginia Employment Commission | | | | $39,164.00 | $0.00 | $39,164.00 |
| Windstream 3 Golf Center Suite 361 Hoffman Estates, IL 60169 | | phone service early termination fee | | | | $127,261.00 |

```
ADP LLC
PO Box 842875
Boston, MA 02284-2875


AF Byrd
5737 S Laburname Avenue
Building 5
Henrico, VA 23231


Anthem
PO Box 361625
Columbus, OH 43236


AT&T
PO Box 2390
Southgate, MI 48195


Ballentine Manor
PO Box 730
Carrollton, VA 23314


Bill Waddington
909 East Main Street Ste 1200
Richmond, VA 23219


City of Virginia Beach
2401 Courthouse Drive Buld 1
Virginia Beach, VA 23456


Commissioner of Revenue
PO Box 15285


Commonwealth of Va for DMAS
Attorney General/Jody Allen
900 East Main Street
Richmond, VA 23219


Crowgey and  Associates
1108 East Main Sttreet Ste 600
Richmond, VA 23219-3535


Direct Capital
155 Commerce Way
Portsmouth, NH 03801
```

```
E Fax
PO Box 361595
Columbus, OH 43236


Henrico County Finance
PO Box 90775
Henrico, VA 23273


Henrico County Revenue Divisio
PO Box 90775
Henrico, VA 23273


Hirschler Flesicher Attorneys
2100 East Cary Street
Richmond, VA 23223


Hogge Law
500 East Plume Street Ste 800
Richmond, VA 23230


Internal Revenue Services
c/o Ms. M Edwards Revenue Off
410 N 8th Street Room 860
Richmond, VA 23219-4838


Jackson Lewis Legal
701 East Byrd Street 17th Floo
Richmond, VA 23219


Jessica Spain
Atlantic Constructors
1401 Battery Brooke Parkway
Virginia Beach, VA 23455


Kabbage
740 Waukegan Road Ste 404
Deerfield, IL 60015


Knight Capital Funding
9 East Loockermann Street
Suite 202-543
Dover, DE 19901
```

Lauris Online
419 Salem Avenue
Roanoke, VA 24016

Miller Mechanical
9701 Metroploitan Court
Suite C
Richmond, VA 23236

On Deck
1400 Broadway
New York, NY

Parker Pollard
6802 Paragon Place Suite 230
Richmond, VA 23230

Parker Pollard Wilton and Pead
6802 Paragon Place Suite 300
Richmond, VA 23230

Patient First
PO Box 759041
Baltimore, MD 21275-9041

Paycheck
1175 John Street
West Henrietta, NY 14586

Pitney Bowles
PO Biox 963
Buffalo, NY 14226

Porter Realty
4801 Radford Avenue
PO Box 6482
Richmond, VA 23230

Relias Learning
111 Corning Road Suite 250
Cary, NC 27518

Shred it
2883 Network Place
Chicago, IL 60673

```
SPG Advance
1221 McDonald Avenue
Brooklyn, NY 11230


Staples Inc
PO Box 361595
Columbus, OH 43236


Stewart Financial Services
13819 Vincent Lane
Midlothian, VA 23114


The Flying Locksmiths
1553 Bradford Road Ste 202
Virginia Beach, VA 23455


The Nesbitt Law Firm
1915 Huguenot Road
Richmond, VA 23235


Tierpoint
12444 POwercourt Drive Ste 450
Saint Louis, MO 63131


United Health Care
UHS Premium Building
PO Box 959782
Saint Louis, MO 63195-9782


Virginia Department of Taxatio
PO Box 1777
Richmond, VA 23218-1777


Virginia Employment Commission



Wilson law Group
5000 Monument Avenue
Richmond, VA 23230


Windstream
3 Golf Center Suite 361
Hoffman Estates, IL 60169
```

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Civitas Health Care Services, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Civitas Health Care Services, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 24, 2019**  
Date

**/s/ Steven Shareff**  
**Steven Shareff 24323**  
Signature of Attorney or Litigant  
Counsel for   **Civitas Health Care Services, Inc.**  
**Steven Shareff, Esquire**  
**PO Box 729**  
**Louisa, VA 23093**  
**540 748-2176**  
**eleban39@aol.com**

**United States Bankruptcy Court**
**Eastern District of Virginia**

In re   **Civitas Health Care Services, Inc.**                              Case No.
                                   Debtor(s)                                 Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Lemar Allen Bowers**, declare under penalty of perjury that I am the **Chief Executive Office/President** of **Civitas Health Care Services, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Lemar Allen Bowers**, **Chief Executive Office/President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Lemar Allen Bowers**, **Chief Executive Office/President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Lemar Allen Bowers**, **Chief Executive Office/President** of this Corporation is authorized and directed to employ **Steven Shareff 24323**, attorney and the law firm of **Steven Shareff, Esquire** to represent the corporation in such bankruptcy case."

Date  **September 24, 2019**                                Signed  **/s/ Lemar Allen Bowers**
                                                                    **Lemar Allen Bowers**

Resolution of Board of Directors
of
**Civitas Health Care Services, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Lemar Allen Bowers**, **Chief Executive Office/President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Lemar Allen Bowers**, **Chief Executive Office/President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Lemar Allen Bowers**, **Chief Executive Office/President** of this Corporation is authorized and directed to employ **Steven Shareff 24323**, attorney and the law firm of **Steven Shareff, Esquire** to represent the corporation in such bankruptcy case.

Date **September 24, 2019**    Signed _____

Date **September 24, 2019**    Signed _____