B420A (Official Form 20A) (Notice of Motion or Objection) (12/16)

# United States Bankruptcy Court
### Eastern District of Virginia

| | | |
|---|---|---|
| In re | **Civitas Health Services, Inc.** | )<br>)<br>) |
| | Debtor | )<br>) Case No.<br>) **19-34993**<br>)<br>) |
| Address | **5663 South Laburnam Avenue**<br>**Henrico, VA 23231** | ) Chapter **11** |
| Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s).,(if any): | **26-2277735** | ) |
| Employer's Tax Identification (EIN) No(s). (if any): | **26-2277735** | )<br>) |

### APPLICATION TO APPOINT STEVEN SHAREFF, ESQ. AS COUNSEL TO DEBTOR

Comes now Civitas Health Services, Inc., Debtor and Debtor-in-Possession herein ("Debtor") with its application to appoint Steven Shareff, Esq., as counsel to the Debtor, and in support thereof respectfully represents the following:

1. This case was commenced by a petition filed by the Debtor on September 24, 2019 in the United States Bankruptcy Court for the Eastern District of Virginia.

2. In order to carry out the responsibilities of the Debtor and to operate its business, the Debtor has determined that it is necessary to employ Steven Shareff, Esq. as its counsel during the pendency of this proceeding for the following purposes:

    A. To provide legal advice with respect to its powers and duties as Debtor-in-Possession in the operation of its business and management of its property and with respect to the assets of the estate and claims of creditors and other parties in interest;

    B. To assist the Debtor in the preparation of its Statement of Affairs and Schedules and related documents;

    C. To prepare and file on behalf of the Debtor necessary applications, answers, orders, reports and other legal papers;

    D. To represent the interests of the Debtor in proceedings arising in or related to this case;

    E. To investigate and pursue actions on behalf of the Debtor;

    F. To develop, negotiate, and draft a disclosure statement and plan; and

    G. . To perform other legal services for the Debtor which may be necessary in this case.

3. Steven Shareff has significant experience representing debtors in bankruptcy proceedings.

4. The Debtor believes that Steven Shareff is qualified to render the foregoing services to the Debtor, that he is a disinterested person within the meaning of 11 U.S.C. §101(14) and that he has no connection with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee except as set forth the Declaration attached to this Application.

5The Debtor proposes to pay Steven Shareff at his hourly rate of $200.00 and to reimburse him for travel and expenses, including postage, at cost.

WHEREFORE, the Debtor respectfully moves the Court, pursuant to 11 U.S.C. §327 and Rule 2014 to enter an Order authorizing the employment of Steven Shareff, Esq. as counsel to the Debtor as set forth in this Application.

CIVITAS HEALTH SERVICES, INC.

By counsel

/s/Steven Shareff, Esquire
VSB#24323
115 West Main Street Suite 5
PO Box 729
Louisa, VA 23093

540 748 2176
Counsel for the Debtor in Possession

Certificate of Service

I hereby certify I mailed a copy of the foregoing to all creditors and interested parties this 28th day of September, 2019.

/s/ Steven Shareff

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

CIVITAS HEALTH SERVICES, INC            CASE NO. 19-34993
               Debtor

DECLARATION OF COUNSEL

1, Steven Shareff, declare:

    I. I am an attorney admitted to practice before all state and federal courts in the Commonwealth of Virginia.

    2. I am a sole practitioner; my Virginia Bar License is #24323.

    3. I have had extensive practice in bankruptcy law, and I am qualified and willing to represent the Debtor in this Chapter 11 proceeding.

    4. Prior to the preparation and filing of the bankruptcy petition in this case, I never represented the debtor

    5. I have received $5000.00 retainer for my current representation, and the debtor has agreed to compensate me at the hourly rate of $200.00 per hour.

    6. I do not have any interest adverse to this bankruptcy estate, and I am a disinterested person as defined in Code §101(14). I have no other connection with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

/s/Steven Shareff