**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| **In re: CIVITAS HEALTH SERVICES, INC.,** | Case No. 19-34993-KRH |
| Debtor. | Chapter 11 |

### ORDER SETTING STATUS CONFERENCE

Pursuant to section 105(d)(1) of title 11 of the United States Code, The Court hereby schedules a status conference in the above-captioned bankruptcy case to be held on **August 26, 2020, at 1:00 p.m.** (the "Status Conference").

It is further **ORDERED** that the Status Conference shall be conducted via Zoom by remote video conference in accordance with Richmond General Order 20-5. Persons seeking to attend or participate at the Status Conference must register through the following link:

https://www.zoomgov.com/meeting/register/vJItcuqvrjwiGokWDVWxoHYFBh8afqfpXTU

DATED:  July 16, 2020          /s/ Kevin R. Huennekens
                               UNITED STATES BANKRUPTCY JUDGE

                               Entered on Docket: July 16, 2020

**Copy to:**

**LeMar Allen Bowers**
10250 Scots Landing Road
Mechanicsville, VA 23116

**James E. Kane**
Kane & Papa, PC
1313 East Cary Street
P.O. Box 508
Richmond, VA 23218-0508

**Carl M. Bates**
P. O. Box 1819
Richmond, VA 23218

**Susan Hope Call**
919 East Main Street, Ste. 1601
P.O. Box 1819
Richmond, VA 23218

**John P. Fitzgerald, III**
Office of the US Trustee - Region 4 -R
701 E. Broad Street, Ste. 4304
Richmond, VA 23219

**Civitas Health Services, Inc.**
5663 South Laburnam Avenue
Henrico, VA 23231

**W. Greer McCreedy, II**
The McCreedy Law Group, PLLC
413 West York St
Norfolk, VA 23510

**Kathryn R. Montgomery**
Office of the United States Trustee
701 East Broad Street, Ste. 4303
Richmond, VA 23219