## LIQUIDATION ANAYSIS

. Assets

### 1. Real Estate

The Debtor owns no real estate and owned no real estate as of the Petition Date.

### 2. Personalty

The Debtor owned the following personal property as of the Petition Date:

| Asset/Description | Estimated Value |
|---|---|
| Bank Accounts | $36,687 |
| Accounts Receivable | $123,258 |
| Office Fixtures, Furniture and Equipment | $14,096 |
| Vehicles | $20,700 |
| Licenses, franchises and royalties | $1.00 |

As of the date of this Statement, the Debtor owns the following personal property:

| Asset/Description | Estimated Value |
|---|---|
| DIP Accounts (current) | $119,091.55 |
| Accounts Receivable(current) | $212,614 |
| Office Fixtures, Furniture and Equipment | $14,096 |
| Vehicles | $8,500 |
| Licenses, franchises and royalties | $1.00 |
| Gross Current value | $355,501 |

The Debtor' creditor pool reflects an unpaid IRS lien dating from 2016 in the sum of $384,087. In addition the IRS holds a priority claim for $617,765 and other priority claims bring the priority debt up to $832,931. Consequently, there is no likelihood that a Chapter 7 trustee would liquidate any assets as

compared to the proposed Plan which will pay general unsecured creditors approximately 9% or $80,000 over the 60month course of the Plan.