# Civitas Health Services
## Profit and Loss
### Reorganization Budget

| | | | |
|---|---|---|---|
| Percent Revenue Increase | 0.02 EB | | |
| Percent Labor Expense | 0.01 | ES | |
| Pay Dates in month | 4 | 4 | 5 |
| | November-25 | December-25 | January-26 |
| **Beginning Balance available for operation** | 1,032,847.33 | 1,060,954.61 | 1,088,278.47 |
| **Monthly Average Income** | $ 471,785.27 | $ 471,785.27 | $ 481,220.97 |
| **Expenses** | | | |
| **6006 401k Processing Fee** | 316.80 | 314.80 | 314.80 |
| **Net Payroll** | $ 252,428.11 | $ 254,952.39 | $ 268,501.91 |
| **Federal Payroll Taxes** | $ 57,329.32 | $ 57,902.61 | $ 58,481.64 |
| **State Payroll Taxes** | $ 10,517.17 | $ 10,622.34 | $ 10,728.56 |
| **FUTA** | $ 392.05 | $ 0.00 | $ 0.00 |
| **SUTA** | $ 2,240.28 | $ 0.00 | $ 0.00 |
| **6009 Bank Service Charges** | 153.35 | 153.35 | 153.35 |
| **6010 Business Licenses & Permits** | 100.00 | | |
| **6014 Employee Training** | 1,320.11 | 1,333.31 | 1,346.64 |
| **6015 Hiring Expenses Employee** | | | |
| **6015-01 Hiring Expenses** | 5,982.91 | 6,042.74 | 6,103.17 |
| **Total 6015 Hiring Expenses Employee** | $ 5,982.91 | $ 6,042.74 | $ 6,103.17 |
| **6016 Insurance** | | | |
| **6016-01 Insurance - Medical** | 14,238.10 | 14,380.48 | 14,524.29 |
| **6016-01 Insurance - Dental** | 1,147.16 | 1,158.63 | 1,170.22 |
| **6016-01 Insurance - Auto** | 670.23 | 670.23 | 670.23 |
| **6016-05 Insurance - General Liability** | 1,178.20 | 1,176.20 | 1,176.20 |
| **6016-07 Insurance - Life** | 1,897.85 | 1,916.83 | 1,936.00 |
| **6016-08 Insurance - Vision** | 391.47 | 395.39 | 399.34 |
| **6016-09 Insurance - Workman's Comp.** | 234.12 | 236.46 | 238.83 |
| **Total 6016 Insurance** | $ 19,757.14 | $ 19,934.22 | $ 20,115.10 |
| **6018 Legal Fees** | 500.00 | 500.00 | 500.00 |
| **6019 Meals and Entertainment** | 100.00 | 100.00 | 100.00 |
| **6020 Office Expenses** | 898.35 | 898.35 | 898.35 |
| **6023 Postage** | 100.00 | 100.00 | 100.00 |
| **6025 Program Expense** | 627.44 | 633.72 | 640.05 |
| **6026 Rent or Lease** | | | |
| **6026-01 Rent** | 21,888.40 | 21,888.40 | 21,888.40 |
| **Total 6026 Rent or Lease** | $ 21,888.40 | $ 21,888.40 | $ 21,888.40 |
| **6027 Repair & Maintenance** | 2,000.00 | 2,000.00 | 2,000.00 |
| **6028 Supplies** | 1,912.00 | 1,912.00 | 1,912.00 |
| **6030 TDT** | | | |
| **6030-01 TDT - Food** | 1,342.15 | 1,355.57 | 1,369.13 |
| **6030-02 TDT - Fuel** | 671.08 | 677.79 | 684.56 |
| **6030-04 TDT - General Expenses** | 15.99 | 15.99 | 15.99 |
| **6030-05 TDT - Vehicle Maintenance** | 202.00 | 200.00 | 200.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Total 6030 TDT** | $ | **2,231.22** | $ | **2,249.35** | $ | **2,269.68** |
| Advertising | | | | | $ | 3,265.00 |
| Garnishments | | | | | | |
| 401K Contribution | $ | 39.24 | $ | 39.24 | $ | 39.24 |
| Travel | $ | 105.00 | $ | 105.00 | $ | 105.00 |
| | | | | | | |
| **6031 Technology & Software** | | 4,047.62 | | 4,088.09 | | 10,488.98 |
| **6033 Utilities** | | 5,248.29 | | 5,248.29 | | 5,248.29 |
| **6037 Professional Services** | | 500.00 | | 500.00 | | 500.00 |
| | | | | | | |
| **Total Expenses** | $ | **390,734.77** | $ | **391,518.20** | $ | **415,700.16** |
| **Net Operating Income prior to plan payments** | $ | **81,050.49** | $ | **80,267.07** | $ | **65,520.81** |
| Virginia Behavioral Health Working Capital Fund(12VAC35-105-210) *90 days operating expenses | $ | 28,307.12 | $ | 28,307.12 | $ | 28,873.26 |
| **Reorganization Expenses** | | | | | | |
| Trustee Fee | | 0.00 | | 0.00 | | 0.00 |
| **Confirmed Plan Payment Amount** | | | | | | |
| **6 Month 25% Net Payment** | | | | | | |
| **LeMar Bowers IRS Contribution** | | 1,500.00 | | 1,500.00 | | 1,500.00 |
| **Pre-Petition Wages** | | | | | | |
| **IRS Priority/Secured** | | 20,848.84 | | 20,848.84 | | 20,848.84 |
| **VA Department of Taxation** | | 1,851.15 | | 1,851.15 | | 1,851.15 |
| **Other Priority Taxes** | | 400.00 | | 400.00 | | 400.00 |
| | | | | | | |
| **Direct Capital Secured** | | 619.00 | | 619.00 | | 619.00 |
| **M & M Secured** | | 84.11 | | 84.11 | | 84.11 |
| **Unsecured** | | 833.00 | | 833.00 | | 833.00 |
| | | | | | | |
| **Total Reorganization Expenses** | $ | **24,636.10** | $ | **24,636.10** | $ | **24,636.10** |
| | | | | | | |
| **Net Income** | $ | **28,107.28** | $ | **27,323.86** | $ | **12,011.46** |
| **Ending Balance available for operations** | | 1,060,954.61 | | 1,088,278.47 | | 1,100,289.92 |

