| Creditor | Type | scheduled | claimed | Allowed Priority |
|---|---|---|---|---|
| Employee wages | 507(a)(4) | 0 | 28,000 | 28,000 |
| Employee Benefits (Anthem) | 507(a)(5) | 26,571 | 28,153 | |
| Employee Benefits (United Health Care) | | | 89,254 | |
| IRS Priority | 507(8)(C ) | 692,610 | 617,765.60 | 617,765 |
| Henrico Cty (property) | 507(a)(8)(B) | 3,333 | 7,591.46 | 7591.46 |
| Henrico Cty (Bus Lic) | 507(a)(8)(A) | | 3,735.10 | 3735 |
| City of VB (Bus Lic) | 507(a)(8)(A) | 9,012 | | 9012 |
| City of VB | 507(a)(8)(A) | | | |
| City of Ches. (Bus lic) | 507(a)(8)(A) | 10,294 | 10,813.17 | 10813 |
| VEC Unemployment | 507(a)(8) | 39,164 | 39,164 | 39164 |
| Va Dept of Tax (WH) | 507(a)(8) | 88,851 | 80,610 | 88851 |
| | Unsecured | | 28,558 | |
| IRS Secured | | 219,272 | 189,070 | |
| DMAS | | 66,239 | 66,956.05 | |
| Direct Capital | Secured | 31,604 | 28,718.31 | |
| M&M Auto | Secured | 3,870 | | |
| On Deck | Secured* | 40,269 | 40,266 | |
| Kabbage | Secured* | 19,885 | 15,384.37 | |
| SPG Advance | Secured* | 53,501 | | |
| Knight Capital | Secured* | 57,500 | 60,357.91 | |
| ADP | | 4,686 | | |
| Paychex | | 4,041 | | |
| AF Byrd | | 10,090 | | |
| Anthem, Inc. | | 6,656 | | |
| AT&T | | 5,245 | | |
| Christian & Barton | | 22,023 | 22,757.81 | |
| Parker, Pollard, Wilton & Peaden | | 25,740 | 29,446.64 | |
| Hogge Law | | 15,303 | 16,291.45 | |
| Crowgey & Associates | | 1,971 | 2,183.37 | |
| The Hartford | | 2,397 | | |
| Hirschler Fleischer Attorneys | | 2,740 | 2,739.50 | |
| E-Fax | | 432 | | |
| Lauris Online | | 5,679 | | |
| Central Reach | | 13,022 | | |
| Pitney Bowes | | 4,041 | | |
| Relias Learning | | 4,390 | | |
| Shred-It x7575 | | 4,082 | | |
| Staples, Inc. | | 6,932 | | |
| Stewart Financial Services | | 14,184 | | |
| The Nesbitt Law Firm | | 12,092 | | |
| Tierpoint | | 7,267 | | |
| Wilson Law Group | | 835 | | |
| Windstream x0174 | | 127,261 | | |

| | | | | |
|---|---|---|---|---|
| Windstream x2149 | | | | |
| SafeCo Inc. | | 12,523 | | |
| Parker Pollard | | 25,740 | | |
| Porter Realty | | 12,969 | | |
| Ballantine Manor | | 8,676 | 6,552.82 | |
| Miller Mechanical | | 3,626 | | |
| Atlantic Constructors | | 2,900 | 7,905.91 | |
| The Flying Locksmiths | | 1,094 | | |
| Patient First | | 967 | | |
| IRS Gen. Unsecured | | | 265,913 | |
| Capital One | | | 233.69 | |
| Jackson Lewis | | 36,485 | 37,019 | |
| Verizon | | | 8,460 | |
| AmTrust | | 6,657 | 13,276.05 | |
| Accident Fund | | 19,717 | | |

| Allowed as Secured |
| --- |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| 189070 |
| 0 |
| 28718.31 |
| 3870 |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

