| Creditor | Type | Scheduled | Claimed | Allowed Priority |
|---|---|---|---|---|
| | | | | |
| Internal Revenue Service | Priority | $692,547.00 | $737,017.00 | $715,529.00 |
| Hanover Cty (property) | Priority | $3,717.00 | | $3,483.00 |
| Capital One Auto | Secured | $39,356.00 | $40,863.00 | |
| Wells Fargo Dealer | Secured | $21,087.00 | $19,394.00 | |
| Partners Credit Union | Secured | $14,546.00 | | |
| Carrington Mortgage Services | Secured | $533,127.00 | | |
| Carrington Mortgage Services | Secured | $180,902.00 | | |
| BB&T/Truist | Unsecured | $741.00 | | |
| Capital One | Unsecured | $234.00 | | |
| Citibank/Home Depot/Quantum | Unsecured | $434.00 | $415.00 | |
| Comenity/Wayfair/Quantum | Unsecured | $1,169.00 | $1,169.00 | |
| Commonwealth Radiology | Unsecured | $420.00 | | |
| Dominion Energy | Unsecured | $1,200.00 | | |
| Genesis Bankcard | Unsecured | $416.00 | | |
| Independent Savings Plan | Unsecured | $6,768.00 | | |
| Kelly Barnhart | Unsecured | $2,900.00 | | |
| Knight Capital Funding | Unsecured | $60,358.00 | | |
| Navient/Student Loan | Unsecured | $150,606.00 | | |
| On Deck Capital | Unsecured | $40,268.00 | $40,268.00 | |
| SPG Advance | Unsecured | unk | | |
| Synchrony/Ashley/Jefferson Capital | Unsecured | $1,362.00 | $1,363.00 | |
| TBF Financial | Unsecured | $18,384.00 | $18,254.00 | |
| The Nesbitt Law Firm | Unsecured | $1,489.00 | $1,638.00 | |
| Verizon Wireless | Unsecured | $2,196.00 | | |
| | | | | |

| Allowed as Secured | Unsecured | Notes |
|---|---|---|
| | | |
| $0.00 | $21,488.00 | nal income tax owed of $6,196 being paid in Spouse's Chapter |
| | $234.00 | |
| $40,863.00 | | Being paid in full Spouse's Chapter 13 |
| $21,087.00 | | Being paid in full Spouse's Chapter 13 |
| $14,546.00 | | Being paid in full Spouse's Chapter 13 |
| $533,127.00 | | Arrearages being paid in Spouse's Chapter 13 |
| $180,902.00 | | Payments are current/outside Plan |
| | | |
| | | |
| | $415.00 | $0.00 |
| | $1,169.00 | $0.00 |
| | $420.00 | $0.00 |
| | $1,200.00 | $0.00 |
| | $416.00 | $0.00 |
| | $6,768.00 | $0.00 |
| | $2,900.00 | $0.00 |
| | $60,358.00 | $0.00 |
| | $150,606.00 | $0.00 |
| | $40,268.00 | $0.00 |
| | | |
| | $1,363.00 | $0.00 |
| | $18,254.00 | $0.00 |
| | $1,638.00 | $0.00 |
| | $2,196.00 | $0.00 |
| | | |

13