

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 14, 2021 through May 13, 2021
Account Number: ███████████

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00062372 DRE 001 211 13421 NNNNNNNNNNN 1 000000000 00 0000

LEMAR A BOWERS
DEBTOR-IN-POSSESSION 20-34139
10250 SCOTS LANDING RD
MECHANICSVILLE VA 23116

## We're increasing the Legal Processing Fee

On July 18, we're increasing the legal processing fee to be up to $100. This is the fee that we can charge to your account if we need to manage a legal process related to you or your account that appears to have the force of law behind it, including the processing of garnishments, tax levies, or other court or administrative orders.

If you have questions please call the number at the top of this statement. We accept operator relay calls.

## We want to remind you about the overdraft service options that are available for your personal checking account(s)

We've included information on the last page of this statement to remind you about our overdraft services and associated fees. As a reminder, overdraft services are not available for Chase Secure Checking℠ or Chase First Checking℠. Standard Overdraft Practice and Chase Debit Card Coverage℠ are not available for Chase High School Checking℠.

If you have questions, please visit chase.com/overdraft or call us at the number on your statement. We accept operator relay calls.

## CHECKING SUMMARY    Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $4,627.52 |
| Deposits and Additions | 7,691.83 |
| ATM & Debit Card Withdrawals | -3,773.19 |
| Electronic Withdrawals | -4,184.70 |
| Ending Balance | $4,361.46 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Beginning Balance | | | $4,627.52 |
| 04/15 | Card Purchase Card 6989 | 04/14 Amzn Mktp US*KI9N180 Amzn.Com/Bill WA | -48.75 | 4,578.77 |
| 04/15 | Card Purchase Card 6989 | 04/14 Amazon.Com*PR9GH093 Amzn.Com/Bill WA | -93.42 | 4,485.35 |
| 04/16 | Civitas Health S Deposit | PPD ID: Bizcup | 3,559.42 | 8,044.77 |
| 04/19 | Card Purchase Card 6989 | 04/17 Amzn Mktp US*OK72960 Amzn.Com/Bill WA | -13.11 | 8,031.66 |
| 04/19 | Card Purchase Card 6989 | 04/18 Amazon Tips*PA4NV2D5 Amzn.Com/Bill WA | -7.00 | 8,024.66 |



April 14, 2021 through May 13, 2021
Account Number: ███████

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---:|---:|
| 04/19 | Card Purchase Card 6989 | 04/17 Amazon.Com*246Xc0Pw3 Amzn.Com/Bill WA | -8.97 | 8,015.69 |
| 04/19 | Card Purchase Card 6989 | 04/17 Amazon.Com*Mk2Py1H03 Amzn.Com/Bill WA | -22.26 | 7,993.43 |
| 04/19 | Card Purchase Card 6989 | 04/16 Amzn Mktp US*Qw4Em3O Amzn.Com/Bill WA | -189.74 | 7,803.69 |
| 04/19 | Card Purchase Card 6989 | 04/16 Amazon.Com*G64795Py3 Amzn.Com/Bill WA | -25.61 | 7,778.08 |
| 04/19 | Card Purchase | 04/16 West Store Citgo Mechanicsvill VA Card 6989 | -80.95 | 7,697.13 |
| 04/20 | Card Purchase Card 6989 | 04/20 Amzn Mktp US*Kp1R939 Amzn.Com/Bill WA | -46.62 | 7,650.51 |
| 04/20 | Card Purchase Card 6989 | 04/20 Amazon.Com*768Sx56S3 Amzn.Com/Bill WA | -129.28 | 7,521.23 |
| 04/21 | Card Purchase Card 6989 | 04/20 Cvs/Pharmacy #01980 Mechanicsvill VA Card | -23.45 | 7,497.78 |
| 04/22 | Card Purchase Card 6989 | 04/22 Amzn Mktp US*Nd1Z403 Amzn.Com/Bill WA | -30.73 | 7,467.05 |
| 04/22 | Card Purchase Card 6989 | 04/22 Amazon.Com*Eh9L19Pt3 Amzn.Com/Bill WA | -25.61 | 7,441.44 |
| 04/23 | Card Purchase Card 6989 | 04/22 Amazon Tips*ON7Wb95D Amzn.Com/Bill WA | -10.00 | 7,431.44 |
| 04/23 | Card Purchase Card 6989 | 04/23 Amazon.Com*E320N7X3 Amzn.Com/Bill WA | -19.69 | 7,411.75 |
| 04/23 | Payment Sent Card 6989 | 04/23 Cash App*Joel Bower 8774174551 CA Card | -15.00 | 7,396.75 |
| 04/26 | Zelle Payment From Joel Bowers Wfct0Bcf9Ckn | | 573.00 | 7,969.75 |
| 04/26 | Card Purchase Card 6989 | 04/23 Amzn Mktp US*8l9A544 Amzn.Com/Bill WA | -158.99 | 7,810.76 |
| 04/26 | Card Purchase Card 6989 | 04/24 Amazon.Com*Y450w2Wu3 Amzn.Com/Bill WA | -69.64 | 7,741.12 |
| 04/26 | Card Purchase Card 6989 | 04/26 Amazon Tips*Df74T0Bk Amzn.Com/Bill WA | -10.00 | 7,731.12 |
| 04/27 | 04/27 Online Payment 11653454345 To Carrington Mortgage Services LLC | | -3,684.70 | 4,046.42 |
| 04/30 | Card Purchase Card 6989 | 04/29 Amazon.Com*Sy2Cq5Tp3 Amzn.Com/Bill WA | -127.27 | 3,919.15 |
| 05/03 | Card Purchase Card 6989 | 04/30 Amzn Mktp US*Dc1Uo1l Amzn.Com/Bill WA | -26.50 | 3,892.65 |
| 05/03 | Card Purchase Card 6989 | 05/01 Amazon Tips*Tk1Ru1Qv Amzn.Com/Bill WA | -10.00 | 3,882.65 |
| 05/03 | Card Purchase Card 6989 | 05/01 Bestbuycom806452338172 888-Bestbuy MN | -1,059.99 | 2,822.66 |
| 05/03 | Payment Sent | 05/01 Cash App* 8774174551 CA Card 6989 | -10.00 | 2,812.66 |
| 05/03 | Payment Sent | 05/01 Cash App* 8774174551 CA Card 6989 | -20.00 | 2,792.66 |
| 05/03 | Zelle Payment To Melanie Bowers 11689186284 | | -500.00 | 2,292.66 |
| 05/03 | Card Purchase | 05/03 Comcast 800-Comcast MD Card 6989 | -190.91 | 2,101.75 |
| 05/04 | Civitas Health S Deposit   PPD ID: Bizcup | | 3,559.41 | 5,661.16 |
| 05/04 | Recurring Card Purchase 05/03 Amazon Prime*G34J47A Amzn.Com/Bill WA Card 6989 | | -12.99 | 5,648.17 |
| 05/05 | Card Purchase Card 6989 | 05/04 Amazon.Com*I264O3Dm3 Amzn.Com/Bill WA | -60.36 | 5,587.81 |
| 05/06 | Card Purchase Card 6989 | 05/05 Amazon.Com*W2Mq17B3 Amzn.Com/Bill WA | -77.17 | 5,510.64 |
| 05/07 | Card Purchase Card 6989 | 05/06 Tms*Virginia State Un 800-722-4867 VA Card | -581.49 | 4,929.15 |
| 05/07 | Card Purchase Card 6989 | 05/06 Amazon Tips*Pu2Ip3Oi Amzn.Com/Bill WA | -10.00 | 4,919.15 |



