# Analyzed Business Checking

Account number: � ███████ ▪ May 1, 2021 - May 31, 2021 ▪ Page 1 of 6



CIVITAS HEALTH SERVICES INC
DEBTOR IN POSSESSION
CH11 CASE #19-34993 (EVA)
GENERAL EXPENSE ACCOUNT
5663 S LABURNUM AVE
RICHMOND VA 23231-4418

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR  97228-6995

# Account summary

## Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ███████ | $71,840.44 | $199,788.75 | -$202,340.20 | $69,288.99 |

# Credits

### Deposits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 05/12 | 245.00 | Deposit |
| | 05/17 | 1,515.00 | Deposit |
| | 05/24 | 1,755.00 | Deposit |
| | | **$3,515.00** | **Total deposits** |

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 05/03 | 14,750.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bdwzdbr on 05/03/21 |
| | 05/04 | 8,600.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bf4Zcr7 on 05/04/21 |
| | 05/05 | 80.50 | Aetna AS01 Hcclaimpmt 1366727984 TRN*1*821120000013499*1066033492\ |
| | 05/05 | 1,109.25 | Aetna A04 Hcclaimpmt 1366727984 TRN*1*821120000013504*1066033492\ |
| | 05/05 | 5,700.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bfcr5Q5 on 05/05/21 |
| | 05/06 | 4,600.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bfkx5K9 on 05/06/21 |
| | 05/07 | 7,300.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bfswq56 on 05/07/21 |
| | 05/10 | 4,000.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0BG33Dhq on 05/08/21 |

**Electronic deposits/bank credits** *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---:|---|
| | 05/10 | 17,150.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bgfbrd8 on 05/10/21 |
| | 05/11 | 9,100.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bglvpct on 05/11/21 |
| | 05/12 | 714.00 | Aetna A04 Hcclaimpmt 1366727984 TRN*1*821127000267582*1066033492\ |
| | 05/12 | 8,300.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bgsn7Yl on 05/12/21 |
| | 05/13 | 4,000.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bgzgppc on 05/13/21 |
| | 05/14 | 7,000.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bh8B68B on 05/14/21 |
| | 05/17 | 15,050.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bhx8Crd on 05/17/21 |
| | 05/18 | 8,050.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bj4P8WV on 05/18/21 |
| | 05/19 | 80.50 | Aetna AS01 Hcclaimpmt 1366727984 TRN*1*821134000011505*1066033492\ |
| | 05/19 | 331.50 | Aetna A04 Hcclaimpmt 1366727984 TRN*1*821134000011504*1066033492\ |
| | 05/19 | 9,750.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bjb96Yl on 05/19/21 |
| | 05/20 | 8,700.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bjjfqks on 05/20/21 |
| | 05/21 | 5,000.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bjrbtpf on 05/21/21 |
| | 05/24 | 20,500.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bkb64T3 on 05/24/21 |
| | 05/25 | 2,400.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bkhpsq2 on 05/25/21 |
| | 05/25 | 4,650.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bkk6Thx on 05/25/21 |
| | 05/26 | 1,428.00 | Aetna A04 Hcclaimpmt 1366727984 TRN*1*821141000036712*1066033492\ |
| | 05/26 | 12,750.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bkp9Zjg on 05/26/21 |
| | 05/27 | 7,930.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bkvz6G6 on 05/27/21 |
| | 05/28 | 7,250.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bl5Drcc on 05/28/21 |
| | | **$196,273.75** | **Total electronic deposits/bank credits** |
| | | **$199,788.75** | **Total credits** |



# Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---|---|---|
| | 05/03 | 509.02 | | Purchase authorized on 04/29 Indeed 203-564-2400 CT S301120078347954 Card 7130 |
| | 05/03 | 4.95 | | Purchase authorized on 04/30 Taxbandits.Com 704-684-4751 SC S381120683920074 Card 7130 |
| | 05/03 | 55.42 | | Purchase authorized on 05/01 Indeed 203-564-2400 CT S301121774290488 Card 7130 |
| | 05/03 | 3,559.41 | | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8731 Ref #Ib0Bf24Y7D on 05/03/21 |
| | 05/03 | 500.00 | < | Business to Business ACH Debit - Bento Technologi Bento Tech I9Mvlkgvw Civitas Health Service |
| | 05/03 | 11,517.20 | < | Business to Business ACH Debit - Anthem Blue I16O Corp Pymt FL00796618 Civitas Health Service |
| | 05/04 | 265.69 | < | Business to Business ACH Debit - Vsp Vision Care, 1003148421 1401435135 TRN*1*1401435135\ |
| | 05/04 | 2,000.00 | < | Business to Business ACH Debit - Bento Technologi Bento Tech IA4Azjynr Civitas Health Service |
| | 05/05 | 100.00 | | Purchase authorized on 05/04 Wawa Card Reload 800-444-9292 PA S381124530189626 Card 7130 |
| | 05/05 | 4,295.86 | | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8715 Ref #Ib0Bfbqhnj on 05/05/21 |
| | 05/05 | 1,099.40 | < | Business to Business ACH Debit - Bhs Ins.Prem 210504 Bhs Civitas Health Service |
| | 05/06 | 42,050.70 | | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8731 Ref #Ib0Bfmwhvb on 05/06/21 |
| | 05/06 | 600.00 | < | Business to Business ACH Debit - Bento Technologi Bento Tech Ir4Mmzp2N Civitas Health Service |
| | 05/10 | 501.55 | | Purchase authorized on 05/07 Indeed 203-564-2400 CT S461127300896521 Card 7130 |
| | 05/10 | 75.00 | | Purchase authorized on 05/07 Wawa Card Reload 800-444-9292 PA S381127490764613 Card 7130 |
| | 05/10 | 17,767.53 | | WF Direct Pay-Payment- Rent-Tran ID Dp00073954 |
| | 05/10 | 50.00 | | Availity 9723836366 M63023423878 Civitas Health Service |
| | 05/11 | 116.02 | | Client Analysis Srvc Chrg 210510 Svc Chge 042 |
| | 05/11 | 17.99 | | Recurring Payment authorized on 05/10 Netflix.Com 408-5403700 CA S581130381002910 Card 7130 |
| | 05/12 | 78.37 | | Purchase authorized on 05/10 Staples Direct 800-3333330 MA S381130539441647 Card 7130 |
| | 05/12 | 159.00 | | Purchase authorized on 05/11 Extra Attic Minist Sandston VA S581131504903092 Card 7130 |
| | 05/12 | 100.00 | | Purchase authorized on 05/11 Wawa Card Reload 800-444-9292 PA S301131686725636 Card 7130 |
| | 05/12 | 14,462.92 | | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8715 Ref #Ib0Bgrynk2 on 05/11/21 |
| | 05/13 | 10,876.58 | | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8731 Ref #Ib0Bh2Pryb on 05/13/21 |

