# Analyzed Business Checking

Account number: ███████ ■ May 1, 2021 - May 31, 2021 ■ Page 1 of 8

CIVITAS HEALTH SERVICES, INC.
5663 S LABURNUM AVE
RICHMOND VA 23231-4418

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online: wellsfargo.com*

*Write:* Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR  97228-6995

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ███████ | $128.77 | $192,588.19 | -$192,617.20 | $99.76 |

## Credits

**Electronic deposits/bank credits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 05/03 | 12,916.75 | Sentara Ads8 Hcclaimpmt Civitas Health TRN*1*12#4947854*1522368125\ |
| | 05/03 | 728.57 | Uhc Community Pl Hcclaimpmt xxxxx7735 TRN*1*2021043016200340*1362739571*000004567\ |
| | 05/03 | 390.00 | Aetna Better He Hcclaimpmt 210430 00247570 TRN*1*1708142*1541576305*Famis 4.0\ |
| | 05/03 | 259.45 | Anthem Blue VA5C Hcclaimpmt 3149509429 TRN*1*3149509429*1540357120\ |
| | 05/03 | 178.90 | Aetna Better He Hcclaimpmt 210430 00247570 TRN*1*1708709*1541576305*Medallion 4.0\ |
| | 05/03 | 162.51 | Aetna Better He Hcclaimpmt 210430 00247570 TRN*1*1710370*1541576305*Abh Virginia Ccc Plus\ |
| | 05/03 | 127.50 | Anthem Blue VA5F Hcclaimpmt 3149509428 TRN*1*3149509428*1540357120\ |
| | 05/04 | 4,938.45 | Vpep Qnxt Ffs Hcclaimpmt 210503 TRN*1*745697*1541760974\ |
| | 05/04 | 1,318.90 | Magellan Health Hcclaimpmt Sv17518 TRN*1*202105041060039000*1810983027\ |
| | 05/04 | 945.00 | Magellan Health Hcclaimpmt Sv17518 TRN*1*202105041080015700*1810983027\ |
| | 05/04 | 589.45 | Anthem Blue VA5C Hcclaimpmt 3149614715 TRN*1*3149614715*1540357120\ |
| | 05/04 | 500.00 | Magellanhealthse Hcclaimpmt May 4 002624241,Vam1 TRN*1*2624241*1522135463*Vam1~ |
| | 05/04 | 269.45 | Vpm4 Qnxt Claims Hcclaimpmt 210503 TRN*1*511495*1541760974\ |
| | 05/05 | 4,342.01 | Sentara Ads8 Hcclaimpmt Civitas Health TRN*1*12#4954076*1522368125\ |




