# Initiate Business Checking

May 31, 2021  ■  Page 1 of 4



CIVITAS HEALTH SERVICES INC
DEBTOR IN POSSESSION
CH11 CASE #19-34993 (EVA)
PAYROLL ACCOUNT
5663 S LABURNUM AVE
RICHMOND VA 23231-4418

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive
tools, and other resources on the topics of business growth, credit, cash flow
management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient
services with your account(s).  Go to wellsfargo.com/biz or
call the number above if you have questions or if you would
like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

 # IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021:
800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call
any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of
hearing customers and customers with speech disorders.



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $1,430.39 |
| Deposits/Credits | 108,200.67 |
| Withdrawals/Debits | - 108,548.52 |
| **Ending balance on 5/31** | **$1,082.54** |

Account number:

**CIVITAS HEALTH SERVICES INC**
**DEBTOR IN POSSESSION**
**CH11 CASE #19-34993 (EVA)**
**PAYROLL ACCOUNT**

*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 051400549

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/3 | | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bf24Y7D on 05/03/21 | 3,559.41 | | |
| 5/3 | | WF Direct Pay-Payment- Payroll-Tran ID Dp99604265 | | 3,559.41 | 1,430.39 |
| 5/6 | | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bfmwhvb on 05/06/21 | 42,050.70 | | |
| 5/6 | | WF Direct Pay-Payment- Payroll-Tran ID Dp99880533 | | 350.00 | |
| 5/6 | | WF Direct Pay-Payment- Payroll-Tran ID Dp99880535 | | 39,410.33 | 3,720.76 |
| 5/10 | 181 | Check | | 347.85 | 3,372.91 |
| 5/13 | | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bh2Pryb on 05/13/21 | 10,876.58 | | |
| 5/13 | | WF Direct Pay-Payment- Payroll-Tran ID Dp00343222 | | 7,317.17 | 6,932.32 |
| 5/14 | 182 | Check | | 1,172.16 | |
| 5/14 | 183 | Check | | 1,118.21 | 4,641.95 |
| 5/17 | | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bhzprjc on 05/17/21 | 1,230.97 | | |
| 5/17 | | WF Direct Pay-Payment- Payroll-Tran ID Dp00565808 | | 4,790.38 | 1,082.54 |
| 5/20 | | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bjm7Mtd on 05/20/21 | 43,360.08 | | |
| 5/20 | | WF Direct Pay-Payment- Payroll-Tran ID Dp00789486 | | 350.00 | |
| 5/20 | | WF Direct Pay-Payment- Payroll-Tran ID Dp00789484 | | 41,476.06 | 2,616.56 |
| 5/24 | 185 | Deposited OR Cashed Check | | 477.90 | 2,138.66 |
| 5/25 | 184 | Deposited OR Cashed Check | | 1,056.12 | 1,082.54 |
| 5/27 | | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bkwqxwd on 05/27/21 | 7,122.93 | | |
| 5/27 | | WF Direct Pay-Payment- Payroll-Tran ID Dp01222318 | | 7,122.93 | 1,082.54 |
| **Ending balance on 5/31** | | | | | **1,082.54** |
| **Totals** | | | **$108,200.67** | **$108,548.52** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 181 | 5/10 | 347.85 | 183 | 5/14 | 1,118.21 | 185 | 5/24 | 477.90 |
| 182 | 5/14 | 1,172.16 | 184 | 5/25 | 1,056.12 | | | |

May 31, 2021 ■ Page 3 of 4



## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2021 - 05/31/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $1,000.00 | $2,466.00 ☑ |
| · Minimum daily balance | $500.00 | $1,082.54 ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 13 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

## Other Wells Fargo Benefits

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.



---

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your                $ _____
register or transfers into              $ _____
your account which are not            $ _____
shown on your statement.           + $ _____
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801