Chase9015_Activity_20210702 (1)

| Details | Posting Date | Description | |
|---|---|---|---|
| CREDIT | 6/30/2021 | CIVITAS HEALTH S DEPOSIT | PPD ID: BIZEDP |
| DEBIT | 6/28/2021 | COMCAST 800-COMCAST MD | 06/28 |
| DEBIT | 6/28/2021 | Amazon Tips*291S30JC Amzn.com/bill WA | 06/27 |
| DEBIT | 6/28/2021 | CASH APP*IZAIAH BOW 8774174551 CA | 06/26 |
| DEBIT | 6/28/2021 | AMZN Mktp US*212D457 Amzn.com/bill WA | 06/26 |
| DEBIT | 6/28/2021 | Amazon.com*217289KY0 Amzn.com/bill WA | 06/26 |
| DEBIT | 6/25/2021 | Zelle payment to Melanie Bowers 12047811052 | |
| DEBIT | 6/22/2021 | AMZN Mktp US*213RZ52 Amzn.com/bill WA | 06/21 |
| DEBIT | 6/21/2021 | Amazon.com*2108516R1 Amzn.com/bill WA | 06/20 |
| DEBIT | 6/21/2021 | CASH APP*IZAIAH BOW 8774174551 CA | 06/19 |
| DEBIT | 6/21/2021 | Amazon Tips*2131W98Y Amzn.com/bill WA | 06/19 |
| DEBIT | 6/21/2021 | Amazon.com*218U62HL1 Amzn.com/bill WA | 06/18 |
| DEBIT | 6/18/2021 | CASH APP*JOEL BOWER 8774174551 CA | 06/18 |
| DEBIT | 6/18/2021 | AMZN Mktp US*2X10N4Y Amzn.com/bill WA | 06/17 |
| DEBIT | 6/17/2021 | AMZN Mktp US*217S29G Amzn.com/bill WA | 06/16 |
| DEBIT | 6/17/2021 | Amazon.com*213R78O20 Amzn.com/bill WA | 06/16 |
| DEBIT | 6/15/2021 | AMZN Mktp US*215QK5A Amzn.com/bill WA | 06/14 |
| DEBIT | 6/15/2021 | Amazon.com*2X2YJ2SL2 Amzn.com/bill WA | 06/14 |
| DEBIT | 6/15/2021 | Amazon.com*2X5SR8700 Amzn.com/bill WA | 06/14 |
| DEBIT | 6/14/2021 | Amazon Tips*212QY8LH Amzn.com/bill WA | 06/12 |
| DEBIT | 6/14/2021 | Amazon.com*2X9CG58J0 Amzn.com/bill WA | 06/11 |
| DEBIT | 6/11/2021 | Online Payment 11958113297 To CARRINGTON MORTGAGE SERVICES LLC | 06/11 |
| CREDIT | 6/11/2021 | CIVITAS HEALTH S DEPOSIT | PPD ID: BIZEDP |
| DEBIT | 6/9/2021 | AMZN Mktp US*2X2L82P Amzn.com/bill WA | 06/09 |
| DEBIT | 6/9/2021 | LOWES #00907* 866-483-7521 NC | 06/09 |
| DEBIT | 6/9/2021 | AMZN Mktp US*2X82K1K Amzn.com/bill WA | 06/09 |
| DEBIT | 6/8/2021 | Amazon Tips*2X9W716A Amzn.com/bill WA | 06/07 |
| DEBIT | 6/7/2021 | LOWES #02572* MECHANICSVILL VA | 06/06 |
| DEBIT | 6/7/2021 | LOWES #02572* MECHANICSVILL VA | 06/06 |
| DEBIT | 6/7/2021 | WAWA GAS STORE000863 MECHANICSVILL VA | 06/06 |
| DEBIT | 6/7/2021 | THE HOME DEPOT 4624 MECHANICSVILL VA | 06/06 |
| DEBIT | 6/7/2021 | AMZN Mktp US*2X6PE1L Amzn.com/bill WA | 06/07 |
| DEBIT | 6/7/2021 | Amazon.com*2X0X97BA1 Amzn.com/bill WA | 06/06 |
| DEBIT | 6/4/2021 | Amazon Prime*2X90L5G Amzn.com/bill WA | 06/03 |
| DEBIT | 6/2/2021 | Zelle payment to Melanie Bowers 11894359010 | |
| CREDIT | 6/2/2021 | CIVITAS HEALTH S DEPOSIT | PPD ID: BIZEDP |
| DEBIT | 6/1/2021 | Amazon Tips*2R8H077R Amzn.com/bill WA | 05/31 |
| DEBIT | 6/1/2021 | Amazon.com*2X40N1ZI1 Amzn.com/bill WA | 05/30 |

Chase9015_Activity_20210702 (1)

| Amount | Type | Balance | Check or Slip # |
|---:|---|---:|---|
| 3559.42 | ACH_CREDIT | 5797.2 | |
| -187.68 | DEBIT_CARD | 2237.78 | |
| -10 | DEBIT_CARD | 2425.46 | |
| -90.67 | DEBIT_CARD | 2435.46 | |
| -96.56 | DEBIT_CARD | 2526.13 | |
| -211.4 | DEBIT_CARD | 2622.69 | |
| -500 | QUICKPAY_DEBIT | 2834.09 | |
| -47.69 | DEBIT_CARD | 3334.09 | |
| -21.19 | DEBIT_CARD | 3381.78 | |
| -105.41 | DEBIT_CARD | 3402.97 | |
| -10 | DEBIT_CARD | 3508.38 | |
| -112.09 | DEBIT_CARD | 3518.38 | |
| -15 | DEBIT_CARD | 3630.47 | |
| -17.16 | DEBIT_CARD | 3645.47 | |
| -40.24 | DEBIT_CARD | 3662.63 | |
| -21.19 | DEBIT_CARD | 3702.87 | |
| -40.24 | DEBIT_CARD | 3724.06 | |
| -29.66 | DEBIT_CARD | 3764.3 | |
| -16.32 | DEBIT_CARD | 3793.96 | |
| -10 | DEBIT_CARD | 3810.28 | |
| -117.39 | DEBIT_CARD | 3820.28 | |
| -3684.7 | BILLPAY | 3937.67 | |
| 3559.42 | ACH_CREDIT | 7622.37 | |
| -69.95 | DEBIT_CARD | 4062.95 | |
| -94.87 | DEBIT_CARD | 4132.9 | |
| -349.79 | DEBIT_CARD | 4227.77 | |
| -10 | DEBIT_CARD | 4577.56 | |
| -70.72 | DEBIT_CARD | 4587.56 | |
| -189.02 | DEBIT_CARD | 4658.28 | |
| -75 | DEBIT_CARD | 4847.3 | |
| -52.96 | DEBIT_CARD | 4922.3 | |
| -16.91 | DEBIT_CARD | 4975.26 | |
| -243.48 | DEBIT_CARD | 4992.17 | |
| -12.99 | DEBIT_CARD | 5235.65 | |
| -1000 | QUICKPAY_DEBIT | 5248.64 | |
| 3559.42 | ACH_CREDIT | 6248.64 | |
| -7 | DEBIT_CARD | 2689.22 | |
| -91.66 | DEBIT_CARD | 2696.22 | |