# Initiate Business Checking

June 30, 2021 ∎ Page 1 of 5



CIVITAS HEALTH SERVICES, INC.
DEBTOR IN POSSESSION
CH11 CASE #19-34993 (EVA)
TAXES ACCOUNT
5663 S LABURNUM AVE
RICHMOND VA 23231-4418

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

 # IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021: 800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of hearing customers and customers with speech disorders.



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $10,791.17 |
| Deposits/Credits | 47,276.04 |
| Withdrawals/Debits | - 48,781.56 |
| **Ending balance on 6/30** | **$9,285.65** |

Account number:

**CIVITAS HEALTH SERVICES, INC.**
**DEBTOR IN POSSESSION**
**CH11 CASE #19-34993 (EVA)**
**TAXES ACCOUNT**

*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  051400549

For Wire Transfers use
Routing Number (RTN):  121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/2 | | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bm7Qbkh on 06/01/21 | 4,184.42 | | |
| 6/2 | < | Business to Business ACH Debit - IRS Usataxpymt 060221 270155381910213 Civitas Health Service | | 2,166.96 | 12,808.63 |
| 6/4 | < | Business to Business ACH Debit - VA Dept Taxation Tax Paymen 210603 xxxxx7735 The Center for Counsel | | 390.42 | |
| 6/4 | 1046 | Check | | 3,151.16 | 9,267.05 |
| 6/8 | 1045 | Check | | 1,120.81 | 8,146.24 |
| 6/9 | | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bnqjyts on 06/08/21 | 12,746.19 | | |
| 6/9 | < | Business to Business ACH Debit - IRS Usataxpymt 060921 270156063614446 Civitas Health Service | | 1,369.46 | |
| 6/9 | < | Business to Business ACH Debit - IRS Usataxpymt 060921 270156025088669 Civitas Health Service | | 12,746.19 | 6,776.78 |
| 6/11 | | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bpbdrgf on 06/11/21 | 1,725.90 | | |
| 6/11 | < | Business to Business ACH Debit - VA Dept Taxation Tax Paymen 210610 xxxxx7735 The Center for Counsel | | 257.58 | |
| 6/11 | < | Business to Business ACH Debit - VA Dept Taxation Tax Paymen 210610 xxxxx7735 The Center for Counsel | | 2,435.67 | 5,809.43 |
| 6/16 | | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bq7Szj6 on 06/15/21 | 4,302.36 | | |
| 6/16 | < | Business to Business ACH Debit - IRS Usataxpymt 061621 270156784150074 Civitas Health Service | | 3,635.31 | 6,476.48 |
| 6/18 | < | Business to Business ACH Debit - VA Dept Taxation Tax Paymen 210617 xxxxx7735 The Center for Counsel | | 667.05 | |
| 6/18 | 1048 | Check | | 1,725.90 | 4,083.53 |
| 6/22 | | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Brmtdr3 on 06/22/21 | 15,267.61 | | 19,351.14 |
| 6/23 | < | Business to Business ACH Debit - IRS Usataxpymt 062321 270157441138270 Civitas Health Service | | 12,827.47 | 6,523.67 |
| 6/25 | < | Business to Business ACH Debit - VA Dept Taxation Tax Paymen 210624 xxxxx7735 The Center for Counsel | | 2,440.14 | |
| 6/25 | 1047 | Check | | 1,500.00 | 2,583.53 |
| 6/28 | | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bscpx6P on 06/26/21 | 4,651.16 | | 7,234.69 |



### Transaction history  *(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/30 | | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0BT3Hc3Z on 06/30/21 | 4,398.40 | | |
| 6/30 | < | Business to Business ACH Debit - IRS Usataxpymt 063021 270158181614881 Civitas Health Service | | 2,347.44 | 9,285.65 |
| **Ending balance on 6/30** | | | | | **9,285.65** |
| **Totals** | | | **$47,276.04** | **$48,781.56** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Summary of checks written    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1045 | 6/8 | 1,120.81 | 1047 | 6/25 | 1,500.00 | 1048 | 6/18 | 1,725.90 |
| 1046 | 6/4 | 3,151.16 | | | | | | |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2021 - 06/30/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $1,000.00 | $7,247.00 ☑ |
| · Minimum daily balance | $500.00 | $2,583.53 ☑ |

C1/C1

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 15 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

### Other Wells Fargo Benefits

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.



 # IMPORTANT ACCOUNT INFORMATION

---

Effective September 1, 2021, the non-Wells Fargo ATM balance inquiry fee will increase from $2.00 to $2.50, and the non-Wells Fargo ATM transfer fee will increase from $2.00 to $2.50. To avoid these fees, monitor your balances and transfer money by accessing Wells Fargo ATMs, calling the number on the back of your card, and using Wells Fargo Online® or the Wells Fargo Mobile® app. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply. These fees may not be applicable to all customers and may vary depending on the type of Account you have. For more details, refer to the applicable Wells Fargo Fee and Information Schedule for your Account.

---

Effective May 28, 2021, the following fees were eliminated and there is no longer a charge for these services: audit confirmation, credit inquiry, coin deposited per bag, and document copy. Thank you for banking with Wells Fargo. We appreciate your business.



---

**General statement policies for Wells Fargo Bank**

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into              $ _____
your account which are not              $ _____
shown on your statement.              + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** | $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801