# Analyzed Business Checking

CIVITAS HEALTH SERVICES, INC.
5663 S LABURNUM AVE
RICHMOND VA 23231-4418

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* *wellsfargo.com*

*Write:* Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

### *Analyzed Business Checking*

| *Account number* | *Beginning balance* | *Total credits* | *Total debits* | *Ending balance* |
|---|---|---|---|---|
| [redacted] | $99.76 | $259,155.99 | -$259,120.00 | $135.75 |

## Credits

**Electronic deposits/bank credits**

| *Effective date* | *Posted date* | *Amount* | *Transaction detail* |
|---|---|---|---|
| | 06/01 | 17,804.15 | Sentara Ads8 Hcclaimpmt Civitas Health TRN*1*12#5049443*1522368125\ |
| | 06/01 | 2,229.28 | Magellan Health Hcclaimpmt Sv17518 TRN*1*20210601110037900*1810983027\ |
| | 06/01 | 1,275.00 | Magellan Health Hcclaimpmt Sv17518 TRN*1*202106011020016600*1810983027\ |
| | 06/01 | 829.45 | Aetna Better He Hcclaimpmt 210528 00247570 TRN*1*1760681*1541576305*Abh Virginia Ccc Plus\ |
| | 06/01 | 637.00 | Uhc Community Pl Hcclaimpmt xxxxx7735 TRN*1*2021052816000458*1362739571*000004567\ |
| | 06/01 | 364.00 | Uhc Community Pl Hcclaimpmt xxxxx7735 TRN*1*2021052712200292*1362739571*000004567\ |
| | 06/01 | 250.00 | Anthem Blue VA5C Hcclaimpmt 3151981942 TRN*1*3151981942*1540357120\ |
| | 06/01 | 250.00 | Uhc Community Pl Hcclaimpmt xxxxx7735 TRN*1*2021052815501157*1362739571*000004567\ |
| | 06/01 | 109.97 | Humana Govt Busi Hcclaimpmt 052721 2213174535 TRN*1*2213174535*1611241225*Wpseast \ |
| | 06/01 | 59.45 | Anthem Blue VA5C Hcclaimpmt 3151981941 TRN*1*3151981941*1540357120\ |
| | 06/01 | 15.00 | Anthem Blue VA5C Hcclaimpmt 3151981943 TRN*1*3151981943*1540357120\ |
| | 06/02 | 3,813.47 | Vpep Qnxt Ffs Hcclaimpmt 210601 TRN*1*765290*1541760974\ |
| | 06/02 | 1,362.72 | Vpm4 Qnxt Claims Hcclaimpmt 210601 TRN*1*527433*1541760974\ |

