# Analyzed Business Checking

Account number: ████████ ▪ June 1, 2021 - June 30, 2021 ▪ Page 1 of 6



CIVITAS HEALTH SERVICES INC
DEBTOR IN POSSESSION
CH11 CASE #19-34993 (EVA)
GENERAL EXPENSE ACCOUNT
5663 S LABURNUM AVE
RICHMOND VA 23231-4418

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR  97228-6995

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ████████ | $69,288.99 | $266,874.59 | -$229,784.21 | $106,379.37 |

## Credits

### Deposits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 06/11 | 548.40 | Deposit |
| | | **$548.40** | **Total deposits** |

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 06/01 | 2,500.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Blfcqsy on 05/29/21 |
| | 06/01 | 21,300.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Blzcb7N on 06/01/21 |
| | 06/02 | 6,600.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bm8Pw8F on 06/02/21 |
| | 06/03 | 53.60 | Aetna AS01 Hcclaimpmt 1366727984 TRN*1*821148000212406*1066033492\ |
| | 06/03 | 357.00 | Aetna A04 Hcclaimpmt 1366727984 TRN*1*821148000212407*1066033492\ |
| | 06/03 | 18,200.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bmhmht8 on 06/03/21 |
| | 06/04 | 12,300.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bmr23P5 on 06/04/21 |
| | 06/07 | 12,200.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bnf298W on 06/07/21 |
| | 06/08 | 13,850.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bnkl6Fy on 06/08/21 |

Wells Fargo #8749 Page 2 of 6



### Electronic deposits/bank credits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---:|---|
| | 06/09 | 120.76 | Aetna AS01 Hcclaimpmt 1366727984 TRN*1*821155000103836*1066033492\ |
| | 06/09 | 1,224.00 | Aetna A04 Hcclaimpmt 1366727984 TRN*1*821155000103849*1066033492\ |
| | 06/09 | 2,250.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bnr9B7R on 06/09/21 |
| | 06/10 | 20,640.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bny9783 on 06/10/21 |
| | 06/11 | 3,850.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bp79K4N on 06/11/21 |
| | 06/14 | 21,650.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bprhc6P on 06/14/21 |
| | 06/15 | 161.00 | Aetna AS01 Hcclaimpmt 1366727984 TRN*1*821161000028250*1066033492\ |
| | 06/15 | 8,050.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bpzx7Gp on 06/15/21 |
| | 06/16 | 153.00 | Aetna A04 Hcclaimpmt 1366727984 TRN*1*821163000009120*1066033492\ |
| | 06/16 | 241.50 | Aetna AS01 Hcclaimpmt 1366727984 TRN*1*821162000069192*1066033492\ |
| | 06/16 | 1,173.00 | Aetna A04 Hcclaimpmt 1366727984 TRN*1*821162000069195*1066033492\ |
| | 06/16 | 10,050.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bq8Rpxl on 06/16/21 |
| | 06/17 | 4,850.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bqgsg37 on 06/17/21 |
| | 06/18 | 7,150.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bqpvvmh on 06/18/21 |
| | 06/21 | 17,600.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Br9Nnqc on 06/21/21 |
| | 06/22 | 7,450.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Brhfmdd on 06/22/21 |
| | 06/23 | 80.50 | Aetna AS01 Hcclaimpmt 1366727984 TRN*1*821169000221689*1066033492\ |
| | 06/23 | 2,009.33 | Aetna A04 Hcclaimpmt 1366727984 TRN*1*821169000221695*1066033492\ |
| | 06/23 | 14,500.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Brnyv3Z on 06/23/21 |
| | 06/24 | 7,200.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Brvhhjv on 06/24/21 |
| | 06/25 | 5,900.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bs3Srrg on 06/25/21 |
| | 06/28 | 19,750.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bsppv7H on 06/28/21 |
| | 06/29 | 9,500.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0Bsvkc47 on 06/29/21 |
| | 06/30 | 80.50 | Aetna AS01 Hcclaimpmt 1366727984 TRN*1*821176000094722*1066033492\ |



