

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 14, 2021 through June 11, 2021
Account Number: 

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00062600 DRI 001 211 16321 NNNNNNNNNNN 1 000000000 00 0000

LEMAR A BOWERS
DEBTOR-IN-POSSESSION 20-34139
10250 SCOTS LANDING RD
MECHANICSVILLE VA 23116

00626000201000000022

## CHECKING SUMMARY

Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$4,361.46** |
| Deposits and Additions | 10,978.25 |
| ATM & Debit Card Withdrawals | -2,032.64 |
| Electronic Withdrawals | -9,369.40 |
| **Ending Balance** | **$3,937.67** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$4,361.46** |
| 05/14 | Card Purchase 05/13 Amazon Tips*2L07I5BI Amzn.Com/Bill WA Card 6989 | -7.00 | 4,354.46 |
| 05/17 | Card Purchase 05/17 Amzn Mkp US*2R4J60Z Amzn.Com/Bill WA Card 6989 | -17.16 | 4,337.30 |
| 05/18 | Civitas Health S Deposit PPD ID: Bizolp | **3,559.41** | 7,896.71 |
| 05/18 | Card Purchase 05/17 Amzn Mkp US*2L0Nt0U Amzn.Com/Bill WA Card 6989 | -18.70 | 7,878.01 |
| 05/18 | Card Purchase 05/17 Amzn Mkp US*2L3M93U Amzn.Com/Bill WA Card 6989 | -15.89 | 7,862.12 |
| 05/18 | Card Purchase 05/17 Amazon.Com*2L71J9Ux0 Amzn.Com/Bill WA Card 6989 | -28.55 | 7,833.57 |
| 05/19 | Remote Online Deposit I | **300.00** | 8,133.57 |
| 05/19 | Card Purchase 05/18 Amazon.Com*2L9CR3Ru0 Amzn.Com/Bill WA Card 6989 | -169.34 | 7,964.23 |
| 05/20 | Card Purchase 05/19 Amazon Tips*2L5KY1Ux Amzn.Com/Bill WA Card 6989 | -10.00 | 7,954.23 |
| 05/20 | Zelle Payment To Melanie Bowers 11812863572 | -1,000.00 | 6,954.23 |
| 05/21 | Card Purchase 05/19 West Store Citgo Mechanicsvill VA Card 6989 | -80.27 | 6,873.96 |
| 05/21 | Card Purchase 05/20 Amazon.Com*2R28Z3Fu0 Amzn.Com/Bill WA Card 6989 | -56.71 | 6,817.25 |
| 05/24 | Card Purchase 05/22 Comcast 800-Comcast MD Card 6989 | -181.83 | 6,635.42 |
| 05/26 | 05/26 Online Payment 11848824298 To Carrington Mortgage Services LLC | -3,684.70 | 2,950.72 |
| 05/27 | Card Purchase 05/26 Amzn Mkp US*2R57E2U Amzn.Com/Bill WA Card 6989 | -27.53 | 2,923.19 |
| 05/27 | Card Purchase 05/26 Amazon.Com*2R5202U81 Amzn.Com/Bill WA Card 6989 | -125.31 | 2,797.88 |



May 14, 2021 through June 11, 2021
Account Number: [redacted]

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| 05/28 | Card Purchase Card 6989 | 05/27 Amazon Tips*2R8240Ho Amzn.Com/Bill WA | -10.00 | 2,787.88 |
| 06/01 | Card Purchase Card 6989 | 05/30 Amazon.Com*2X40N1Zi1 Amzn.Com/Bill WA | -91.66 | 2,696.22 |
| 06/01 | Card Purchase Card 6989 | 05/31 Amazon Tips*2R8H077R Amzn.Com/Bill WA | -7.00 | 2,689.22 |
| 06/02 | Civitas Health S Deposit | PPD ID: Bizaulp | **3,559.42** | 6,248.64 |
| 06/02 | Zelle Payment To Melanie Bowers 11894359010 | | -1,000.00 | 5,248.64 |
| 06/04 | Card Purchase Card 6989 | 06/03 Amazon Prime*2X90L5G Amzn.Com/Bill WA | -12.99 | 5,235.65 |
| 06/07 | Card Purchase Card 6989 | 06/06 Amazon.Com*2X0X97Ba1 Amzn.Com/Bill WA | -243.48 | 4,992.17 |
| 06/07 | Card Purchase Card 6989 | 06/07 Amzn Mktp US*2X6Pe1L Amzn.Com/Bill WA | -16.91 | 4,975.26 |
| 06/07 | Card Purchase 6989 | 06/06 The Home Depot 4624 Mechanicsvill VA Card | -52.96 | 4,922.30 |
| 06/07 | Card Purchase 6989 | 06/06 Wawa Gas Store000863 Mechanicsvill VA Card | -75.00 | 4,847.30 |
| 06/07 | Card Purchase | 06/06 Lowes #02572* Mechanicsvill VA Card 6989 | -189.02 | 4,658.28 |
| 06/07 | Card Purchase | 06/06 Lowes #02572* Mechanicsvill VA Card 6989 | -70.72 | 4,587.56 |
| 06/08 | Card Purchase Card 6989 | 06/07 Amazon Tips*2X9W716A Amzn.Com/Bill WA | -10.00 | 4,577.56 |
| 06/09 | Card Purchase Card 6989 | 06/09 Amzn Mktp US*2X82K1K Amzn.Com/Bill WA | -349.79 | 4,227.77 |
| 06/09 | Card Purchase | 06/09 Lowes #00907* 866-483-7521 NC Card 6989 | -94.87 | 4,132.90 |
| 06/09 | Card Purchase Card 6989 | 06/09 Amzn Mktp US*2X2L82P Amzn.Com/Bill WA | -69.95 | 4,062.95 |
| 06/11 | Civitas Health S Deposit | PPD ID: Bizaulp | **3,559.42** | 7,622.37 |
| 06/11 | 06/11 Online Payment 11958113297 To Carrington Mortgage Services LLC | | -3,684.70 | 3,937.67 |
| | **Ending Balance** | | | **$3,937.67** |

A Monthly Service Fee was __not__ charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.** (Your total electronic deposits this period were $10,678.26. Note: some deposits may be listed on your previous statement)

- **__OR__, keep a balance at the beginning of each day of $1,500.00 or more in this account.** (Your balance at the beginning of each day was $2,689.22)

- **__OR__, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.** (Your average beginning day balance of qualifying linked deposits and investments was $4,873.15)



May 14, 2021 through June 11, 2021

Account Number:



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

CHASE

May 14, 2021 through June 11, 2021

Account Number: [redacted]

This Page Intentionally Left Blank