**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: LEMAR ALLEN BOWERS, Debtor | Case No. 20-34139-KRH Chapter 11, Subchapter V |
| IN RE: CIVITAS HEALTH SERVICES, INC., Debtor | Case No: 19-34993-KRH Chapter 11, Subchapter V |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN

This matter was before the Court on the Amended Objection of Carrington Mortgage Services LLC ("Carrington") to Confirmation of Chapter 11 Plan ("Objection"); and it

APPEARING TO THE COURT that Carrington and the Debtor, LeMar Allen Bowers, have resolved the Objection; it is therefore

ORDERED that the order confirming the Chapter 11 Plan shall include the following provisions:

1. Carrington's note secured the deed of trust on 10250 Scots Landing Road, Mechanicsville, VA 23116 ("Property") will be paid in accordance with the terms of said note. LeMar Allen Bowers will continue making regular monthly installment payments directly to Carrington in connection with the note in the amount of $3,684.70 as they become due. This amount is subject to changes in the escrow amount.

2. In the event relief from the automatic stay is granted to Carrington in connection with the Property in the case of In Re: Melanie Hall Bowers, Case Number 20−33854−KRH, Carrington shall automatically be granted relief from the automatic stay in connection with the Property in this case, and Carrington may file a Notification of Relief From the Automatic Stay in this case should it choose to do so.

James E. Kane (VSB #30081)
Kane & Papa, P.C.
P.O. Box 508
Richmond, Virginia 23218-0508
(804) 225-9500
*Counsel to LeMar Allen Bowers*

Richmond, Virginia

/s/ Kevin R Huennekens
United States Bankruptcy Judge

Dated: Jul 29 2021

Entered On Docket: Jul 29 2021

I ASK FOR THIS:

/s/ Mary F. Balthasar Lake
Mary F. Balthasar Lake (VSB #34899)
LOGS LEGAL GROUP LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320
(703) 449-5800
VABECF@logs.com
*Counsel to Carrington Mortgage Services Inc.*

SEEN AND AGREED TO:

/s/ James E. Kane
James E. Kane (VSB #30081)
Kane & Papa, P.C.
P.O. Box 508
Richmond, Virginia 23218-0508
(804) 225-9500
*Counsel to LeMar Allen Bowers*

**CERTIFICATION**

Pursuant to Local Rule 9022-1(C), I hereby certify that all necessary parties have endorsed the above order.

/s/ James E. Kane
Counsel for Debtor

**Parties to Receive Copies**

James E. Kane, Esquire
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508

Mary F. Balthasar Lake, Esquire
LOGS LEGAL GROUP LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320

W. Greer McCreedy, II, Esquire
The McCreedy Law Group
413 W York Street
Norfolk, VA 23510

Paul A. Driscoll, Esquire
Zemanian Law Group
223 East City Hall Avenue, Suite 201
Norfolk, VA 23510

Office of the U.S. Trustee
701 E. Broad Street
Room 4304
Richmond, Virginia 23219