Friday, Feb 14, 2020 12:22:35 PM GMT-8 - Cash Basis

| | 4 |
|---|---:|
| **February-26** | |
| | 1,100,289.92 |
| $ | **490,845.39** |
| | |
| | 314.80 |
| $ | **260,186.93** |
| $ | **59,066.45** |
| $ | **10,835.85** |
| $ | **857.23** |
| $ | **4,334.54** |
| | 153.35 |
| | |
| | 1,360.11 |
| | |
| | 6,164.20 |
| $ | **6,164.20** |
| | |
| | 14,669.53 |
| | 1,181.92 |
| | 670.23 |
| | 1,176.20 |
| | 1,955.36 |
| | 403.33 |
| | 241.21 |
| $ | **20,297.79** |
| | 500.00 |
| | 100.00 |
| | 898.35 |
| | 100.00 |
| | 646.46 |
| | |
| | 21,888.40 |
| $ | **21,888.40** |
| | 2,000.00 |
| | 1,912.00 |
| | |
| | 1,382.82 |
| | 691.41 |
| | 15.99 |
| | 200.00 |

| | | | |
|---|---:|---:|---:|
| $ | **2,290.22** | | |
| | | | |
| $ | 39.24 | | |
| $ | 105.00 | | |
| | | | |
| | 4,170.27 | | |
| | 5,248.29 | | |
| | 500.00 | | |
| $ | **403,969.47** | | |
| $ | **86,875.93** | | |
| $ | 29,450.72 | | |
| | 0.00 | | Plan Total |
| | | 25,057.92 | 25,057.92 | 240,242.85 |
| | 1,500.00 | 6,000.00 | 90,000.00 |
| | 0.00 | 28,973.58 |
| | 20,848.84 | 83,395.36 | 956,488.40 |
| | 1,851.15 | 7,404.60 | 126,239.50 |
| | 400.00 | 1,600.00 | 27,820.88 |
| | 0.00 | 0.00 |
| | 619.00 | 2,476.00 | 39,616.00 |
| | 84.11 | 336.44 | 5,383.04 |
| | 833.00 | 3,332.00 | 52,756.70 |
| $ | **24,636.10** | | 1,567,520.95 |
| $ | **32,789.10** | | |
| | 1,133,079.03 | | |