April 14, 2021 through May 13, 2021
Account Number:

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| 05/10 | Card Purchase 6989 | 05/08 Macys Short Pump 800-289-6229 VA Card | -240.20 | 4,678.95 |
| 05/10 | Payment Sent 6989 | 05/09 Cash App*Joel Bower 8774174551 CA Card | -78.00 | 4,600.95 |
| 05/10 | Payment Sent 6989 | 05/09 Cash App*Izaiah Bow 8774174551 CA Card | -30.00 | 4,570.95 |
| 05/10 | Payment Sent 6989 | 05/09 Cash App*Joel Bower 8774174551 CA Card | -40.00 | 4,530.95 |
| 05/10 | Payment Sent 6989 | 05/09 Cash App*Izaiah Bow 8774174551 CA Card | -65.00 | 4,465.95 |
| 05/13 | Card Purchase Card 6989 | 05/12 Amazon.Com*2L5EI0771 Amzn.Com/Bill WA | -104.49 | 4,361.46 |

**Ending Balance** $4,361.46

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network. (Your total electronic deposits this period were $7,118.83. Note: some deposits may be listed on your previous statement)

- **OR,** keep a balance at the beginning of each day of $1,500.00 or more in this account. (Your balance at the beginning of each day was $2,101.75)

- **OR,** keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments. (Your average beginning day balance of qualifying linked deposits and investments was $5,628.46)

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC



April 14, 2021 through May 13, 2021
Account Number: 

## Overdraft and Overdraft Fee Information for Your Chase Checking Account

### What You Need to Know About Overdrafts and Overdraft Fees

An overdraft occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. We pay overdrafts at our discretion, which means we do not guarantee that we will always authorize or pay any type of transaction. If we do not authorize and pay an overdraft, your transaction will be declined or returned. We can cover your overdrafts in three different ways:
1. We have Standard Overdraft Practices that come with your account.
2. We offer Overdraft Protection through a link to a Chase savings account, which may be less expensive than our Standard Overdraft Practices. You can contact us to learn more.
3. We also offer Chase Debit Card Coverage, which allows you to choose how we treat your everyday debit card transactions, in addition to our Standard Overdraft Practices.

This notice explains our Standard Overdraft Practice and Chase Debit Card Coverage.

- **What are the Standard Overdraft Practices that come with my account?**
  We do authorize and pay overdrafts for the following types of transactions:
  - Checks and other transactions made using your checking account number
  - Recurring debit card transactions

- **What is Chase Debit Card Coverage?**
  We will only authorize and pay overdrafts in addition to our Standard Overdraft Practice for the following types of transactions if you specifically ask us to:
  - Everyday debit card transactions

- **What fees will I be charged if Chase pays my overdraft?**
  If we pay an item, we'll charge you a $34 Insufficient Funds Fee per item. If we return the item, we'll charge you a $34 Returned Item Fee.
  - We won't charge more than three Insufficient Funds or Returned Item fees per day, for a total of $102.
  - We won't charge an Insufficient Funds Fee if your account balance at the end of the business day is overdrawn by $5 or less, and we won't charge Insufficient Funds or Returned Item fees for item(s) that are $5 or less.
  - For Chase Sapphire℠ Checking and Chase Private Client Checking℠ accounts, we waive the Insufficient Funds and Returned Item fees if item(s) are presented or withdrawal request(s) are made against an account with insufficient funds on four or fewer business days during the current and prior 12 statement periods.

- **What if I want Chase to authorize and pay overdrafts on my everyday debit card transactions?**
  If you or a joint account owner would like to change your selection, sign in to chase.com to update your account settings, or call us at 1-800-935-9935 (or collect at 1-713-262-1679 if outside the U.S.), or visit a Chase branch. We accept operator relay calls.