Wells Fargo Bank Statement　Page 4 of 6

**WELLS FARGO**

---

## Electronic debits/bank debits (continued)

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---|---|---|
| | 05/13 | 500.00 | < | Business to Business ACH Debit - Bento Technologi Bento Tech Ixzm8Klnr Civitas Health Service |
| | 05/13 | 855.71 | | National General Payment May 12 2010425055-00 Civitas Health Service |
| | 05/17 | 500.49 | | Purchase authorized on 05/14 Indeed 203-564-2400 CT S461134449672500 Card 7130 |
| | 05/17 | 1,230.97 | | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxx8731 Ref #Ib0Bhzprjc on 05/17/21 |
| | 05/17 | 215.58 | | Cox Comm Hrd Bank Draft 051721 215133285601001 Wells GE Account |
| | 05/18 | 2,000.00 | < | Business to Business ACH Debit - Bento Technologi Bento Tech I8Wgaoglv Civitas Health Service |
| | 05/19 | 113.40 | | Purchase authorized on 05/14 Staples Direct 800-3333330 MA S381135052452660 Card 7130 |
| | 05/19 | 100.00 | | Purchase authorized on 05/18 Wawa Card Reload 800-444-9292 PA S461138641579820 Card 7130 |
| | 05/19 | 4,680.96 | | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxx8715 Ref #Ib0Bj9Sz9C on 05/19/21 |
| | 05/19 | 380.71 | | Comcast Cable Svc 210518 8270793 Lemar *Bowers |
| | 05/19 | 707.75 | | Comcast Cable Svc 210518 8270794 Lemar *Bowers |
| | 05/20 | 30.09 | | Purchase authorized on 05/18 Amazon.Com*2R56001 Amzn.Com/Bill WA S301138742719361 Card 7130 |
| | 05/20 | 43,360.08 | | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxx8731 Ref #Ib0Bjm7Mtd on 05/20/21 |
| | 05/20 | 127.03 | < | Business to Business ACH Debit - Amtrust NA Payment May 19 32890146 Lemar Bowers |
| | 05/20 | 127.22 | < | Business to Business ACH Debit - Amtrust NA Payment May 19 32890148 Lemar Bowers |
| | 05/20 | 130.00 | | Home Paramount P Wwp*Home P 8319B1B794Ef453 Lemar Bowers |
| | 05/20 | 133.16 | < | Business to Business ACH Debit - Amtrust NA Payment May 19 32890147 Lemar Bowers |
| | 05/20 | 241.26 | < | Business to Business ACH Debit - Vsp Vision Care, 1003199629 1401445385 TRN*1*1401445385\ |
| | 05/20 | 316.80 | < | Business to Business ACH Debit - AFLAC Insurance 051821 M8N64566752 Civitas Health Service |
| | 05/21 | 506.68 | | Purchase authorized on 05/20 Indeed 203-564-2400 CT S581140796368523 Card 7130 |
| | 05/21 | 19.62 | < | Business to Business ACH Debit - ADP 401K ADP 401K 210521 RC122S052000W01 Civitas Health Service |
| | 05/21 | 19.62 | < | Business to Business ACH Debit - ADP 401K ADP 401K 210521 RC122S052000W02 Civitas Health Service |
| | 05/21 | 19.62 | < | Business to Business ACH Debit - ADP 401K ADP 401K 210521 RC122S052000W03 Civitas Health Service |
| | 05/21 | 19.62 | < | Business to Business ACH Debit - ADP 401K ADP 401K 210521 RC122S052000W04 Civitas Health Service |
| | 05/24 | 1,120.81 | | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxx8715 Ref #Ib0Bkbmnn3 on 05/24/21 |
| | 05/25 | 50.00 | | Purchase authorized on 05/24 Wawa Card Reload 800-444-9292 PA S581144504377351 Card 7130 |



## Electronic debits/bank debits *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 05/25 | 100.00 | Purchase authorized on 05/24 Indeed 203-564-2400 CT S381144522787917 Card 7130 |
| | 05/26 | 14,669.20 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxx8715 Ref #Ib0Bknmkqz on 05/25/21 |
| | 05/26 | 4,651.16 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxx8715 Ref #Ib0Bknmnn3 on 05/25/21 |
| | 05/27 | 7,122.93 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxx8731 Ref #Ib0Bkwqxwd on 05/27/21 |
| | 05/28 | 511.90 | Purchase authorized on 05/26 Indeed 203-564-2400 CT S461146546758678 Card 7130 |
| | | **$195,324.98** | **Total electronic debits/bank debits** |

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date.  This time frame does not apply to consumer accounts.*

## Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 285 | 733.58 | 05/03 | 290 | 700.00 | 05/05 | 293 | 831.00 | 05/17 |
| 288* | 157.42 | 05/05 | 291 | 3,380.00 | 05/07 | 294 | 555.22 | 05/28 |
| 289 | 225.00 | 05/13 | 292 | 433.00 | 05/14 | | | |
| | **$7,015.22** | | **Total checks paid** | | | | | |

\* *Gap in check sequence.*

| | **$202,340.20** | **Total debits** |
|---|---|---|

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/30 | 71,840.44 | 05/11 | 54,173.45 | 05/20 | 34,992.37 |
| 05/03 | 69,710.86 | 05/12 | 48,632.16 | 05/21 | 39,407.21 |
| 05/04 | 76,045.17 | 05/13 | 40,174.87 | 05/24 | 60,541.40 |
| 05/05 | 76,582.24 | 05/14 | 46,741.87 | 05/25 | 67,441.40 |
| 05/06 | 38,531.54 | 05/17 | 60,528.83 | 05/26 | 62,299.04 |
| 05/07 | 42,451.54 | 05/18 | 66,578.83 | 05/27 | 63,106.11 |
| 05/10 | 45,207.46 | 05/19 | 70,758.01 | 05/28 | 69,288.99 |
| **Average daily ledger balance** | **$56,191.69** | | | | |

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058.  You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.