**Electronic deposits/bank credits** (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---:|---|
| | 05/05 | 690.00 | Aetna Better He Hcclaimpmt 210504 00247570 TRN*1*1712355*1541576305*Famis 4.0\ |
| | 05/05 | 555.98 | Aetna Better He Hcclaimpmt 210504 00247570 TRN*1*1714689*1541576305*Abh Virginia Ccc Plus\ |
| | 05/05 | 120.00 | Uhc Community Pl Hcclaimpmt xxxxx7735 TRN*1*2021050213800696*1362739571*000004567\ |
| | 05/06 | 2,619.45 | Vpep Qnxt Ffs Hcclaimpmt 210505 TRN*1*748094*1541760974\ |
| | 05/06 | 1,444.37 | Anthem Blue VA5C Hcclaimpmt 3149934123 TRN*1*3149934123*1540357120\ |
| | 05/06 | 540.00 | Vpm4 Qnxt Claims Hcclaimpmt 210505 TRN*1*513055*1541760974\ |
| | 05/07 | 2,773.90 | Uhc Community Pl Hcclaimpmt xxxxx7735 TRN*1*2021050514400521*1362739571*000004567\ |
| | 05/07 | 1,486.00 | Vpep Qnxt Ffs Hcclaimpmt 210506 TRN*1*749272*1541760974\ |
| | 05/07 | 661.48 | Anthem Blue VA5C Hcclaimpmt 3150040354 TRN*1*3150040354*1540357120\ |
| | 05/07 | 633.45 | Uhc Community Pl Hcclaimpmt xxxxx7735 TRN*1*2021050612000983*1362739571*000004567\ |
| | 05/07 | 594.46 | Anthem Blue VA5C Hcclaimpmt 3150040356 TRN*1*3150040356*1540357120\ |
| | 05/07 | 447.25 | Vpm4 Qnxt Claims Hcclaimpmt 210506 TRN*1*513815*1541760974\ |
| | 05/07 | 360.00 | Anthem Blue VA5C Hcclaimpmt 3150040352 TRN*1*3150040352*1540357120\ |
| | 05/07 | 260.00 | Anthem Blue VA5C Hcclaimpmt 3150040353 TRN*1*3150040353*1540357120\ |
| | 05/07 | 128.50 | Anthem Blue VA5C Hcclaimpmt 3150040355 TRN*1*3150040355*1540357120\ |
| | 05/10 | 17,067.44 | Sentara Ads8 Hcclaimpmt Civitas Health TRN*1*12#5012816*1522368125\ |
| | 05/10 | 1,436.54 | Aetna Better He Hcclaimpmt 210507 00247570 TRN*1*1723321*1541576305*Abh Virginia Ccc Plus\ |
| | 05/10 | 1,013.45 | Uhc Community Pl Hcclaimpmt xxxxx7735 TRN*1*2021050715900739*1362739571*000004567\ |
| | 05/10 | 750.00 | Aetna Better He Hcclaimpmt 210507 00247570 TRN*1*1720683*1541576305*Famis 4.0\ |
| | 05/10 | 568.70 | Anthem Blue VA5C Hcclaimpmt 3150130009 TRN*1*3150130009*1540357120\ |
| | 05/10 | 255.00 | Anthem Blue VA5F Hcclaimpmt 3150130008 TRN*1*3150130008*1540357120\ |
| | 05/11 | 5,257.45 | Vpep Qnxt Ffs Hcclaimpmt 210510 TRN*1*750686*1541760974\ |
| | 05/11 | 1,320.00 | Magellan Health Hcclaimpmt Sv17518 TRN*1*202105111090010200*1810983027\ |
| | 05/11 | 1,198.90 | Magellan Health Hcclaimpmt Sv17518 TRN*1*202105111050024100*1810983027\ |
| | 05/11 | 500.00 | Magellanhealthse Hcclaimpmt May 11 002625433,Vam1 TRN*1*2625433*1522135463*Vam1~ |
| | 05/11 | 428.90 | Anthem Blue VA5C Hcclaimpmt 3150238919 TRN*1*3150238919*1540357120\ |
| | 05/11 | 412.41 | Vpm4 Qnxt Claims Hcclaimpmt 210510 TRN*1*515374*1541760974\ |