***Electronic deposits/bank credits** (continued)*

| *Effective date* | *Posted date* | *Amount* | *Transaction detail* |
|---|---|---|---|
| | 06/02 | 750.00 | Magellanhealthse Hcclaimpmt Jun 2 002629257,Vam1 TRN*1*2629257*1522135463*Vam1~ |
| | 06/02 | 678.90 | Anthem Blue VA5C Hcclaimpmt 3152084939 TRN*1*3152084939*1540357120\ |
| | 06/03 | 13,679.02 | Sentara Ads8 Hcclaimpmt Civitas Health TRN*1*12#5055928*1522368125\ |
| | 06/03 | 2,742.00 | Vpep Qnxt Ffs Hcclaimpmt 210602 TRN*1*766792*1541760974\ |
| | 06/03 | 1,100.00 | Aetna Better He Hcclaimpmt 210602 00247570 TRN*1*1765088*1541576305*Abh Virginia Ccc Plus\ |
| | 06/03 | 240.00 | Vpm4 Qnxt Claims Hcclaimpmt 210602 TRN*1*528786*1541760974\ |
| | 06/03 | 182.00 | Uhc Community Pl Hcclaimpmt xxxxx7735 TRN*1*2021053014200728*1362739571*000004567\ |
| | 06/03 | 89.45 | Anthem Blue VA5C Hcclaimpmt 3152240866 TRN*1*3152240866*1540357120\ |
| | 06/03 | 89.45 | Aetna Better He Hcclaimpmt 210602 00247570 TRN*1*1763222*1541576305*Medallion 4.0\ |
| | 06/03 | 58.44 | Humana Govt Busi Hcclaimpmt 060121 1215210318 TRN*1*1215210318*1611241225*Wpseast \ |
| | 06/04 | 3,415.00 | Vpep Qnxt Ffs Hcclaimpmt 210603 TRN*1*767253*1541760974\ |
| | 06/04 | 2,969.47 | Uhc Community Pl Hcclaimpmt xxxxx7735 TRN*1*2021060213700735*1362739571*000004567\ |
| | 06/04 | 2,203.13 | Anthem Blue VA5C Hcclaimpmt 3152409195 TRN*1*3152409195*1540357120\ |
| | 06/04 | 729.45 | Anthem Blue VA5C Hcclaimpmt 3152409194 TRN*1*3152409194*1540357120\ |
| | 06/04 | 728.00 | Uhc Community Pl Hcclaimpmt xxxxx7735 TRN*1*2021060313800876*1362739571*000004567\ |
| | 06/04 | 500.00 | Uhc Community Pl Hcclaimpmt xxxxx7735 TRN*1*2021060210400982*1362739571*000004567\ |
| | 06/04 | 430.72 | Humana Govt Busi Hcclaimpmt 060221 1215222295 TRN*1*1215222295*1611241225*Wpseast \ |
| | 06/04 | 360.00 | Anthem Blue VA5C Hcclaimpmt 3152409193 TRN*1*3152409193*1540357120\ |
| | 06/04 | 305.00 | Sentara Ads5 Hcclaimpmt Civitas Health TRN*1*164#89711*1522368125\ |
| | 06/04 | 271.57 | Vpm4 Qnxt Claims Hcclaimpmt 210603 TRN*1*529130*1541760974\ |
| | 06/04 | 113.50 | Anthem Blue VA5C Hcclaimpmt 3152409196 TRN*1*3152409196*1540357120\ |
| | 06/04 | 109.18 | Anthem Blue VA5C Hcclaimpmt 3152409197 TRN*1*3152409197*1540357120\ |
| | 06/04 | 101.50 | Anthem Blue VA5C Hcclaimpmt 3152409198 TRN*1*3152409198*1540357120\ |
| | 06/04 | 79.45 | Anthem Blue VA5F Hcclaimpmt 3152409192 TRN*1*3152409192*1540357120\ |
| | 06/07 | 9,549.44 | Sentara Ads8 Hcclaimpmt Civitas Health TRN*1*12#5060195*1522368125\ |
| | 06/07 | 1,410.00 | Aetna Better He Hcclaimpmt 210604 00247570 TRN*1*1767256*1541576305*Famis 4.0\ |
| | 06/07 | 360.00 | Anthem Blue VA5C Hcclaimpmt 3152509545 TRN*1*3152509545*1540357120\ |