**Electronic deposits/bank credits** (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 06/30 | 1,632.00 | Aetna A04 Hcclaimpmt 1366727984 TRN*1*821176000094727*1066033492\ |
| | 06/30 | 11,700.00 | Online Transfer From Civitas Health Services, Inc. Business Checking xxxxxx7226 Ref #Ib0BT3Wdzq on 06/30/21 |
| | | **$266,326.19** | **Total electronic deposits/bank credits** |
| | | **$266,874.59** | **Total credits** |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---|---|---|
| | 06/01 | 60.00 | | Purchase authorized on 05/29 Docusign 866-219-4318 WA S301149367499343 Card 7130 |
| | 06/01 | 3,559.42 | | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8731 Ref #Ib0Bm52Tnk on 06/01/21 |
| | 06/01 | 586.50 | | Achma Visb Bill Pymnt 210530 4980170 Lemar *Bowers |
| | 06/01 | 1,649.88 | | Achma Visb Bill Pymnt 210530 4980171 Lemar *Bowers |
| | 06/01 | 7,519.58 | < | Business to Business ACH Debit - Anthem Blue I16O Corp Pymt FL00883193 Civitas Health Service |
| | 06/02 | 4,184.42 | | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8715 Ref #Ib0Bm7Qbkh on 06/01/21 |
| | 06/03 | 149.00 | | Purchase authorized on 06/01 Extra Attic Minist Sandston VA S581152568333789 Card 7130 |
| | 06/03 | 223.48 | | Purchase authorized on 06/02 Indeed 203-564-2400 CT S581153472565320 Card 7130 |
| | 06/03 | 43,106.61 | | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8731 Ref #Ib0Bmkpzrr on 06/03/21 |
| | 06/03 | 99.85 | | Republicservices Rsibillpay 060321 309650036755 Lemar Bowers |
| | 06/03 | 500.00 | < | Business to Business ACH Debit - Bento Technologi Bento Tech I4Ywogg4O Civitas Health Service |
| | 06/04 | 758.78 | | Purchase authorized on 06/03 MR Rooter Richmond 804-897-3435 VA S381154533777707 Card 7130 |
| | 06/04 | 325.00 | | Purchase authorized on 06/03 Mitchells Pest Con WWW.Mitchellp VA S581154536178707 Card 7130 |
| | 06/04 | 150.00 | | Purchase authorized on 06/03 Mitchells Pest Con WWW.Mitchellp VA S381154537111090 Card 7130 |
| | 06/04 | 917.66 | | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8731 Ref #Ib0Bmsxmqb on 06/04/21 |
| | 06/04 | 318.40 | < | Business to Business ACH Debit - ADP Payroll Fees ADP - Fees 210604 662364803622635 Civitas Health Service |
| | 06/04 | 1,104.40 | < | Business to Business ACH Debit - Bhs Ins.Prem 210603 Bhs Civitas Health Service |
| | 06/07 | 18,058.36 | | WF Direct Pay-Payment- Rent-Tran ID Dp01923492 |
| | 06/07 | 32.41 | | Dominion Energy BILLPAY 210607 Dominion Energy Lemar Bowers |
| | 06/07 | 130.48 | | Dominion Energy BILLPAY 210607 Dominion Energy Lemar Bowers |
| | 06/07 | 331.05 | | Dominion Energy BILLPAY 210607 Dominion Energy Lemar Bowers |