Wells Fargo Bank Statement    Page 3 of 8



### Electronic deposits/bank credits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 05/12 | 7,318.35 | Sentara Ads8 Hcclaimpmt Civitas Health TRN*1*12#5019690*1522368125\ |
| | 05/12 | 371.00 | Humana Govt Busi Hcclaimpmt 051021 1215060468 TRN*1*1215060468*1611241225*Wpseast \ |
| | 05/12 | 345.00 | Aetna Better He Hcclaimpmt 210511 00247570 TRN*1*1725571*1541576305*Famis 4.0\ |
| | 05/12 | 250.00 | Humana Govt Busi Hcclaimpmt 051021 1215060467 TRN*1*1215060467*1611241225*Wpseast \ |
| | 05/12 | 91.60 | Aetna Better He Hcclaimpmt 210511 00247570 TRN*1*1726236*1541576305*Medallion 4.0\ |
| | 05/12 | 89.45 | Aetna Better He Hcclaimpmt 210511 00247570 TRN*1*1728025*1541576305*Abh Virginia Ccc Plus\ |
| | 05/13 | 2,983.45 | Vpep Qnxt Ffs Hcclaimpmt 210512 TRN*1*753149*1541760974\ |
| | 05/13 | 356.16 | Humana Govt Busi Hcclaimpmt 051121 1215070100 TRN*1*1215070100*1611241225*Wpseast \ |
| | 05/13 | 300.00 | Aetna Better He Hcclaimpmt 210512 00247570 TRN*1*1730029*1541576305*Famis 4.0\ |
| | 05/13 | 118.72 | Humana Govt Busi Hcclaimpmt 051121 1215070101 TRN*1*1215070101*1611241225*Wpseast \ |
| | 05/13 | 89.45 | Aetna Better He Hcclaimpmt 210512 00247570 TRN*1*1730625*1541576305*Medallion 4.0\ |
| | 05/13 | 60.00 | Vpm4 Qnxt Claims Hcclaimpmt 210512 TRN*1*517086*1541760974\ |
| | 05/14 | 2,086.31 | Anthem Blue VA5C Hcclaimpmt 3150736678 TRN*1*3150736678*1540357120\ |
| | 05/14 | 1,902.35 | Uhc Community Pl Hcclaimpmt xxxxx7735 TRN*1*2021051214501448*1362739571*000004567\ |
| | 05/14 | 703.75 | Anthem Blue VA5C Hcclaimpmt 3150736677 TRN*1*3150736677*1540357120\ |
| | 05/14 | 557.01 | Anthem Blue VA5C Hcclaimpmt 3150736681 TRN*1*3150736681*1540357120\ |
| | 05/14 | 544.73 | Uhc Community Pl Hcclaimpmt xxxxx7735 TRN*1*2021051213501548*1362739571*000004567\ |
| | 05/14 | 511.45 | Uhc Community Pl Hcclaimpmt xxxxx7735 TRN*1*2021051311101085*1362739571*000004567\ |
| | 05/14 | 452.00 | Vpep Qnxt Ffs Hcclaimpmt 210513 TRN*1*754189*1541760974\ |
| | 05/14 | 178.90 | Vpm4 Qnxt Claims Hcclaimpmt 210513 TRN*1*517965*1541760974\ |
| | 05/14 | 89.45 | Anthem Blue VA5C Hcclaimpmt 3150736679 TRN*1*3150736679*1540357120\ |
| | 05/14 | 64.45 | Anthem Blue VA5C Hcclaimpmt 3150736680 TRN*1*3150736680*1540357120\ |
| | 05/17 | 12,271.49 | Sentara Ads8 Hcclaimpmt Civitas Health TRN*1*12#5025781*1522368125\ |
| | 05/17 | 809.45 | Aetna Better He Hcclaimpmt 210514 00247570 TRN*1*1736121*1541576305*Abh Virginia Ccc Plus\ |
| | 05/17 | 635.00 | Uhc Community Pl Hcclaimpmt xxxxx7735 TRN*1*2021051413200063*1362739571*000004567\ |
| | 05/17 | 500.00 | Uhc Community Pl Hcclaimpmt xxxxx7735 TRN*1*2021051415401252*1362739571*000004567\ |