***Electronic deposits/bank credits*** *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 06/07 | 331.45 | Uhc Community Pl Hcclaimpmt xxxxx7735 TRN*1*202106041630065 3*1362739571*000004567\ |
| | 06/07 | 300.00 | Aetna Better He Hcclaimpmt 210604 00247570 TRN*1*1769929*1541576305*Abh Virginia Ccc Plus\ |
| | 06/07 | 173.00 | Humana Govt Busi Hcclaimpmt 060321 1215230823 TRN*1*1215230823*1611241225*Wpseast \ |
| | 06/07 | 89.45 | Aetna Better He Hcclaimpmt 210604 00247570 TRN*1*1767954*1541576305*Medallion 4.0\ |
| | 06/08 | 3,841.88 | Vpep Qnxt Ffs Hcclaimpmt 210607 TRN*1*768751*1541760974\ |
| | 06/08 | 2,940.47 | Magellan Health Hcclaimpmt Sv17518 TRN*1*20210608103003 4700*1810983027\ |
| | 06/08 | 2,928.90 | Anthem Blue VA5C Hcclaimpmt 3152610551 TRN*1*3152610551*1540357120\ |
| | 06/08 | 1,485.00 | Magellan Health Hcclaimpmt Sv17518 TRN*1*20210608107002 6700*1810983027\ |
| | 06/08 | 955.60 | Vpm4 Qnxt Claims Hcclaimpmt 210607 TRN*1*530198*1541760974\ |
| | 06/08 | 839.45 | Magellanhealthse Hcclaimpmt Jun 8 002630620,Vam1 TRN*1*2630620*1522135463*Vam1~ |
| | 06/08 | 574.16 | Humana Govt Busi Hcclaimpmt 060421 1215240149 TRN*1*1215240149*1611241225*Wpseast \ |
| | 06/08 | 182.00 | Uhc Community Pl Hcclaimpmt xxxxx7735 TRN*1*202106051170062 9*1362739571*000004567\ |
| | 06/08 | 89.45 | Anthem Blue VA5C Hcclaimpmt 3152610552 TRN*1*3152610552*1540357120\ |
| | 06/09 | 980.00 | Aetna Better He Hcclaimpmt 210608 00247570 TRN*1*1774246*1541576305*Abh Virginia Ccc Plus\ |
| | 06/09 | 558.00 | Humana Govt Busi Hcclaimpmt 060721 1215250176 TRN*1*1215250176*1611241225*Wpseast \ |
| | 06/09 | 405.00 | Aetna Better He Hcclaimpmt 210608 00247570 TRN*1*1771994*1541576305*Famis 4.0\ |
| | 06/09 | 182.00 | Uhc Community Pl Hcclaimpmt xxxxx7735 TRN*1*202106061570053 9*1362739571*000004567\ |
| | 06/09 | 74.86 | Anthem Blue VA5C Hcclaimpmt 3152769141 TRN*1*3152769141*1540357120\ |
| | 06/09 | 53.98 | Humana Govt Busi Hcclaimpmt 060721 2213318226 TRN*1*2213318226*1611241225*Wpseast \ |
| | 06/10 | 11,515.02 | Sentara Ads8 Hcclaimpmt Civitas Health TRN*1*12#5066623*1522368125\ |
| | 06/10 | 2,779.45 | Vpep Qnxt Ffs Hcclaimpmt 210609 TRN*1*770737*1541760974\ |
| | 06/10 | 1,723.90 | Uhc Community Pl Hcclaimpmt xxxxx7735 TRN*1*202106091560087 7*1362739571*000004567\ |
| | 06/10 | 1,440.00 | Aetna Better He Hcclaimpmt 210609 00247570 TRN*1*1776521*1541576305*Famis 4.0\ |
| | 06/10 | 1,160.00 | Aetna Better He Hcclaimpmt 210609 00247570 TRN*1*1779028*1541576305*Abh Virginia Ccc Plus\ |
| | 06/10 | 1,089.45 | Anthem Blue VA5C Hcclaimpmt 3152897842 TRN*1*3152897842*1540357120\ |
| | 06/10 | 455.00 | Sentara Ads5 Hcclaimpmt Civitas Health TRN*1*164#90005*1522368125\ |