Wells Fargo #8749   Page 4 of 6



**Electronic debits/bank debits** (continued)

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---|---|---|
| | 06/07 | 630.07 | | Dominion Energy BILLPAY 210607 Dominion Energy Lemar Bowers |
| | 06/08 | 50.00 | | Availity 9723836366 M63074467616 Civitas Health Service |
| | 06/08 | 500.00 | < | Business to Business ACH Debit - Bento Technologi Bento Tech Iem8Jo6K5 Civitas Health Service |
| | 06/09 | 12,746.19 | | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8715 Ref #Ib0Bnqjyts on 06/08/21 |
| | 06/09 | 1,000.00 | < | Business to Business ACH Debit - Bento Technologi Bento Tech I64272Rky Civitas Health Service |
| | 06/10 | 10,978.96 | | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8731 Ref #Ib0Bp26Qj9 on 06/10/21 |
| | 06/10 | 1,000.00 | < | Business to Business ACH Debit - Bento Technologi Bento Tech I7Aear9V6 Civitas Health Service |
| | 06/11 | 95.93 | | Client Analysis Srvc Chrg 210610 Svc Chge 0521▓▓▓▓▓▓▓▓ |
| | 06/11 | 17.99 | | Recurring Payment authorized on 06/10 Netflix.Com 408-5403700 CA S381161414958766 Card 7130 |
| | 06/11 | 100.00 | | Purchase authorized on 06/10 Wawa Card Reload 800-444-9292 PA S301161537155889 Card 7130 |
| | 06/11 | 1,725.90 | | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8715 Ref #Ib0Bpbdrgf on 06/11/21 |
| | 06/14 | 35.67 | | Purchase authorized on 06/11 Amzn Mktp US*212Br Amzn.Com/Bill WA S581162503656302 Card 7130 |
| | 06/14 | 512.71 | | Purchase authorized on 06/12 Indeed 203-564-2400 CT S301163748702436 Card 7130 |
| | 06/14 | 845.71 | | National General Payment Jun 11 2010425055-00 Civitas Health Service |
| | 06/15 | 58.72 | | Purchase authorized on 06/14 Fieldprint Inc 888-291-1369 PA S461165519543220 Card 7130 |
| | 06/15 | 215.58 | | Cox Comm Hrd Bank Draft 061521 215133285601001 Wells GE Account |
| | 06/16 | 4,302.36 | | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8715 Ref #Ib0Bq7Szj6 on 06/15/21 |
| | 06/16 | 2,000.00 | < | Business to Business ACH Debit - Bento Technologi Bento Tech I4Yjppmyo Civitas Health Service |
| | 06/17 | 43,487.17 | | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8731 Ref #Ib0Bqk5Djb on 06/17/21 |
| | 06/21 | 507.21 | | Purchase authorized on 06/17 Indeed 203-564-2400 CT S461169088322320 Card 7130 |
| | 06/21 | 377.02 | | Comcast Cable Svc 210619 2764317 Lemar *Bowers |
| | 06/21 | 704.06 | | Comcast Cable Svc 210619 2764325 Lemar *Bowers |
| | 06/22 | 45.06 | | Purchase authorized on 06/17 Amzn Mktp US*216Jz Amzn.Com/Bill WA S301168804279800 Card 7130 |
| | 06/22 | 58.72 | | Purchase authorized on 06/21 Fieldprint Inc 888-291-1369 PA S581172492488138 Card 7130 |
| | 06/22 | 15,267.61 | | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8715 Ref #Ib0Brmtdr3 on 06/22/21 |
| | 06/23 | 259.80 | < | Business to Business ACH Debit - AFLAC Insurance 062121 M8N64008996 Civitas Health Service |
| | 06/24 | 11,178.22 | | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8731 Ref #Ib0Brwwvdl on 06/24/21 |