### Electronic deposits/bank credits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---:|---|
| | 05/17 | 420.00 | Aetna Better He Hcclaimpmt 210514 00247570 TRN*1*1733917*1541576305*Famis 4.0\ |
| | 05/17 | 260.00 | Anthem Blue VA5C Hcclaimpmt 3150832565 TRN*1*3150832565*1540357120\ |
| | 05/17 | 89.45 | Aetna Better He Hcclaimpmt 210514 00247570 TRN*1*1734488*1541576305*Medallion 4.0\ |
| | 05/18 | 4,210.02 | Vpep Qnxt Ffs Hcclaimpmt 210517 TRN*1*755534*1541760974\ |
| | 05/18 | 1,200.00 | Magellan Health Hcclaimpmt Sv17518 TRN*1*202105181020023000*1810983027\ |
| | 05/18 | 839.45 | Magellanhealthse Hcclaimpmt May 18 002627008,Vam1 TRN*1*2627008*1522135463*Vam1~ |
| | 05/18 | 629.45 | Magellan Health Hcclaimpmt Sv17518 TRN*1*202105181130046500*1810983027\ |
| | 05/18 | 584.45 | Anthem Blue VA5C Hcclaimpmt 3150939557 TRN*1*3150939557*1540357120\ |
| | 05/18 | 455.00 | Uhc Community Pl Hcclaimpmt xxxxx7735 TRN*1*2021051511100834*1362739571*000004567\ |
| | 05/18 | 445.20 | Humana Govt Busi Hcclaimpmt 051421 1215099894 TRN*1*1215099894*1611241225*Wpseast \ |
| | 05/18 | 293.51 | Vpm4 Qnxt Claims Hcclaimpmt 210517 TRN*1*519554*1541760974\ |
| | 05/18 | 250.00 | Humana Govt Busi Hcclaimpmt 051421 1215099893 TRN*1*1215099893*1611241225*Wpseast \ |
| | 05/19 | 8,108.89 | Sentara Ads8 Hcclaimpmt Civitas Health TRN*1*12#5032084*1522368125\ |
| | 05/19 | 465.00 | Aetna Better He Hcclaimpmt 210518 00247570 TRN*1*1738127*1541576305*Famis 4.0\ |
| | 05/19 | 331.00 | Aetna Better He Hcclaimpmt 210518 00247570 TRN*1*1740525*1541576305*Abh Virginia Ccc Plus\ |
| | 05/20 | 3,307.00 | Vpep Qnxt Ffs Hcclaimpmt 210519 TRN*1*757928*1541760974\ |
| | 05/20 | 2,359.80 | Uhc Community Pl Hcclaimpmt xxxxx7735 TRN*1*2021051914300701*1362739571*000004567\ |
| | 05/20 | 1,354.92 | Anthem Blue VA5C Hcclaimpmt 3151231638 TRN*1*3151231638*1540357120\ |
| | 05/20 | 630.00 | Vpm4 Qnxt Claims Hcclaimpmt 210519 TRN*1*521146*1541760974\ |
| | 05/20 | 480.00 | Aetna Better He Hcclaimpmt 210519 00247570 TRN*1*1744556*1541576305*Abh Virginia Ccc Plus\ |
| | 05/20 | 450.00 | Aetna Better He Hcclaimpmt 210519 00247570 TRN*1*1742384*1541576305*Famis 4.0\ |
| | 05/21 | 1,215.45 | Vpep Qnxt Ffs Hcclaimpmt 210520 TRN*1*758961*1541760974\ |
| | 05/21 | 719.45 | Anthem Blue VA5C Hcclaimpmt 3151330020 TRN*1*3151330020*1540357120\ |
| | 05/21 | 656.48 | Anthem Blue VA5C Hcclaimpmt 3151330022 TRN*1*3151330022*1540357120\ |
| | 05/21 | 542.45 | Uhc Community Pl Hcclaimpmt xxxxx7735 TRN*1*2021052016400253*1362739571*000004567\ |
| | 05/21 | 444.21 | Anthem Blue VA5C Hcclaimpmt 3151330023 TRN*1*3151330023*1540357120\ |
| | 05/21 | 432.66 | Vpm4 Qnxt Claims Hcclaimpmt 210520 TRN*1*521930*1541760974\ |