Account number: ■■■■■■■  ■  June 1, 2021 - June 30, 2021  ■ Page 4 of 16



### Electronic deposits/bank credits *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 06/10 | 359.00 | Humana Govt Busi Hcclaimpmt 060821 1215261057 |
| | | | TRN*1*1215261057*1611241225*Wpseast \ |
| | 06/10 | 91.57 | Uhc of The Midat Hcclaimpmt xxxxx7735 |
| | | | TRN*1*2021060910800742*1521130183*000004567\ |
| | 06/11 | 976.00 | Vpep Qnxt Ffs Hcclaimpmt 210610 TRN*1*771848*1541760974\ |
| | 06/11 | 768.35 | Anthem Blue VA5C Hcclaimpmt 3153010157 |
| | | | TRN*1*3153010157*1540357120\ |
| | 06/11 | 473.90 | Anthem Blue VA5C Hcclaimpmt 3153010160 |
| | | | TRN*1*3153010160*1540357120\ |
| | 06/11 | 405.00 | Anthem Blue VA5C Hcclaimpmt 3153010156 |
| | | | TRN*1*3153010156*1540357120\ |
| | 06/11 | 360.00 | Anthem Blue VA5C Hcclaimpmt 3153010155 |
| | | | TRN*1*3153010155*1540357120\ |
| | 06/11 | 297.80 | Vpm4 Qnxt Claims Hcclaimpmt 210610 TRN*1*532496*1541760974\ |
| | 06/11 | 237.44 | Humana Govt Busi Hcclaimpmt 060921 1215270417 |
| | | | TRN*1*1215270417*1611241225*Wpseast \ |
| | 06/11 | 194.18 | Uhc Community Pl Hcclaimpmt xxxxx7735 |
| | | | TRN*1*2021061010900421*1362739571*000004567\ |
| | 06/11 | 89.45 | Anthem Blue VA5C Hcclaimpmt 3153010158 |
| | | | TRN*1*3153010158*1540357120\ |
| | 06/11 | 89.45 | Anthem Blue VA5C Hcclaimpmt 3153010159 |
| | | | TRN*1*3153010159*1540357120\ |
| | 06/14 | 17,615.14 | Sentara Ads8 Hcclaimpmt Civitas Health TRN*1*12#5072793*1522368125\ |
| | 06/14 | 1,870.47 | Aetna Better He Hcclaimpmt 210611 00247570 |
| | | | TRN*1*1783143*1541576305*Abh Virginia Ccc Plus\ |
| | 06/14 | 1,183.00 | Uhc Community Pl Hcclaimpmt xxxxx7735 |
| | | | TRN*1*2021061115200790*1362739571*000004567\ |
| | 06/14 | 450.00 | Aetna Better He Hcclaimpmt 210611 00247570 |
| | | | TRN*1*1781017*1541576305*Famis 4.0\ |
| | 06/14 | 260.00 | Anthem Blue VA5C Hcclaimpmt 3153096337 |
| | | | TRN*1*3153096337*1540357120\ |
| | 06/14 | 232.53 | Cigna Hcclaimpmt 061121 xxxxx7735 |
| | | | TRN*1*210610070003161*1060303370\ |
| | 06/14 | 89.45 | Aetna Better He Hcclaimpmt 210611 00247570 |
| | | | TRN*1*1781598*1541576305*Medallion 4.0\ |
| | 06/15 | 3,836.35 | Vpep Qnxt Ffs Hcclaimpmt 210614 TRN*1*773048*1541760974\ |
| | 06/15 | 1,260.00 | Magellan Health Hcclaimpmt Sv17518 |
| | | | TRN*1*2021061511100004500*1810983027\ |
| | 06/15 | 1,049.45 | Magellan Health Hcclaimpmt Sv17518 |
| | | | TRN*1*2021061511400033600*1810983027\ |
| | 06/15 | 678.90 | Anthem Blue VA5C Hcclaimpmt 3153199952 |
| | | | TRN*1*3153199952*1540357120\ |
| | 06/15 | 655.24 | Vpm4 Qnxt Claims Hcclaimpmt 210614 TRN*1*533825*1541760974\ |
| | 06/15 | 270.47 | Magellanhealthse Hcclaimpmt Jun 15 002631808,Vam1 |
| | | | TRN*1*2631808*1522135463*Vam1~ |
| | 06/15 | 182.00 | Uhc Community Pl Hcclaimpmt xxxxx7735 |
| | | | TRN*1*2021061214901274*1362739571*000004567\ |