### Electronic debits/bank debits *(continued)*

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---:|---|---|
| | 06/24 | 856.96 | | Achma Visb Bill Pymnt 210623 0245399 Lemar *Bowers |
| | 06/25 | 503.15 | | Purchase authorized on 06/22 Indeed 203-564-2400 CT S461174062080081 Card 7130 |
| | 06/25 | 75.00 | | Purchase authorized on 06/24 Wawa Card Reload 800-444-9292 PA S381175469686900 Card 7130 |
| | 06/28 | 100.00 | | Purchase authorized on 06/24 Indeed 203-564-2400 CT S461175525042162 Card 7130 |
| | 06/28 | 4,651.16 | | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8715 Ref #Ib0Bscpx6P on 06/26/21 |
| | 06/28 | 195.76 | < | Business to Business ACH Debit - Vsp Vision Care, 1003321010 1401477216 TRN*1*1401477216\ |
| | 06/28 | 50.00 | | WF Advisors Debit 210628 0010417793461 Reginald T Nuwordu |
| | 06/29 | 100.00 | | Purchase authorized on 06/28 Wawa Card Reload 800-444-9292 PA S581179498808777 Card 7130 |
| | 06/30 | 60.00 | | Recurring Payment authorized on 06/29 Docusign 866-219-4318 WA S581180366804980 Card 7130 |
| | 06/30 | 4,398.40 | | Online Transfer to Civitas Health Services, Inc. Business Checking xxxxxx8715 Ref #Ib0BT3Hc3Z on 06/30/21 |
| | | **$203,456.37** | | **Total electronic debits/bank debits** |

< **Business to Business ACH:** If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

### Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---:|---|---|---:|---|---|---:|---|
| 260 | 10.00 | 06/23 | 301 | 1,650.00 | 06/15 | 306 | 3,380.00 | 06/09 |
| 295* | 975.77 | 06/03 | 302 | 129.90 | 06/08 | 307 | 392.05 | 06/22 |
| 296 | 1,440.00 | 06/07 | 303 | 387.30 | 06/08 | 308 | 115.00 | 06/11 |
| 297 | 6,360.00 | 06/02 | 304 | 3,951.00 | 06/07 | 309 | 350.00 | 06/14 |
| 298 | 1,005.00 | 06/02 | 305 | 700.00 | 06/07 | 313* | 555.22 | 06/29 |
| 300* | 4,926.60 | 06/09 | | | | | | |
| | **$26,327.84** | | **Total checks paid** | | | | | |

* Gap in check sequence.

| | $229,784.21 | **Total debits** |
|---|---:|---|

### Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 05/31 | 69,288.99 | 06/10 | 46,958.28 | 06/22 | 57,020.71 |
| 06/01 | 79,713.61 | 06/11 | 49,301.86 | 06/23 | 73,340.74 |
| 06/02 | 74,764.19 | 06/14 | 69,207.77 | 06/24 | 68,505.56 |
| 06/03 | 48,320.08 | 06/15 | 75,494.47 | 06/25 | 73,827.41 |
| 06/04 | 57,045.84 | 06/16 | 80,809.61 | 06/28 | 88,580.49 |
| 06/07 | 43,972.47 | 06/17 | 42,172.44 | 06/29 | 97,425.27 |
| 06/08 | 56,755.27 | 06/18 | 49,322.44 | 06/30 | 106,379.37 |
| 06/09 | 38,297.24 | 06/21 | 65,334.15 | | |
| **Average daily ledger balance** | **$63,384.81** | | | | |

Case 19-34993-KRH    Doc 220-5    Filed 07/13/21    Entered 07/13/21 12:41:43    Desc
Account number: ████████ ■ June 1, 2021 - June 30, 2021 ■ Page 6 of 6





Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

## ✓ IMPORTANT ACCOUNT INFORMATION

Effective September 1, 2021, the non-Wells Fargo ATM balance inquiry fee will increase from $2.00 to $2.50, and the non-Wells Fargo ATM transfer fee will increase from $2.00 to $2.50. To avoid these fees, monitor your balances and transfer money by accessing Wells Fargo ATMs, calling the number on the back of your card, and using Wells Fargo Online® or the Wells Fargo Mobile® app. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply. These fees may not be applicable to all customers and may vary depending on the type of Account you have. For more details, refer to the applicable Wells Fargo Fee and Information Schedule for your Account.

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Sheet Seq = 0007352
Sheet 00006 of 00006