### Electronic deposits/bank credits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---:|---|
| | 05/21 | 360.00 | Anthem Blue VA5C Hcclaimpmt 3151330019 TRN*1*3151330019*1540357120\ |
| | 05/21 | 356.16 | Humana Govt Busi Hcclaimpmt 051921 1215129850 TRN*1*1215129850*1611241225*Wpseast \ |
| | 05/21 | 127.50 | Anthem Blue VA5F Hcclaimpmt 3151330018 TRN*1*3151330018*1540357120\ |
| | 05/21 | 119.84 | Anthem Blue VA5C Hcclaimpmt 3151330021 TRN*1*3151330021*1540357120\ |
| | 05/21 | 118.72 | Humana Govt Busi Hcclaimpmt 051921 1215129851 TRN*1*1215129851*1611241225*Wpseast \ |
| | 05/24 | 17,534.30 | Sentara Ads8 Hcclaimpmt Civitas Health TRN*1*12#5037362*1522368125\ |
| | 05/24 | 877.45 | Uhc Community Pl Hcclaimpmt xxxxx7735 TRN*1*2021052117100633*1362739571*000004567\ |
| | 05/24 | 810.00 | Aetna Better He Hcclaimpmt 210521 00247570 TRN*1*1746190*1541576305*Famis 4.0\ |
| | 05/24 | 575.42 | Anthem Blue VA5C Hcclaimpmt 3151414765 TRN*1*3151414765*1540357120\ |
| | 05/24 | 480.00 | Aetna Better He Hcclaimpmt 210521 00247570 TRN*1*1748471*1541576305*Abh Virginia Ccc Plus\ |
| | 05/24 | 130.00 | Anthem Blue VA5C Hcclaimpmt 3151414764 TRN*1*3151414764*1540357120\ |
| | 05/24 | 118.72 | Humana Govt Busi Hcclaimpmt 052021 1215139900 TRN*1*1215139900*1611241225*Wpseast \ |
| | 05/25 | 4,636.90 | Vpep Qnxt Ffs Hcclaimpmt 210525 TRN*1*760499*1541760974\ |
| | 05/25 | 1,274.45 | Magellan Health Hcclaimpmt Sv17518 TRN*1*202105251090008100*1810983027\ |
| | 05/25 | 960.00 | Magellan Health Hcclaimpmt Sv17518 TRN*1*202105251150021800*1810983027\ |
| | 05/25 | 182.00 | Uhc Community Pl Hcclaimpmt xxxxx7735 TRN*1*2021052213000645*1362739571*000004567\ |
| | 05/26 | 9,624.53 | Sentara Ads8 Hcclaimpmt Civitas Health TRN*1*12#5044107*1522368125\ |
| | 05/26 | 745.00 | Anthem Blue VA5C Hcclaimpmt 3151674655 TRN*1*3151674655*1540357120\ |
| | 05/26 | 628.90 | Vpm4 Qnxt Claims Hcclaimpmt 210525 TRN*1*523492*1541760974\ |
| | 05/26 | 500.00 | Humana Govt Busi Hcclaimpmt 052421 1215160220 TRN*1*1215160220*1611241225*Wpseast \ |
| | 05/26 | 370.00 | Aetna Better He Hcclaimpmt 210525 00247570 TRN*1*1752734*1541576305*Abh Virginia Ccc Plus\ |
| | 05/26 | 345.00 | Aetna Better He Hcclaimpmt 210525 00247570 TRN*1*1750292*1541576305*Famis 4.0\ |
| | 05/26 | 230.00 | Sentara Ads5 Hcclaimpmt Civitas Health TRN*1*164#89404*1522368125\ |
| | 05/26 | 118.72 | Humana Govt Busi Hcclaimpmt 052421 1215160221 TRN*1*1215160221*1611241225*Wpseast \ |
| | 05/26 | 91.05 | Aetna Better He Hcclaimpmt 210525 00247570 TRN*1*1750928*1541576305*Medallion 4.0\ |
| | 05/26 | 91.00 | Uhc Community Pl Hcclaimpmt xxxxx7735 TRN*1*2021052312200410*1362739571*000004567\ |



**Electronic deposits/bank credits** (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---:|---|
| | 05/27 | 3,927.45 | Vpep Qnxt Ffs Hcclaimpmt 210526 TRN*1*762906*1541760974\ |
| | 05/27 | 1,927.88 | Anthem Blue VA5C Hcclaimpmt 3151797116 TRN*1*3151797116*1540357120\ |
| | 05/27 | 850.00 | Aetna Better He Hcclaimpmt 210526 00247570 TRN*1*1756801*1541576305*Abh Virginia Ccc Plus\ |
| | 05/27 | 720.00 | Vpm4 Qnxt Claims Hcclaimpmt 210526 TRN*1*525178*1541760974\ |
| | 05/27 | 209.07 | Anthem Blue VA5F Hcclaimpmt 3151797115 TRN*1*3151797115*1540357120\ |
| | 05/27 | 144.44 | Anthem Blue VA5F Hcclaimpmt 3151797114 TRN*1*3151797114*1540357120\ |
| | 05/27 | 109.00 | Humana Govt Busi Hcclaimpmt 052521 1215170302 TRN*1*1215170302*1611241225*Wpseast \ |
| | 05/28 | 2,750.80 | Uhc Community Pl Hcclaimpmt xxxxx7735 TRN*1*2021052611300947*1362739571*000004567\ |
| | 05/28 | 1,268.35 | Anthem Blue VA5C Hcclaimpmt 3151897978 TRN*1*3151897978*1540357120\ |
| | 05/28 | 586.57 | Vpep Qnxt Ffs Hcclaimpmt 210527 TRN*1*764064*1541760974\ |
| | 05/28 | 532.40 | Anthem Blue VA5C Hcclaimpmt 3151897980 TRN*1*3151897980*1540357120\ |
| | 05/28 | 520.00 | Anthem Blue VA5C Hcclaimpmt 3151897977 TRN*1*3151897977*1540357120\ |
| | 05/28 | 507.53 | Vpm4 Qnxt Claims Hcclaimpmt 210527 TRN*1*525895*1541760974\ |
| | 05/28 | 470.44 | Humana Govt Busi Hcclaimpmt 052621 1215180061 TRN*1*1215180061*1611241225*Wpseast \ |
| | 05/28 | 360.00 | Anthem Blue VA5C Hcclaimpmt 3151897975 TRN*1*3151897975*1540357120\ |
| | 05/28 | 141.02 | Anthem Blue VA5C Hcclaimpmt 3151897976 TRN*1*3151897976*1540357120\ |
| | 05/28 | 113.65 | Anthem Blue VA5C Hcclaimpmt 3151897979 TRN*1*3151897979*1540357120\ |
| | | **$192,588.19** | **Total electronic deposits/bank credits** |
| | | **$192,588.19** | **Total credits** |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---:|---|
| | 05/03 | 14,750.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bdwzdbr on 05/03/21 |
| | 05/04 | 8,600.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bf4Zcr7 on 05/04/21 |
| | 05/05 | 5,700.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bfcr5Q5 on 05/05/21 |
| | 05/06 | 4,600.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bfkx5K9 on 05/06/21 |