***Electronic deposits/bank credits** (continued)*

| *Effective date* | *Posted date* | *Amount* | *Transaction detail* |
|---|---|---|---|
| | 06/15 | 109.00 | Humana Govt Busi Hcclaimpmt 061121 1215289032 TRN*1*1215289032*1611241225*Wpseast \ |
| | 06/16 | 8,813.45 | Sentara Ads8 Hcclaimpmt Civitas Health TRN*1*12#5079037*1522368125\ |
| | 06/16 | 740.00 | Aetna Better He Hcclaimpmt 210615 00247570 TRN*1*1787404*1541576305*Abh Virginia Ccc Plus\ |
| | 06/16 | 375.00 | Aetna Better He Hcclaimpmt 210615 00247570 TRN*1*1784884*1541576305*Famis 4.0\ |
| | 06/16 | 136.83 | Humana Govt Busi Hcclaimpmt 061421 2213435016 TRN*1*2213435016*1611241225*Wpseast \ |
| | 06/17 | 1,947.25 | Anthem Blue VA5C Hcclaimpmt 3153507745 TRN*1*3153507745*1540357120\ |
| | 06/17 | 1,385.00 | Vpep Qnxt Ffs Hcclaimpmt 210616 TRN*1*775186*1541760974\ |
| | 06/17 | 775.14 | Vpm4 Qnxt Claims Hcclaimpmt 210616 TRN*1*535493*1541760974\ |
| | 06/17 | 420.00 | Aetna Better He Hcclaimpmt 210616 00247570 TRN*1*1789975*1541576305*Medallion 4.0\ |
| | 06/17 | 336.72 | Humana Govt Busi Hcclaimpmt 061521 1215309099 TRN*1*1215309099*1611241225*Wpseast \ |
| | 06/18 | 3,572.53 | Uhc Community Pl Hcclaimpmt xxxxx7735 TRN*1*202106161490O785*1362739571*000004567\ |
| | 06/18 | 909.45 | Anthem Blue VA5C Hcclaimpmt 3153614940 TRN*1*3153614940*1540357120\ |
| | 06/18 | 681.02 | Anthem Blue VA5C Hcclaimpmt 3153614941 TRN*1*3153614941*1540357120\ |
| | 06/18 | 496.55 | Vpep Qnxt Ffs Hcclaimpmt 210617 TRN*1*776344*1541760974\ |
| | 06/18 | 374.00 | Humana Govt Busi Hcclaimpmt 061621 1215318134 TRN*1*1215318134*1611241225*Wpseast \ |
| | 06/18 | 357.80 | Vpm4 Qnxt Claims Hcclaimpmt 210617 TRN*1*536102*1541760974\ |
| | 06/18 | 247.50 | Sentara Ads5 Hcclaimpmt Civitas Health TRN*1*164#90272*1522368125\ |
| | 06/18 | 185.00 | Anthem Blue VA5C Hcclaimpmt 3153614943 TRN*1*3153614943*1540357120\ |
| | 06/18 | 180.00 | Anthem Blue VA5C Hcclaimpmt 3153614939 TRN*1*3153614939*1540357120\ |
| | 06/18 | 44.73 | Anthem Blue VA5C Hcclaimpmt 3153614942 TRN*1*3153614942*1540357120\ |
| | 06/21 | 13,347.06 | Sentara Ads8 Hcclaimpmt Civitas Health TRN*1*12#5084136*1522368125\ |
| | 06/21 | 1,243.57 | Aetna Better He Hcclaimpmt 210618 00247570 TRN*1*1795319*1541576305*Abh Virginia Ccc Plus\ |
| | 06/21 | 885.00 | Aetna Better He Hcclaimpmt 210618 00247570 TRN*1*1793026*1541576305*Famis 4.0\ |
| | 06/21 | 784.90 | Uhc Community Pl Hcclaimpmt xxxxx7735 TRN*1*20210618A3100217*1362739571*000004567\ |
| | 06/21 | 586.50 | Anthem Blue VA5F Hcclaimpmt 3153695851 TRN*1*3153695851*1540357120\ |
| | 06/21 | 271.57 | Aetna Better He Hcclaimpmt 210618 00247570 TRN*1*1793613*1541576305*Medallion 4.0\ |
| | 06/21 | 200.00 | Anthem Blue VA5C Hcclaimpmt 3153695852 TRN*1*3153695852*1540357120\ |