**Electronic debits/bank debits** (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---:|---|
| | 05/07 | 7,300.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bfswq56 on 05/07/21 |
| | 05/10 | 17,150.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bgfbrd8 on 05/10/21 |
| | 05/10 | 4,000.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0BG33Dhq on 05/08/21 |
| | 05/11 | 87.20 | Client Analysis Srvc Chrg 210510 Svc Chge 0421▮▮▮▮▮▮▮ |
| | 05/11 | 9,100.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bglvpct on 05/11/21 |
| | 05/12 | 8,300.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bgsn7Yl on 05/12/21 |
| | 05/13 | 4,000.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bgzgppc on 05/13/21 |
| | 05/14 | 7,000.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bh8B68B on 05/14/21 |
| | 05/17 | 15,050.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bhx8Crd on 05/17/21 |
| | 05/18 | 8,050.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bj4P8WV on 05/18/21 |
| | 05/19 | 9,750.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bjb96Yl on 05/19/21 |
| | 05/20 | 8,700.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bjjfqks on 05/20/21 |
| | 05/21 | 5,000.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bjrbtpf on 05/21/21 |
| | 05/24 | 20,500.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bkb64T3 on 05/24/21 |
| | 05/25 | 4,650.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bkk6Thx on 05/25/21 |
| | 05/25 | 2,400.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bkhpsq2 on 05/25/21 |
| | 05/26 | 12,750.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bkp9Zjg on 05/26/21 |
| | 05/27 | 7,930.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bkvz6G6 on 05/27/21 |
| | 05/28 | 7,250.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bl5Drcc on 05/28/21 |
| | | **$192,617.20** | **Total electronic debits/bank debits** |
| | | **$192,617.20** | **Total debits** |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 04/30 | 128.77 | 05/05 | 111.69 | 05/10 | 101.68 |
| 05/03 | 142.45 | 05/06 | 115.51 | 05/11 | 32.14 |
| 05/04 | 103.70 | 05/07 | 160.55 | 05/12 | 197.54 |

### Daily ledger balance summary  (continued)

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/13 | 105.32 | 05/19 | 143.08 | 05/25 | 146.96 |
| 05/14 | 195.72 | 05/20 | 24.80 | 05/26 | 141.16 |
| 05/17 | 131.11 | 05/21 | 117.72 | 05/27 | 99.00 |
| 05/18 | 988.19 | 05/24 | 143.61 | 05/28 | 99.76 |
| **Average daily ledger balance** | | **$155.04** | | | |

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation
have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to
10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business
credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7
days per week. Thank you for banking with Wells Fargo. We appreciate your business.

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole
proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of
information that we have reported by writing to us at:  Overdraft Collections and Recovery PO Box 5058 Portland, OR.
97208-5058.  You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with
supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an
identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.