***Electronic deposits/bank credits*** *(continued)*

| *Effective date* | *Posted date* | *Amount* | *Transaction detail* |
|---|---|---|---|
| | 06/21 | 184.00 | Humana Govt Busi Hcclaimpmt 061721 1215327930 TRN*1*1215327930*1611241225*Wpseast \ |
| | 06/21 | 121.50 | Anthem Blue VA5C Hcclaimpmt 3153695853 TRN*1*3153695853*1540357120\ |
| | 06/21 | 53.98 | Humana Govt Busi Hcclaimpmt 061721 2213506942 TRN*1*2213506942*1611241225*Wpseast \ |
| | 06/22 | 3,205.25 | Vpep Qnxt Ffs Hcclaimpmt 210621 TRN*1*777570*1541760974\ |
| | 06/22 | 1,451.49 | Anthem Blue VA5C Hcclaimpmt 3153793799 TRN*1*3153793799*1540357120\ |
| | 06/22 | 1,004.45 | Magellan Health Hcclaimpmt Sv17518 TRN*1*20210622105001500 0*1810983027\ |
| | 06/22 | 898.82 | Vpm4 Qnxt Claims Hcclaimpmt 210621 TRN*1*537397*1541760974\ |
| | 06/22 | 359.92 | Magellan Health Hcclaimpmt Sv17518 TRN*1*202106221060025800*1810983027\ |
| | 06/22 | 250.00 | Magellanhealthse Hcclaimpmt Jun 22 002632743,Vam1 TRN*1*2632743*1522135463*Vam1~ |
| | 06/22 | 182.00 | Uhc Community Pl Hcclaimpmt xxxxx7735 TRN*1*2021061914100502*1362739571*000004567\ |
| | 06/22 | 127.50 | Anthem Blue VA5F Hcclaimpmt 3153793798 TRN*1*3153793798*1540357120\ |
| | 06/23 | 12,573.13 | Sentara Ads8 Hcclaimpmt Civitas Health TRN*1*12#5090730*1522368125\ |
| | 06/23 | 430.00 | Aetna Better He Hcclaimpmt 210622 00247570 TRN*1*1799508*1541576305*Abh Virginia Ccc Plus\ |
| | 06/23 | 390.00 | Aetna Better He Hcclaimpmt 210622 00247570 TRN*1*1797145*1541576305*Famis 4.0\ |
| | 06/23 | 336.72 | Humana Govt Busi Hcclaimpmt 062121 1215337467 TRN*1*1215337467*1611241225*Wpseast \ |
| | 06/23 | 294.00 | Humana Govt Busi Hcclaimpmt 062121 1215346076 TRN*1*1215346076*1611241225*Wpseast \ |
| | 06/23 | 182.00 | Uhc Community Pl Hcclaimpmt xxxxx7735 TRN*1*2021062017000229*1362739571*000004567\ |
| | 06/23 | 127.50 | Anthem Blue VA5F Hcclaimpmt 3153964584 TRN*1*3153964584*1540357120\ |
| | 06/23 | 89.45 | Aetna Better He Hcclaimpmt 210622 00247570 TRN*1*1797750*1541576305*Medallion 4.0\ |
| | 06/23 | 2.12 | Vpm4 Qnxt Claims Hcclaimpmt 210622 TRN*1*539032*1541760974\ |
| | 06/24 | 2,840.45 | Vpep Qnxt Ffs Hcclaimpmt 210623 TRN*1*779673*1541760974\ |
| | 06/24 | 2,041.17 | Anthem Blue VA5C Hcclaimpmt 3154087418 TRN*1*3154087418*1540357120\ |
| | 06/24 | 629.45 | Vpm4 Qnxt Claims Hcclaimpmt 210623 TRN*1*539767*1541760974\ |
| | 06/24 | 521.57 | Aetna Better He Hcclaimpmt 210623 00247570 TRN*1*1803509*1541576305*Abh Virginia Ccc Plus\ |
| | 06/24 | 389.45 | Aetna Better He Hcclaimpmt 210623 00247570 TRN*1*1802003*1541576305*Medallion 4.0\ |
| | 06/24 | 360.00 | Aetna Better He Hcclaimpmt 210623 00247570 TRN*1*1801430*1541576305*Famis 4.0\ |

Account number: ████████ ■ June 1, 2021 - June 30, 2021 ■ Page 7 of 10



## Electronic deposits/bank credits *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 06/24 | 227.72 | Humana Govt Busi Hcclaimpmt 062221 1215353087 <br> TRN*1*1215353087*1611241225*Wpseast \ |
| | 06/24 | 177.50 | Sentara Ads5 Hcclaimpmt Civitas Health TRN*1*164#90560*1522368125\ |
| | 06/24 | 88.76 | Sentara Ads5 Hcclaimpmt Civitas Health TRN*1*185#86437*1522368125\ |
| | 06/25 | 2,543.16 | Uhc Community Pl Hcclaimpmt xxxxx7735 <br> TRN*1*2021062312500711*1362739571*000004567\ |
| | 06/25 | 839.45 | Anthem Blue VA5C Hcclaimpmt 3154186047 <br> TRN*1*3154186047*1540357120\ |
| | 06/25 | 635.00 | Uhc Community Pl Hcclaimpmt xxxxx7735 <br> TRN*1*2021062411200619*1362739571*000004567\ |
| | 06/25 | 559.45 | Anthem Blue VA5C Hcclaimpmt 3154186046 <br> TRN*1*3154186046*1540357120\ |
| | 06/25 | 482.45 | Vpep Qnxt Ffs Hcclaimpmt 210624 TRN*1*780486*1541760974\ |
| | 06/25 | 428.47 | Anthem Blue VA5C Hcclaimpmt 3154186048 <br> TRN*1*3154186048*1540357120\ |
| | 06/25 | 180.00 | Anthem Blue VA5C Hcclaimpmt 3154186045 <br> TRN*1*3154186045*1540357120\ |
| | 06/25 | 127.50 | Anthem Blue VA5F Hcclaimpmt 3154186044 <br> TRN*1*3154186044*1540357120\ |
| | 06/25 | 74.86 | Vpm4 Qnxt Claims Hcclaimpmt 210624 TRN*1*540385*1541760974\ |
| | 06/28 | 17,014.01 | Sentara Ads8 Hcclaimpmt Civitas Health TRN*1*12#5096384*1522368125\ |
| | 06/28 | 1,220.00 | Aetna Better He Hcclaimpmt 210625 00247570 <br> TRN*1*1807544*1541576305*Abh Virginia Ccc Plus\ |
| | 06/28 | 546.00 | Uhc Community Pl Hcclaimpmt xxxxx7735 <br> TRN*1*2021062510100501*1362739571*000004567\ |
| | 06/28 | 465.00 | Aetna Better He Hcclaimpmt 210625 00247570 <br> TRN*1*1805320*1541576305*Famis 4.0\ |
| | 06/28 | 180.00 | Aetna Better He Hcclaimpmt 210625 00247570 <br> TRN*1*1805882*1541576305*Medallion 4.0\ |
| | 06/28 | 118.72 | Humana Govt Busi Hcclaimpmt 062421 1215369797 <br> TRN*1*1215369797*1611241225*Wpseast \ |
| | 06/28 | 85.00 | Anthem Blue VA5C Hcclaimpmt 3154270994 <br> TRN*1*3154270994*1540357120\ |
| | 06/28 | 53.98 | Humana Govt Busi Hcclaimpmt 062421 2213611658 <br> TRN*1*2213611658*1611241225*Wpseast \ |
| | 06/29 | 3,393.90 | Vpep Qnxt Ffs Hcclaimpmt 210628 TRN*1*781586*1541760974\ |
| | 06/29 | 2,248.08 | Magellan Health Hcclaimpmt Sv17518 <br> TRN*1*202106291140034800*1810983027\ |
| | 06/29 | 1,092.80 | Vpm4 Qnxt Claims Hcclaimpmt 210628 TRN*1*541638*1541760974\ |
| | 06/29 | 1,064.45 | Magellan Health Hcclaimpmt Sv17518 <br> TRN*1*202106291130027300*1810983027\ |
| | 06/29 | 768.35 | Anthem Blue VA5C Hcclaimpmt 3154362799 <br> TRN*1*3154362799*1540357120\ |
| | 06/29 | 586.22 | Sentara Ads5 Hcclaimpmt Civitas Health TRN*1*185#87079*1522368125\ |
| | 06/29 | 235.00 | Sentara Ads5 Hcclaimpmt Civitas Health TRN*1*164#90829*1522368125\ |
| | 06/29 | 109.00 | Humana Govt Busi Hcclaimpmt 062521 1215378686 <br> TRN*1*1215378686*1611241225*Wpseast \ |



***Electronic deposits/bank credits*** *(continued)*

| *Effective date* | *Posted date* | *Amount* | *Transaction detail* |
|---|---|---|---|
| | 06/29 | 76.50 | Anthem Blue VA5F Hcclaimpmt 3154362798 TRN*1*3154362798*1540357120\ |
| | 06/30 | 9,295.06 | Sentara Ads8 Hcclaimpmt Civitas Health TRN*1*12#5102464*1522368125\ |
| | 06/30 | 750.00 | Aetna Better He Hcclaimpmt 210629 00247570 TRN*1*1809411*1541576305*Famis 4.0\ |
| | 06/30 | 740.00 | Aetna Better He Hcclaimpmt 210629 00247570 TRN*1*1811831*1541576305*Abh Virginia Ccc Plus\ |
| | 06/30 | 362.24 | Humana Govt Busi Hcclaimpmt 062821 1215388194 TRN*1*1215388194*1611241225*Wpseast \ |
| | 06/30 | 265.00 | Cigna Hcclaimpmt 062521 xxxxx7735 TRN*1*210625040000476*1411648670\ |
| | 06/30 | 178.90 | Uhc Community Pl Hcclaimpmt xxxxx7735 TRN*1*20210626l4000084*1362739571*000004567\ |
| | 06/30 | 91.00 | Uhc Community Pl Hcclaimpmt xxxxx7735 TRN*1*202106271l300305*1362739571*000004567\ |
| | 06/30 | 34.20 | Cigna Edge Trans Hcclaimpmt 600500557413 TRN*1*600500557413*1591031071~ |
| | | **$259,155.99** | **Total electronic deposits/bank credits** |
| | | **$259,155.99** | **Total credits** |

## Debits

**Electronic debits/bank debits**

| *Effective date* | *Posted date* | *Amount* | *Transaction detail* |
|---|---|---|---|
| | 06/01 | 21,300.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Blzcb7N on 06/01/21 |
| | 06/01 | 2,500.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Blfcqsy on 05/29/21 |
| | 06/02 | 6,600.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bm8Pw8F on 06/02/21 |
| | 06/03 | 18,200.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bmhmht8 on 06/03/21 |
| | 06/04 | 12,300.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bmr23P5 on 06/04/21 |
| | 06/07 | 12,200.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bnf298W on 06/07/21 |
| | 06/08 | 13,850.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bnkl6Fy on 06/08/21 |
| | 06/09 | 2,250.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bnr9B7R on 06/09/21 |
| | 06/10 | 20,640.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bny9783 on 06/10/21 |
| | 06/11 | 80.00 | Client Analysis Srvc Chrg 210610 Svc Chge [redacted] |
| | 06/11 | 3,850.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bp79K4N on 06/11/21 |



***Electronic debits/bank debits*** *(continued)*

| *Effective date* | *Posted date* | *Amount* | *Transaction detail* |
|---|---|---|---|
| | 06/14 | 21,650.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bprhc6P on 06/14/21 |
| | 06/15 | 8,050.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bpzx7Gp on 06/15/21 |
| | 06/16 | 10,050.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bq8Rpxl on 06/16/21 |
| | 06/17 | 4,850.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bqgsg37 on 06/17/21 |
| | 06/18 | 7,150.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bqpvvmh on 06/18/21 |
| | 06/21 | 17,600.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Br9Nnqc on 06/21/21 |
| | 06/22 | 7,450.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Brhfmdd on 06/22/21 |
| | 06/23 | 14,500.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Brnyv3Z on 06/23/21 |
| | 06/24 | 7,200.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Brvhhjv on 06/24/21 |
| | 06/25 | 5,900.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bs3Srrg on 06/25/21 |
| | 06/28 | 19,750.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bsppv7H on 06/28/21 |
| | 06/29 | 9,500.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0Bsvkc47 on 06/29/21 |
| | 06/30 | 11,700.00 | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8749 Ref #Ib0BT3Wdzq on 06/30/21 |
| | | **$259,120.00** | **Total electronic debits/bank debits** |
| | | **$259,120.00** | **Total debits** |

## Daily ledger balance summary

| *Date* | *Balance* | *Date* | *Balance* | *Date* | *Balance* |
|---|---|---|---|---|---|
| 05/31 | 99.76 | 06/10 | 101.96 | 06/22 | 141.01 |
| 06/01 | 123.06 | 06/11 | 63.53 | 06/23 | 65.93 |
| 06/02 | 128.15 | 06/14 | 114.12 | 06/24 | 142.00 |
| 06/03 | 108.51 | 06/15 | 105.53 | 06/25 | 112.34 |
| 06/04 | 124.48 | 06/16 | 120.81 | 06/28 | 45.05 |
| 06/07 | 137.82 | 06/17 | 134.92 | 06/29 | 119.35 |
| 06/08 | 124.73 | 06/18 | 33.50 | 06/30 | 135.75 |
| 06/09 | 128.57 | 06/21 | 111.58 | | |

**Average daily ledger balance** **$103.01**

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to

10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

# IMPORTANT ACCOUNT INFORMATION

Effective September 1, 2021, the non-Wells Fargo ATM balance inquiry fee will increase from $2.00 to $2.50, and the non-Wells Fargo ATM transfer fee will increase from $2.00 to $2.50. To avoid these fees, monitor your balances and transfer money by accessing Wells Fargo ATMs, calling the number on the back of your card, and using Wells Fargo Online® or the Wells Fargo Mobile® app. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply. These fees may not be applicable to all customers and may vary depending on the type of Account you have. For more details, refer to the applicable Wells Fargo Fee and Information Schedule for your Account.

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.