W. Greer McCreedy, II Esquire
Virginia State Bar No. 27681
413 W. York Street
Norfolk, VA23510
(757)233-0045
McCreedy@McCreedylaw.com
*Counsel for Civitas Health Services, Inc.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:

                                       Case No. 19-34993-KRH

Civitas Health Services, Inc., *et al,* [1]            Subchapter V Chapter 11

     Debtor                                (Jointly Administered)

**ORDER CONFIRMING DEBTORS'**
**AMENDED SUBCHAPTER V PLAN FOR REORGANIZATION** [2]

This matter came before the Court on July 14, 2021 at 12:30 p.m. (EDT), to consider confirmation of the "Amended Plan of Reorganization of Small Business under Chapter 11" (the "Plan") Electronic Case Filing Docket ("ECF") 175, filed on December 11, 2020 by Civitas Health Services, Inc. ("Civitas"), and LeMar Bowers ("Mr. Bowers"). Carrington Mortgage Services, Inc. filed an objection concerning treatment of its claim secured by Bowers residence. ECF No. 185. The United States filed an objection on behalf of the Internal Revenue Service concerning treatment of unpaid taxes. ECF No. 217. Paul A. Driscoll, Subchapter V Trustee, filed his Trustee Position on Confirmation. ECF No. 218. Civitas and Mr. Bowers filed their Response to Trustee Position on Confirmation and included: (i) a summary of cash flow and adequate protection

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number or social security number, are: Civitas Health Services, Inc. (7735) and LeMar Allen Bowers (6396). The location of Debtor Civitas Health Services, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 cases is 5663 South Laburnum Avenue, Henrico, VA 23231. The Court entered an order of administration of Mr. Bowers' case, No. 20-34139-KRH, with the Civitas Health Services, Inc. case. (ECF No. 169).

payments made since January 1, 2021; (ii) updated income and expense projections through the life of the Plan; and a (iii) a summary of insiders employed by Civitas and compensation paid to them.  ECF No. 223.  The debtors filed their response to the objection of the IRS.  ECF No. 224.   The debtors orally reported their summary of ballots upon the record at the confirmation hearing on July 14, 2021.

In connection with the confirmation of the Plan, the Court has considered the evidence presented by proffer by the Debtor, as well as the record of these jointly administered cases.  This matter is now ripe for decision.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

A. **Jurisdiction:**  The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334, and the General Order of Reference entered by the United States District Court for the Eastern District of Virginia, and other various applicable provisions of the United States Code (the "Bankruptcy Code") and the Federal Rules of Bankruptcy Procedure ("FRBP").

B. **Venue:** Venue is appropriate in this District and Division under 28 U.S.C. §§ 1408 and 1409 and Local Rule 1071-1.

C. **Case Filing, Subchapter V Election, Appointment of Trustee**.  Civitas filed its case on September 29, 2019.  Mr. Bowers filed his case on October 13, 2020.  Civitas elected treatment under Subchapter V in an amended petition filed on August 14, 2020. ECF No. 139.  The United States Trustee appointed Paul A. Driscoll as Subchapter V trustee under 11 U.S.C. §1183(a) and 28 U.S.C. § 586.   ECF No. 140.

D. **Notice:**  Due, adequate, and sufficient notice of the Plan were served upon all creditors, interest holders, and parties requesting notice by first class mail and through

the Court's Case Management/Electronic Case Filing system. Accordingly, the method

of service and solicitation of acceptance of the Plan, notice of the hearing to consider

confirmation of the Plan, and notices of all other deadlines or requirements relating

thereto were in compliance with the Federal Rules of Bankruptcy Procedure, and the

order fixing the hearing on confirmation and times for filing objections to confirmation

and acceptances or rejections of the plan, were adequate and reasonable under the

circumstances of this case, and no further or additional notice of the hearing on

confirmation is necessary or required.

1. **Objections to Confirmation:** Two creditors filed objections: Carrington Mortgage Services, LLC and the Internal Revenue Service. Carrington's objection was resolved by consent order. ECF No. 228. Pursuant to that Order: Carrington's note secured the deed of trust on 10250 Scots Landing Road, Mechanicsville, VA 23116 ("Property") will be paid in accordance with the terms of said note. LeMar Allen Bowers will continue making regular monthly installment payments directly to Carrington in connection with the note in the amount of $3,684.70 as they become due. This amount is subject to changes in the escrow amount.

2. In the event relief from the automatic stay is granted to Carrington in connection with the Property in the case of In Re: Melanie Hall Bowers, Case Number 20–33854–KRH, Carrington shall automatically be granted relief from the automatic stay in connection with the Property in this case, and Carrington may file a Notification of Relief From the Automatic Stay in this case should it choose to do so.

E. The objection of the IRS was resolved with language included in this

Confirmation Order. No formal objections remain unresolved.

F. **Proper Classification of Claims:** The Plan adequately and properly

identifies and classifies all claims. Pursuant to 11 U.S.C. § 1122(a), the claims placed in

each class are substantially similar to other claims in each such class. Pursuant to 11 U.S.C. §1123(a)(1), valid legal and business reasons exist for the various classes of claims created under the Plan and each classification does not unfairly discriminate among holders of claims.  The classification of claims set forth in the Plan is reasonable.

G.  **Specified Unimpaired Classes:**  The Plan specifies all classes or claims or interests that are not impaired under the Plan, as required by 11 U.S.C. § 1123(a)(2).

H.  **Specified Treatment of Impaired Classes:**  The Plan specifies the treatment of all classes of claims or interests that are impaired under the Plan as set forth in 11 U.S.C. § 1123(a)(3).

I.  **No Discrimination:**  The Plan provides for the same treatment of claims or interests in each respective class unless the holder of a particular claim has agreed to less favorable treatment of such claim or interest, as required by 11 U.S.C. § 1123(a)(4).

J.  **Implementation of the Plan:** The Plan provides adequate means for the Plan's implementation as required by 11 U.S.C. § 1123(a)(5), along with Exhibit A to this Order, which is the Debtor's projections for income and expenses over the term of the Plan.

K.  **I**nterests of Creditors, Equity Security Holders, & Public Policy:**  As required by 11 U.S.C. §1123(a)(7), the Plan contains only provisions that are consistent with the interests of creditors and equity security holders and with public policy with respect to the manner of selection of any officer, director under the Plan and any successors.

L.  **Assumption & Rejection:** Article 6 of the Plan, pursuant to 11 U.S.C. § 365, provides for assumption, rejection and/or assignment of any executory contract or

unexpired lease of the Debtor not previously dealt with in the Debtor's case. Here, the Debtor opted to allow certain commercial lease to be rejected by operation of law.

M. **11 U.S.C. § 1123(b)(3), (b)(4), and (b)(5):** The Plan, to the extent applicable, complies with each of these Code sections.

N. **Amendments and Additional Provisions of the Plan:** Each of the provisions of the Plan is appropriate and not inconsistent with the applicable provisions of the Bankruptcy Code, as required by 11 U.S.C. § 1129(b)(6).

O. **Principal Purpose of the Plan:** The principal purpose of the Plan is not the avoidance of taxes or the avoidance of the application of section 5 of the Security Act of 1933. The Plan satisfies 11 U.S.C. § 1129(d).

P. **Contents of the Subchapter V Plan (11 U.S.C. § 1190):** In compliance with 11 U.S.C. § 1190, the Plan includes: (1) a brief history of the business operations of the Debtor; (2) a liquidation analysis; and (3) projections with respect to the ability of the Debtor to fund the Plan. The Plan provides for the submission of all or such portions of the future earnings or other future income of the Debtor for the benefit of creditors. Because the Plan is by consent, the Plan does not provide that such funds will be turned over to the Trustee for distributions. By agreement of the parties the Amended Plan is further amended as follows:

a. QUARTERLY FEES: Debtor Civitas Health Services, Inc., will pay all outstanding quarterly fees and interest owed and attributable to the period of time in which the case was not proceeding under Subchapter V of Chapter 11, on or before the effective date of the Plan.

b.  REVISION TO ARTICLE 3:  The provisions in Article 3, Sections 3.04 and 3.05, are of no force and effect as long as the Debtors have been, and/or are, Debtors under Subchapter V of Chapter 11, except as may be changed by operation of law

c.  BUDGET: The Debtors Amended Budget as attached hereto as **Exhibit A (ECF #223-1 )** is adopted including all payment provisions included therein.

d.  PRIORITY TAX CLAIMS: Debtors will pay the priority claim of the Internal Revenue Service, as filed and allowed ($618,188.03) with interest accruing from the date of confirmation at the rate of 3% per year compounded daily by making 37 payments on an escalating basis as set forth on the Debtors Amended Budget[3] commencing on the effective date.

e.  SECURED TAX CLAIM: Debtors will pay the secured claim of the Internal Revenue Service, as filed and allowed ($189,070.00), less adequate protection payments paid to date of confirmation, with interest accruing from the date of confirmation at the rate of 3% per year compounded daily by making 37 regular monthly payments commencing on the effective date, each in the amount of $3,608.36. The Internal Revenue Service shall retain its liens securing this claim until paid in full.

ADMINISTRATIVE CLAIMS: Debtors will fully comply with federal tax laws by timely filing all required post-petition tax returns when due or timely filing a request for extension, by making all required tax deposits

---

[3] *See* "Reorganization Budget," ECF No. 224-1 at ECF pp. 2, 4, 6, 7-8, 10 (portions highlighted in yellow).

and/or estimated tax payments in full when due, and by paying in full all taxes owed to the Internal Revenue Service (including all tax, interest, and penalties accrued through the date of payment) in the ordinary course of business. Failure to do so may constitute a material default under the terms of the Plan.

Additionally, at the discretion of the IRS and notwithstanding anything in the Plan to the contrary, the IRS is authorized (but not required) to file proofs of claim for taxes incurred by the Debtor following the Petition date which shall be paid according to Sections 503(B)(1)(D), 503 (b)(1)(B) and (C) and 1129 (a)(9)(A) of the Bankruptcy Code (11 U.S.C.) or, if not due on the Effective Date, in the ordinary course of business in accordance with applicable law. The IRS shall not be required to seek or obtain prior authorization before filing proof of such Administrative Tax Claims.

If Debtors fail to pay any Administrative Tax Claims on or before the Effective Date in accordance with section 1129(a)(9)(A) or, if not due on the Effective Date, in the ordinary course of business in accordance with applicable law, then the Internal Revenue Service may enforce collection of such Administrative Tax Claims by any means authorized by non-bankruptcy law, without further recourse to the Bankruptcy Court, as well as seek any other remedies under the Default Provisions of the Plan or Confirmation Order.

f.  DEFAULT:  If the Debtors fail to make any payment to the IRS as provided in this Plan or fail to abide by any other term of this Plan applicable to the IRS, then the United States may declare the Debtor to be in default of the Plan.  The United States may declare default by mailing a notice of default to the debtor-in-possession by first class mail, postage prepaid, (and, if it desires, also by certified or registered mail) with a copy to the Debtor's counsel by first class mail, postage prepaid, or by email at the same time as the notice of default is mailed to the debtor.  The notice of default will state in simple and plain language: (1) that the Debtor is in default in making at least one payment required under the Plan; (2) the date(s) and amount(s) of each payment missed; (3) the action necessary to cure the default, including any address to which payments must be mailed; and (4) that the Debtor must cure the default within 25 days after the date of the mailing of the notice of default.  Failure to declare a default does not constitute a waiver by the United States of the right to declare the Debtor is in default. If the United States declares the Debtor to be in default of its obligation under the Plan, and the Debtor fails to cure such default within 25 days thereof, then the entire liability, together with any unpaid current liabilities shall become due and payable immediately.  Upon notice of default and the failure to cure, as set forth above, the IRS may collect any unpaid liabilities through the administrative collection provisions of the Internal Revenue Code, without the need for Bankruptcy Court approval. This shall include full reinstatement of the administrative collection

powers and the rights of the IRS as they existed prior to the filing of the bankruptcy petition in this case, including, but not limited to, the assessment of taxes, the filing of the Notice of Federal tax lien and the powers of levy, seizure, and sale under Subtitle F, Procedures and Administration, of the Internal Revenue Code. Further, in the event of a default, the IRS shall not be enjoined from and retains the right to pursue any Trust Fund Recovery Penalty from any responsible third party other than the Debtor.

The Debtors' right to cure a default is not unlimited, and repeated failure to make Plan payments when due shall not be allowed. The Debtors may be entitled to notice of default and an opportunity to cure no more than five times during the term of the Plan. Should the Debtors default in making timely Plan payments a sixth time, and consistent with 11 U.S.C. § 1191(c)(3)(B), the Internal Revenue Service may immediately: (1) move the Court for an Order dismissing this case; or (2) move the Court for an Order converting this case to Chapter 7; or (3) file a Notice of Default with the Court and immediately exercise all other rights under the default provisions of the Plan without further Order or approval by the Bankruptcy Court.

Q. **Satisfaction of Conditions (11 U.S.C. § 1191(a)):** The Court finds the Plan satisfies the relevant portions of 11 U.S.C. § 1129(a) and, as a result, is a consensual Subchapter V Plan under 11 U.S.C. § 1191(a). With respect to the provisions of 11 U.S.C. § 1129(a), the Court finds as follows:

1. **11 U.S.C. § 1129(a)(1) and (a)(2)**. The Plan and the Plan proponent comply with the applicable provisions of the Bankruptcy Code.

2. **11 U.S.C. § 1129(a)(3)**. The Plan was proposed in good faith and not by any means forbidden by law.

3. **11 U.S.C. § 1129(a)(4)**. Any payment made or to be made by the Debtor, for services or for costs and expenses in or in connection with the case, or in connection with the Plan and incident to the case, has been approved by, or is subject to the approval of, the Court as reasonable.

4. **11 U.S.C. § 1129(a)(5)**. The Plan has disclosed the identity and affiliations of any individual proposed to serve, after confirmation of the Plan, as a director, officer, or voting trustee of the Debtor; and the appointment to, or continuance in, such office of such individual, is consistent with the interests of creditors and equity security holders, and with public policy; and the Plan proponent has disclosed the identity of any insider that will be employed or retained by the reorganized debtor, and the nature of any compensation for such insider. Such insiders and their compensation are described on the attached **Exhibit B (ECF # 223-3)**

5. **11 U.S.C. § 1129(a)(7)**. The Plan provides that, with respect to each impaired class of claims or interests, each holder of a claim or interest of such class has accepted the Plan, or will receive or retain under the Plan on account of such claim or interest property of a value, as of the effective date of the Plan, that is not less than the amount that such holder would so receive or retain if the debtor were liquidated under chapter 7 of this title on such date

6. **11 U.S.C. § 1129(a)(8)**.  With respect to each class of claims or interests, such class has accepted the Plan, or such class is not impaired under the plan.

7. **11 U.S.C. § 1129(a)(9)**.  With respect to this subsection, the Plan makes clear that such creditors will receive payment in full within the period provided by law.

8. **11 U.S.C. § 1129(a)(10)**.  If a class of claims is impaired under the Plan, at least one class of claims that is impaired under the Plan has accepted the Plan, determined without including any acceptance of the plan by any insider. M&M Automotive, a non-insider impaired claim accepted the Plan.

9. **11 U.S.C. § 1129(a)(11)**.  Confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the Debtor or any successor to the debtor under the Plan, unless such liquidation or reorganization is proposed in the Plan.

10. **11 U.S.C. § 1129(a)(12)**.  All fees payable under 28 U.S.C. § 1930, as determined by the Court at the hearing on confirmation of the plan, have been paid or the plan provides for the payment of all such fees on the effective date of the Plan.

11. **11 U.S.C. § 1129(a)(16)**.  All transfers of property under the Plan shall be made in accordance with any applicable provisions of non-bankruptcy law that govern the transfer of property by a corporation or trust that is not a moneyed, business, or commercial corporation or trust.

Accordingly, the Court hereby **ORDERS**:

1. **Confirmation**.  The Plan as amended hereby is confirmed under 11 U.S.C. § 1191(a).

2.      **Binding Effect of Plan**.  Pursuant 11 U.S.C. § 1141(a), except as provided in §§ 1141(d)(2) and (3), the provisions of the Plan as of the Effective Date, bind the Debtor, and any creditor, whether or not the claim or interest of such creditor is impaired under the Plan and whether or not such creditor has accepted the Plan.

3.      **Re-vesting of Property**.  Pursuant to 11 U.S.C. § 1141(b), except as otherwise provided in the Plan or in this Confirmation Order, as of the Effective Date, all of the property of the estate vests in the Debtor.  Except as provided in §§ 1141(d)(2) and (3) and except as otherwise provided in the Plan or in this Order, after confirmation of the Plan, the property dealt with by the Plan is free and clear of all claims and interests of creditor.

4.      **Post-Confirmation Operation of Business**.  Except as otherwise provided in the Plan or in this Confirmation Order, on and after the Effective Date, the Debtor may operate its business and may use, acquire, and dispose of property free of any restrictions of the Bankruptcy Code and Bankruptcy Rules and in all respects as if there were no pending case under any chapter or provisions of the Bankruptcy Code. The Debtor is entitled to retain and compensate professionals without the necessity of further approval of this Court.  Except as set forth in the Plan concerning objections to claims, the Debtor may also settle or compromise any claims without Court approval.

5.      **Injunction and Discharge**.  Except as otherwise expressly provided in the Plan or in this Confirmation Order, as of the Effective Date: (i) the Debtor shall be discharged from any debt to the fullest extent provided by 11 U.S.C. § 1141(d); and (ii) all holders of any discharged claims against the Debtor are enjoined from enforcing any such claim to the fullest extent provided by 11 U.S.C. § 524(a).

6. **Stay Waiver.** The 14-day stay imposed by Rule 3020(e) of the Federal Rules of Bankruptcy Procedure is waived.

7. **Effect of Confirmation Order on Plan**. The failure to reference or address all or part of any particular provision of the Plan herein has no effect on the validity, binding effect, or enforceability of such provision and such provision has the same validity, binding effect, and enforceability as every other provision of the Plan. To the extent that any inconsistencies exist between the terms of the Plan and this Confirmation Order, the terms of this Confirmation Order shall control.

8. **Executory Contracts and Leases**. Except as otherwise provided in a separate order of the Court, all executory contracts and unexpired leases not otherwise assumed are deemed rejected as of the Effective Date.

9. **Service of Confirmation Order**. The Debtor is directed to serve a copy of this Order on all parties and file a certificate of service within five (5) days of the entry of this Order.

10. **Documents Required to Effectuate Plan**. The Debtor is authorized to execute any and all documents reasonably required to effectuate the provisions of the Plan or prior Orders of this Court.

11. **Termination and Discharge of the Subchapter V Trustee, Final Report and Motion for Entry of Final Decree**. Pursuant to 11 U.S.C. § 1183, the services of the Subchapter V Trustee in the case shall terminate when the Plan has been substantially consummated, except that the United States trustee may reappoint a trustee as needed for performance of duties under § 1183(b)(3)(C) and § 1185(a). Not later than 14 days after the Plan is substantially consummated, the Debtor shall file with

the Court and serve on the Subchapter V Trustee, the United States trustee, and all parties in interest notice of such substantial consummation.  The Subchapter V Trustee shall file and serve his first and final application for approval of fees and expenses and to be discharged under 28 U.S.C. § 586(e)(5) within fourteen days of the filing of the Notice of Substantial Consummation.   The Debtor must file a "Final Report and Motion for Entry of Final Decree" on the later of: (a) substantial consummation of the Plan, or (b) entry of a final order resolving all disputed claims.

12.     **Jurisdiction**.  This Bankruptcy Court retains jurisdiction to:

a.     Resolve issues with respect to the Debtor's substantial consummation of the Plan and to the extent the Debtor seeks to amend or modify the Plan;

b.     Resolve any motions, adversary proceedings, or contested matters, that are pending as of the date of substantial consummation;

c.     Adjudicate objections to claims;

d.     Resolve disputes with respect to any and all injunctions created as a result of confirmation of the Plan;

e.     Adjudicate modifications of the Plan under 11 U.S.C. § 1193;

f.     Review and consider issues associated with the Debtor's final report and entry of final decree, and to enter a final decree; and

g.     Enter such orders as the Court deems necessary or appropriate with respect to enforcement of the Plan.

Entered at Richmond, Virginia, on _____ _____, 2022.

Feb 9 2022

/s/ Kevin R Huennekens
United States Bankruptcy Judge

Entered on Docket: Feb 9 2022

WE ASK FOR THIS:

*/s/W. Greer McCreedy*
W. Greer McCreedy, II
Counsel for Civitas Health Services, Inc.,


*/s/James E. Kane (Authorized via Email of 1/16/2022)*
James E. Kane
Counsel for Mr. Bowers



SEEN AND NO OBJECTION:


/s/ Paul A. Driscoll {Authorized via Email of 1/14/2022)
Paul A. Driscoll
Subchapter V Trustee

/s/ Robert McIntosh /Authorized via Email of 1/20/2022
Robert McIntosh, Esquire
Counsel for the United States (IRS)

/s/Jason B. Shorter /Authorized via Email of1/18/2022   Counsel for John P. Fitzgerald,
III, U.S. Trustee
Acting United States Trustee for Region Four


Certificate

I hereby certify that the foregoing Order has been endorsed by all necessary
parties pursuant to Local Rule 9022-1(C)(1) and a Service List is attached hereto
reflecting all creditors and parties in interest.


*/s/   W. Greer McCreedy*

| | INSIDER<br>POST CONFIRMATION<br>SALARIES | |
|---|---|---|
| | **NAME** | SALARY |
| 1. | LeMar Bowers | $150,000.00 |
| 2. | Melanie Bowers | $110,000.00 |
| 3. | Levar Bowers | $62,500.00 |
| 4. | Terrance Bowers | $54,000.00 |
| 5 | Izaiah Bowers | $25,658.22 |
| 6 | Joel Bowers | $21,536.32 |
| | | |
| | | |

## Civitas Health Services
### Profit and Loss
#### Reorganization Budget
#### Page 1

Percent Revenue Increase
Percent Labor Expense
Pay Dates in month

| | | August-21 | September-21 | October-21 | November-21 |
|---|---|---|---|---|---|
| | | 4 | 4 | 5 | 4 |
| | | | ES | | |
| Beginning Balance available for operations | | 139,266.66 | 173,967.65 | 200,809.20 | 217,966.68 |
| Monthly Average Income | $ | 263,776.51 | $ 258,500.98 | $ 264,963.51 | $ 267,613.14 |
| Expenses | | | | | |
| 6006 401K Processing Fee | | 314.80 | 314.80 | 315.80 | 316.80 |
| Net Payroll | $ | 109,776.33 | $ 110,874.09 | $ 122,982.83 | $ 113,212.66 |
| Federal Payroll Taxes | $ | 35,315.38 | $ 35,668.54 | $ 36,025.22 | $ 36,385.48 |
| State Payroll Taxes | $ | 6,789.47 | $ 6,857.37 | $ 6,925.94 | $ 6,995.20 |
| FUTA | $ | 0.00 | $ 0.00 | $ 356.77 | $ 0.00 |
| SUTA | $ | 1,646.61 | $ 0.00 | $ 0.00 | $ 1,335.33 |
| 6009 Bank Service Charges | | 153.35 | 153.35 | 153.35 | 153.35 |
| 6010 Business Licenses & Permits | | | | 0.00 | 100.00 |
| 6014 Employee Training | | 47.99 | 48.47 | 48.95 | 49.44 |
| 6015 Hiring Expenses Employee | | | | | |
| 6015-01 Hiring Expenses | | 3,616.04 | 3,652.20 | 3,688.72 | 3,725.61 |
| Total 6015 Hiring Expenses Employee | $ | 3,616.04 | $ 3,652.20 | $ 3,688.72 | $ 3,725.61 |
| 6016 Insurance | | | | | |
| 6016-01 Insurance - Medical | | 8,860.59 | 8,949.19 | 9,038.69 | 9,129.07 |
| 6016-01 Insurance - Dental | | 713.76 | 720.90 | 728.11 | 735.39 |
| 6016-01 Insurance - Auto | | 913.64 | 913.64 | 913.64 | 913.64 |
| 6016-05 Insurance - General Liability | | 1,255.10 | 1,255.10 | 1,255.10 | 1,255.10 |
| 6016-07 Insurance - Life | | 775.52 | 783.27 | 791.11 | 799.02 |
| 6016-08 Insurance - Vision | | 227.89 | 230.17 | 232.47 | 234.80 |
| 6016-09 Insurance - Workman's Comp. | | 0.00 | 0.00 | 0.00 | 0.00 |
| Total 6016 Insurance | $ | 12,746.50 | $ 12,852.28 | $ 12,959.11 | $ 13,067.02 |
| 6018 Legal Fees | | 500.00 | 500.00 | 500.00 | 500.00 |
| 6019 Meals and Entertainment | | 100.00 | 100.00 | 100.00 | 100.00 |
| 6020 Office Expenses | | 898.35 | 898.35 | 898.35 | 898.35 |
| 6023 Postage | | 100.00 | 100.00 | 100.00 | 100.00 |
| 6025 Program Expense | | 956.43 | 965.99 | 975.65 | 985.41 |
| 6026 Rent or Lease | | | | | |
| 6026-01 Rent | | 21,438.36 | 21,438.36 | 21,438.36 | 21,597.58 |
| Total 6026 Rent or Lease | $ | 21,438.36 | $ 21,438.36 | $ 21,438.36 | $ 21,597.58 |
| 6027 Repair & Maintenance | | 1,200.00 | 1,200.00 | 1,200.00 | 2,000.00 |

| | | | | | Year Total |
|---|---|---|---|---|---|
| 6028 Supplies | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 | |
| 6030 TDT | | | | | |
| 6030-01 TDT - Food | 800.00 | 808.00 | 816.08 | 824.24 | |
| 6030-02 TDT - Fuel | 400.00 | 404.00 | 408.04 | 412.12 | |
| 6030-04 TDT - General Expenses | 15.99 | 15.99 | 15.99 | 15.99 | |
| 6030-05 TDT - Vehicle Maintenance | 200.00 | 200.00 | 201.00 | 202.00 | |
| **Total 6030 TDT** | $ 1,415.99 | $ 1,427.99 | $ 1,441.11 | $ 1,454.35 | |
| Advertising | | | | | |
| Garnishments | | | | | |
| 401K Contribution | $ 39.24 | $ 39.24 | $ 39.24 | $ 39.24 | |
| Travel | $ 105.00 | $ 105.00 | $ 105.00 | $ 105.00 | |
| 6031 Technology & Software | 4,772.32 | 7,320.05 | 6,408.25 | 6,472.33 | |
| 6033 Utilities | 5,248.29 | 5,248.29 | 5,248.29 | 5,248.29 | |
| 6037 Professional Services | 500.00 | 500.00 | 500.00 | 500.00 | |
| **Total Expenses** | $ 209,592.46 | $ 212,176.37 | $ 224,322.96 | $ 217,253.44 | |
| Net Operating Income prior to plan payments | 54,184.05 | 46,324.62 | 40,640.55 | 50,359.71 | |
| Virginia Behavioral Health Working Capital Fund(12VAC35-105-210) "90 days operating expenses | | | | | |
| Reorganization Expenses | | | | | |
| Trustee Fee | | | | | |
| Confirmed Plan Payment Amount | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pre-Petition Wages | 2,414.47 | 2,414.47 | 2,414.47 | 2,414.47 | 9,657.86 |
| IRS Priority Principal (Amortized at 3% interest for 37 Payments) | 8,043.40 | 8,063.51 | 12,083.67 | 12,113.88 | 40,304.46 |
| IRS Priority Interest (Amortized at 3% interest for 37 Payments) | 1,545.47 | 1,525.36 | 1,505.20 | 1,474.99 | 6,051.02 |
| IRS Secured | 3,608.36 | 3,608.36 | 3,608.36 | 3,608.36 | 39,642.72 |
| vadot (vadot: 88,851.16, VEC:39164) | 1,851.15 | 1,851.15 | 1,851.15 | 1,851.15 | 22,755.75 |
| Other Priority Taxes | 400.00 | 400.00 | 400.00 | 400.00 | 1,600.00 |
| | | | | | 0.00 |
| Direct Capital Secured | 619.00 | 619.00 | 619.00 | 619.00 | 5,252.10 |
| M & M Secured | 168.22 | 168.22 | 168.22 | 168.22 | 672.88 |
| Unsecured | 833.00 | 833.00 | 833.00 | 833.00 | 3,332.00 |
| **Total Reorganization Expenses** | $ 19,483.07 | $ 19,483.07 | $ 23,483.07 | $ 23,483.07 | $ 23,463.07 |
| Net Income after Plan Payments | 34,700.99 | 26,841.55 | 17,157.48 | 26,876.64 | |
| Virginia Behavioral Health Working Capital Fund(12VAC35-105-210) "90 days operating expenses | | | | 0.00 | |
| Net Income after Working Capital Fund | 34,700.99 | 26,841.55 | 17,157.48 | 26,876.64 | |
| Ending Balance available for operating account | 173,967.65 | 200,809.20 | 217,966.68 | 244,843.33 | |

**Civitas Health Services**
**Profit and Loss**
**Reorganization Budget**
**Page 2**

Percent Revenue Increase  0.02
Percent Labor Expense  0.01

|  | December-21 | January-22 | February-22 | March-22 | April-22 | May-22 | June-22 | July-22 | August-22 | September-22 | October-22 | November-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay Dates in month | 5 | 4 | 4 | ES 4 | 5 | 4 | 4 | EB 4 | 4 | ES 5 | 4 | 4 |
| Beginning Balance available for operations | 244,843.33 | 229,660.11 | 251,841.19 | 269,195.16 | 293,297.26 | 307,366.43 | 329,511.16 | 350,738.10 | 351,774.21 | 378,506.10 | 398,586.85 | 418,979.36 |
| Monthly Average Income | 267,613.14 | 289,022.19 | 291,912.42 | 294,831.54 | 297,779.86 | 300,757.65 | 294,742.90 | 302,111.06 | 309,663.84 | 303,470.86 | 311,937.33 | 314,167.90 |
| Expenses |  |  |  |  |  |  |  |  |  |  |  |  |
| 6006 401k Processing Fee | 316.80 | 316.80 | 316.80 | 316.80 | 316.80 | 316.80 | 316.80 | 316.80 | 316.80 | 316.80 | 316.80 | 316.80 |
| Net Payroll | 156,344.79 | 115,908.23 | 117,667.32 | 118,237.99 | 130,420.37 | 120,724.57 | 121,951.82 | 165,151.14 | 124,802.65 | 137,050.67 | 127,421.18 | 128,695.39 |
| Federal Payroll Taxes | 36,749.33 | 37,116.82 | 37,457.99 | 37,862.87 | 38,241.50 | 38,623.92 | 39,010.15 | 39,400.25 | 39,794.26 | 40,192.20 | 40,594.12 | 41,000.06 |
| State Payroll Taxes | 7,066.15 | 7,138.69 | 7,207.16 | 7,279.23 | 7,282.03 | 7,425.55 | 7,499.80 | 7,574.80 | 7,650.55 | 7,727.05 | 7,804.32 | 7,882.37 |
| FUTA | 0.00 | 0.00 | 0.00 | 0.00 | 407.61 | 6,093.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,537.02 |
| SUTA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 221.30 |
| 6009 Bank Service Charges | 153.35 | 219.30 | 219.30 | 219.30 | 219.30 | 219.30 | 219.30 | 219.30 | 219.30 | 219.30 | 220.30 | 221.30 |
| 6010 Business Licenses & Permits | 100.00 |  |  |  |  |  | 1,601.26 |  |  |  |  |  |
| 6014 Employee Training | 49.94 | 50.44 | 50.94 | 51.45 | 51.97 | 52.48 | 53.01 | 53.54 | 54.08 | 54.62 | 55.16 | 55.71 |
| 6015 Hiring Expenses Employee | 3,762.87 | 3,800.50 | 3,838.50 | 3,876.89 | 3,915.66 | 3,954.81 | 3,994.36 | 4,034.30 | 4,074.65 | 4,115.39 | 4,156.55 | 4,198.11 |
| Total 6015 Hiring Expenses Employee | 3,762.87 | 3,800.50 | 3,838.50 | 3,876.89 | 3,915.66 | 3,954.81 | 3,994.36 | 4,034.30 | 4,074.65 | 4,115.39 | 4,156.55 | 4,198.11 |
| 6016 Insurance |  |  |  |  |  |  |  |  |  |  |  |  |
| 6016-01 Insurance - Medical | 9,220.36 | 9,312.57 | 9,405.69 | 9,499.75 | 9,594.75 | 9,690.70 | 9,787.60 | 9,885.48 | 9,984.33 | 10,084.18 | 10,185.02 | 10,286.87 |
| 6016-01 Insurance - Dental | 742.74 | 750.17 | 757.67 | 765.25 | 772.90 | 780.63 | 788.44 | 796.32 | 804.28 | 812.33 | 820.45 | 828.66 |
| 6016-01 Insurance - Auto | 670.23 | 670.23 | 670.23 | 670.23 | 670.23 | 670.23 | 670.23 | 670.23 | 670.23 | 670.23 | 670.23 | 670.23 |
| 6016-03 Insurance - General Liability | 1,176.20 | 1,176.20 | 1,176.20 | 1,176.20 | 1,176.20 | 1,176.20 | 1,176.20 | 1,176.20 | 1,176.20 | 1,176.20 | 1,177.20 | 1,178.20 |
| 6016-07 Insurance - Life | 807.01 | 815.08 | 823.23 | 831.46 | 839.78 | 848.17 | 856.66 | 865.22 | 873.87 | 882.61 | 891.44 | 900.35 |
| 6016-09 Insurance - Vision | 237.14 | 239.52 | 241.91 | 244.33 | 246.77 | 249.24 | 251.73 | 254.25 | 256.79 | 259.36 | 261.95 | 264.57 |
| 6016-09 Insurance - Workman's Comp. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total 6016 Insurance | 12,855.69 | 12,963.76 | 13,074.94 | 13,187.22 | 13,300.63 | 13,415.17 | 13,530.98 | 13,647.71 | 13,765.72 | 13,884.91 | 14,006.29 | 14,128.88 |
| 6018 Legal Fees | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| 6019 Meals and Entertainment | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| 6025 Office Expenses | 898.35 | 898.35 | 898.35 | 898.35 | 898.35 | 898.35 | 898.35 | 898.35 | 898.35 | 898.35 | 898.35 | 898.35 |
| 6023 Postage | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| 6025 Program Expense | 995.26 | 1,005.22 | 1,015.27 | 1,025.42 | 1,035.68 | 1,046.03 | 1,056.49 | 1,067.06 | 1,077.73 | 1,088.51 | 1,099.39 | 1,110.39 |
| 6026 Rent or Lease |  |  |  |  |  |  |  |  |  |  |  |  |
| 6026-01 Rent | 21,597.58 | 21,597.58 | 21,597.58 | 21,597.58 | 21,597.58 | 21,597.58 | 21,597.58 | 21,597.58 | 21,597.58 | 21,597.58 | 21,597.58 | 21,597.58 |
| Total 6026 Rent or Lease | 21,597.58 | 21,597.58 | 21,597.58 | 21,597.58 | 21,597.58 | 21,597.58 | 21,597.58 | 21,597.58 | 21,597.58 | 21,597.58 | 21,597.58 | 21,597.58 |
| 6027 Repair & Maintenance | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 |
| 6028 Supplies | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 |
| 6030 TDT |  |  |  |  |  |  |  |  |  |  |  |  |
| 6030-01 TDT - Food | 832.48 | 840.81 | 849.22 | 857.71 | 866.29 | 874.95 | 883.70 | 892.53 | 901.46 | 910.47 | 919.58 | 928.78 |
| 6030-02 TDT - Fuel | 416.24 | 420.40 | 424.61 | 428.85 | 433.14 | 437.47 | 441.85 | 446.27 | 450.73 | 455.24 | 459.79 | 464.39 |
| 6030-03 TDT - General Expenses | 15.99 | 15.99 | 15.99 | 15.99 | 15.99 | 15.99 | 15.99 | 15.99 | 15.99 | 15.99 | 15.99 | 15.99 |
| 6030-05 TDT - Vehicle Maintenance | 202.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 201.00 | 202.00 |
| Total 6030 TDT | 1,466.71 | 1,477.20 | 1,489.81 | 1,502.55 | 1,515.42 | 1,528.41 | 1,541.54 | 1,554.79 | 1,568.18 | 1,581.70 | 1,596.36 | 1,611.15 |
| Advertising | 39.24 | 39.24 | 39.24 | 39.24 | 39.24 | 39.24 | 39.24 | 39.24 | 39.24 | 39.24 | 39.24 | 39.24 |
| Garnishments |  |  | 3,265.00 |  |  |  |  |  |  |  |  |  |
| 401K Contribution | 165.00 | 165.00 | 165.00 | 165.00 | 165.00 | 165.00 | 165.00 | 165.00 | 165.00 | 165.00 | 165.00 | 165.00 |
| Travel |  |  |  |  |  |  |  |  |  |  |  |  |
| 6031 Technology & Software | 6,537.05 | 8,052.05 | 13,512.80 | 6,670.18 | 8,185.18 | 6,670.18 | 6,736.88 | 8,251.88 | 6,736.88 | 6,804.25 | 8,319.25 | 6,804.25 |
| 6033 Utilities | 5,248.29 | 5,248.29 | 5,248.29 | 5,248.29 | 5,248.29 | 5,248.29 | 5,248.29 | 5,248.29 | 5,248.29 | 5,248.29 | 5,248.29 | 5,248.29 |
| 6037 Professional Services | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| Total Expenses | 259,397.41 | 221,261.08 | 233,695.52 | 223,226.37 | 246,243.96 | 233,060.24 | 228,899.46 | 276,640.08 | 235,015.45 | 246,324.69 | 239,257.62 | 240,852.92 |
| Net Operating Income prior to plan payments | 8,215.74 | 67,761.12 | 58,106.89 | 71,603.17 | 51,537.29 | 67,686.41 | 65,853.02 | 25,470.98 | 74,448.39 | 57,145.58 | 71,786.51 | 73,314.98 |

Virginia Behavioral Health Working Capital Fund(12VAC35-105-210) "60 days operating expenses

Reorganization Expenses

| Line Item | | | | | | | | | | | | Year Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trustee Fee | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | | | 0.00 |
| **Confirmed Plan Payment Amount** | | | | | | | | | | | | 28,973.58 |
| | | | | | | | | | | | | 0.00 |
| Pre-Petition Wages | 2,414.47 | 2,414.47 | 2,414.47 | 2,414.47 | 2,414.47 | 2,414.47 | 2,414.47 | 2,414.47 | | | | 19,315.72 |
| IRS Priority Principal (Amortized at 3% interest for 37 Payments) | 12,144.16 | 12,174.52 | 12,204.96 | 12,235.47 | 12,266.06 | 12,296.72 | 12,327.47 | 12,358.28 | 12,389.18 | 12,420.15 | 18,497.33 | 159,765.50 |
| IRS Priority Interest (Amortized at 3% interest for 37 Payments) | 1,444.71 | 1,414.35 | 1,383.91 | 1,353.40 | 1,322.81 | 1,292.15 | 1,261.40 | 1,220.59 | 1,199.69 | 1,168.72 | 1,091.54 | 15,300.94 |
| IRS Secured | 3,608.36 | 3,608.36 | 3,608.36 | 3,608.36 | 3,608.36 | 3,608.36 | 3,608.36 | 3,608.36 | 3,608.36 | 3,608.36 | 3,608.36 | 43,300.32 |
| vsdot | 1,851.15 | 1,851.15 | 1,851.15 | 1,851.15 | 1,851.15 | 1,851.15 | 1,851.15 | 1,851.15 | 1,851.15 | 1,851.15 | 1,851.15 | 22,213.80 |
| Other Priority Taxes | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 4,800.00 |
| | | | | | | | | | | | | 0.00 |
| Direct Capital Secured | 619.00 | 619.00 | 619.00 | 619.00 | 619.00 | 619.00 | 619.00 | 619.00 | 619.00 | 619.00 | 619.00 | 7,428.00 |
| M & M Secured | 84.11 | 84.11 | 84.11 | 84.11 | 84.11 | 84.11 | 84.11 | 84.11 | 84.11 | 84.11 | 84.11 | 1,009.32 |
| Unsecured | 833.00 | 833.00 | 833.00 | 833.00 | 833.00 | 833.00 | 833.00 | 833.00 | 833.00 | 833.00 | 833.00 | 9,996.00 |
| | | | | | | | | | | | | |
| Total Reorganization Expenses | $ 23,398.96 | $ 23,398.96 | 23,398.96 | 23,398.96 | 23,398.96 | 23,398.96 | 23,398.96 | 23,398.96 | 23,398.96 | 20,984.49 | 26,984.49 | $ 26,984.49 |
| Net Income after Plan Payments | $ (16,183.32) | $ 44,362.16 | 34,707.94 | 48,204.22 | 28,138.34 | 44,289.46 | 42,464.07 | 53,463.90 | 38,161.39 | 44,786.02 | 46,330.49 | |
| Virginia Behavioral Health Working Capital Fund(12VAC35-105-210) '90 days operating expenses | 0.00 | 22181.08 | 17353.97 | 24102.11 | 14069.17 | 22144.73 | 21227.03 | 26731.95 | 18080.69 | 22392.51 | 23165.25 | |
| Net Income after Working Capital Fund | (16183.32) | 22181.08 | 17353.97 | 24102.11 | 14069.17 | 22144.73 | 21227.03 | 26731.95 | 18080.69 | 22392.51 | 23165.25 | |
| Ending Balance available in operation account | 229,660.11 | 251,841.19 | 269,195.16 | 293,297.26 | 307,366.43 | 329,511.16 | 350,738.19 | 378,506.16 | 396,586.85 | 418,979.36 | 442,144.60 | |

Friday, Feb 14, 2020 12:22:35 PM GMT-5 - Cash Basis

## Civitas Health Services
### Profit and Loss
### Reorganization Budget
Page 3

| | | | |
|---|---|---|---|
| Percent Revenue Increase | 0.02 | EB | |
| Percent Labor Expense | 0.01 | ES | |

| | December-22 | January-23 | February-23 | March-23 | April-23 | May-23 | June-23 | July-23 | August-23 | September-23 | October-23 | November-23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay Dates in month | EB | 4 | 4 ES | 5 | 4 | 5 | 5 EB | 4 | 5 ES | 5 | 4 | 4 |
| Beginning Balance available for operations | 442,146.60 | 444,045.33 | 464,916.03 | 483,244.05 | 503,443.40 | 525,346.68 | 548,641.19 | 550,077.75 | 566,037.67 | 585,592.86 | 604,534.35 | 830,107.40 |
| Monthly Average Income | 314,167.90 | 314,167.90 | 320,451.26 | 326,860.28 | 333,397.49 | 326,729.54 | 320,194.95 | 328,199.82 | 336,404.82 | 344,814.94 | 348,263.00 | |
| **Expenses** | | | | | | | | | | | | |
| 6004 401k Processing Fee | | | | | | | | | | | | |
| Net Payroll | 171,802.35 | 101,752.17 | 133,019.16 | 145,349.38 | 135,882.85 | 137,160.91 | 180,032.52 | 140,337.64 | 141,741.22 | 154,159.63 | 144,709.22 | 145,147.22 |
| Federal Payroll Taxes | 41,410.07 | 41,824.17 | 42,242.41 | 42,664.83 | 43,091.48 | 43,522.39 | 43,957.62 | 44,397.19 | 44,841.17 | 45,289.58 | 45,742.47 | 46,199.90 |
| State Payroll Taxes | 7,961.19 | 6,040.80 | 8,121.21 | 8,202.42 | 8,284.45 | 8,367.29 | 8,450.96 | 8,535.47 | 8,620.83 | 8,707.04 | 8,794.11 | 8,882.05 |
| FUTA | 0.00 | 245.24 | 0.00 | 0.00 | 2,112.27 | 0.00 | 0.00 | 536.15 | 0.00 | 0.00 | 337.14 | 0.00 |
| SUTA | 0.00 | 0.00 | 1,079.33 | 0.00 | 0.00 | 7,114.73 | 0.00 | 0.00 | 2,267.48 | 0.00 | 0.00 | 1,570.44 |
| 6009 Sales Service Charges | 153.35 | 153.35 | 153.35 | 153.35 | 153.35 | 153.35 | 153.35 | 153.35 | 153.35 | 153.35 | 153.35 | 153.35 |
| 6010 Business Licenses & Permits | 100.00 | 100.00 | | 6,341.79 | 8,341.79 | | | | | | | |
| 6014 Employee Training | 56.27 | 56.83 | 57.40 | 57.98 | 58.56 | 59.14 | 59.73 | 60.33 | 60.93 | 61.54 | 62.16 | 62.78 |
| 6015 Hiring Expenses Employee | | | | | | | | | | | | |
| 6015-H Hiring Expenses | | | | | | | | | | | | |
| Total 6015 Hiring Expenses Employee | 4,240.09 | 4,282.49 | 4,325.32 | 4,368.57 | 4,412.26 | 4,456.38 | 4,500.94 | 4,545.95 | 4,591.41 | 4,637.33 | 4,683.70 | 4,730.54 |
| **6016 Insurance** | | | | | | | | | | | | |
| 6016-01 Insurance - Medical | 10,389.74 | 10,493.63 | 10,598.57 | 10,704.56 | 10,811.60 | 10,919.72 | 11,028.92 | 11,139.20 | 11,250.60 | 11,363.10 | 11,476.73 | 11,591.50 |
| 6016-01 Insurance - Dental | 836.84 | 845.31 | 853.76 | 862.30 | 870.93 | 879.63 | 888.43 | 897.32 | 906.29 | 915.35 | 924.50 | 933.75 |
| 6016-01 Insurance - Auto | 670.23 | 670.23 | 670.23 | 670.23 | 670.23 | 670.23 | 670.23 | 670.23 | 670.23 | 670.23 | 670.23 | 670.23 |
| 6016-02 Insurance - General Liability | 1,176.20 | 1,176.20 | 1,176.20 | 1,176.20 | 1,176.20 | 1,176.20 | 1,176.20 | 1,176.20 | 1,176.20 | 1,176.20 | 1,177.20 | 1,178.20 |
| 6016-07 Insurance - Life | 909.36 | 919.45 | 927.64 | 936.91 | 946.28 | 955.74 | 965.30 | 974.95 | 984.70 | 994.55 | 1,004.50 | 1,014.54 |
| 6016-08 Insurance - Vision | 267.22 | 269.89 | 272.59 | 275.32 | 278.07 | 280.85 | 283.66 | 286.50 | 289.36 | 292.25 | 295.18 | 298.13 |
| 6016-00 Insurance - Workman's Comp. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total 6016 Insurance | 14,251.93 | 14,373.72 | 14,498.99 | 14,625.52 | 14,763.31 | 14,882.38 | 15,012.74 | 15,144.40 | 15,277.38 | 15,411.69 | 15,548.34 | 15,686.35 |
| 6018 Legal Fees | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| 6019 Meals and Entertainment | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| 6020 Office Expenses | 898.35 | 898.35 | 898.35 | 898.35 | 898.35 | 898.35 | 898.35 | 898.35 | 898.35 | 898.35 | 898.35 | 898.35 |
| 6023 Postage | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| 6025 Program Expenses | 1,121.49 | 1,132.70 | 1,144.03 | 1,155.47 | 1,167.03 | 1,178.70 | 1,190.48 | 1,202.39 | 1,214.41 | 1,226.56 | 1,238.82 | 1,251.21 |
| 6026 Rent or Lease | | | | | | | | | | | | |
| Total 6026 Rent or Lease | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 |
| 6027 Repair & Maintenance | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 |
| 6028 Supplies | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 |
| **6030 TDT** | | | | | | | | | | | | |
| 6030-01 TDT - Food | 938.06 | 947.44 | 956.92 | 966.49 | 976.15 | 985.91 | 995.77 | 1,005.73 | 1,015.79 | 1,025.95 | 1,036.21 | 1,046.57 |
| 6030-02 TDT - Fuel | 469.23 | 473.72 | 478.46 | 483.24 | 488.08 | 492.96 | 497.89 | 502.87 | 507.97 | 512.97 | 518.10 | 523.28 |
| 6030-04 TDT - General Expenses | 15.99 | 15.99 | 15.99 | 15.99 | 15.99 | 15.99 | 15.99 | 15.99 | 15.99 | 15.99 | 15.99 | 15.99 |
| 6030-05 TDT - Vehicle Maintenance | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 201.00 | 202.00 |
| Total 6030 TDT | 1,623.55 | 1,637.16 | 1,651.37 | 1,665.72 | 1,680.22 | 1,694.86 | 1,709.65 | 1,724.59 | 1,739.67 | 1,754.91 | 1,771.30 | 1,787.84 |
| 6037 Advertising | | | | 3,265.00 | | | | | | | | |
| Contributions | | | | | | | | | | | | |
| 401K Contribution | 39.24 | 39.24 | 39.24 | 39.24 | 39.24 | 39.24 | 39.24 | 39.24 | 39.24 | 39.24 | 39.24 | 39.24 |
| Travel | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 |
| 6031 Technology & Software | 6,672.29 | 6,387.29 | 13,646.04 | 7,008.77 | 8,523.77 | 7,008.77 | 7,078.86 | 8,593.86 | 7,078.86 | 7,149.65 | 8,664.65 | 7,149.65 |
| 6033 Utilities | 5,248.29 | 5,248.29 | 5,248.29 | 5,248.29 | 5,248.29 | 5,248.29 | 5,248.29 | 5,248.29 | 5,248.29 | 5,248.29 | 5,248.29 | 5,248.29 |
| 6037 Professional Services | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| **Total Expenses** | 283,381.95 | 246,442.01 | 266,010.73 | 288,698.10 | 261,987.44 | 269,284.98 | 296,252.94 | 260,874.19 | 261,192.80 | 272,156.35 | 265,301.34 | 267,229.42 |
| Net Operating Income prior to plan payments | 30,785.95 | 68,725.89 | 63,640.53 | 68,002.18 | 71,410.05 | 74,192.51 | 30,476.60 | 59,320.76 | 67,007.02 | 64,248.47 | 79,511.60 | 81,033.66 |
| Virginia Behavioral Health Working Capital Fund(12VAC35-105-210) 180 days operating expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Reorganization Expenses | | | | | | | | | | | | |
| Trustee Fee | | | | | | | | | | | | |
| **Confirmed Plan Payment Amount** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

|  |  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Petition Wages |  |  |  |  |  |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  |  |  |  |  | 0.00 |
| IRS Priority Principal (Amortized at 3% interest for 37 Payments) | 18,543.07 | 18,589.93 | 18,636.41 | 18,683.00 | 18,729.71 | 18,776.53 | 18,823.47 | 18,870.53 | 18,917.71 | 18,965.00 | 21,012.41 | 21,064.96 | 229,613.22 |
| IRS Priority Interest (Amortized at 3% interest for 37 Payments) | 1,045.30 | 998.84 | 952.46 | 905.87 | 859.16 | 812.34 | 765.40 | 718.34 | 671.16 | 623.87 | 576.46 | 523.92 | 9,453.22 |
| IRS Secured | 3,608.36 | 3,608.36 | 3,608.36 | 3,608.36 | 3,608.36 | 3,608.36 | 3,608.36 | 3,608.36 | 3,608.36 | 3,608.36 | 3,608.36 | 3,608.36 | 43,300.32 |
|  |  |  |  |  |  |  |  |  |  |  |  | 0.00 |
| vadot | 1,851.15 | 1,851.15 | 1,851.15 | 1,851.15 | 1,851.15 | 1,851.15 | 1,851.15 | 1,851.15 | 1,851.15 | 1,851.15 | 1,851.15 | 1,851.15 | 22,213.80 |
| Other Priority Taxes | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 4,800.00 |
|  |  |  |  |  |  |  |  |  |  |  |  | 0.00 |
| Direct Capital Secured | 619.00 | 619.00 | 619.00 | 1,238.00 | 1,238.00 | 1,238.00 | 1,238.00 | 1,035.42 | 1,531.15 | 0.00 | 0.00 | 0.00 | 9,375.57 |
| M & M Secured | 84.11 | 84.11 | 84.11 | 84.11 | 84.11 | 84.11 | 84.11 | 84.11 | 84.11 | 84.11 | 84.11 | 84.11 | 1,009.32 |
| Unsecured | 833.00 | 833.00 | 833.00 | 833.00 | 833.00 | 833.00 | 833.00 | 833.00 | 833.00 | 833.00 | 833.00 | 833.00 | 9,996.00 |
| Total Reorganization Expenses | $26,584.49 | $26,584.49 | $26,884.49 | $27,603.49 | $27,603.49 | $27,603.49 | $27,603.49 | $27,460.91 | $27,896.64 | $26,365.49 | $28,365.49 | $28,365.49 |  |
| Net Income after Plan Payment | $3,801.46 | $41,741.40 | $36,658.04 | $40,389.69 | $43,806.96 | $46,980.02 | $2,873.11 | $31,919.85 | $39,110.38 | $37,882.98 | $51,146.11 | $52,688.17 |  |
| Virginia Behavioral Health Working Capital Fund(12VAC35-105-210) 90 days operating expenses | $1,900.73 | $20,870.70 | $18,329.02 | $20,199.35 | $21,903.28 | $23,284.51 | $1,436.56 | $15,959.92 | $19,555.19 | $18,941.49 | $25,573.06 | $26,334.09 |  |
| Net Income after Working Capital Fund | 1900.73 | 20870.70 | 18328.02 | 20199.35 | 21903.28 | 23284.51 | 1436.56 | 15959.92 | 19555.19 | 18941.49 | 25573.05 | 26334.09 |  |
| Ending Balance available in operating account | 444,045.33 | 464,916.03 | 483,244.05 | 503,443.40 | 525,346.68 | 548,641.19 | 550,077.75 | 566,037.67 | 585,592.86 | 604,534.35 | 630,107.40 | 656,441.49 |  |

## Civitas Health Services
### Profit and Loss
### Reorganization Budget
Page 4

Percent Revenue Increase 0.02
Percent Labor Expense 0.01

| | December-23 | January-24 | February-24 | March-24 | April-24 | May-24 | June-24 | July-24 | August-24 | September-24 | October-24 | November-24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay Dates in month | EB | 4 | 4 | ES | 5 | EB | EB | 5 | ES | 4 | 4 | 4 |
| Beginning Balance available for operations | 656,441.49 | 660,029.69 | 684,240.45 | 705,177.25 | 728,291.02 | 752,993.65 | 757,512.24 | 782,728.50 | 799,887.84 | 816,590.30 | 856,162.91 | 895,225.86 |
| Monthly Average Income | 340,263.09 | 345,263.09 | 355,220.35 | 362,332.92 | 369,579.58 | 366,979.68 | 362,187.99 | 364,944.22 | 363,617.63 | 372,513.28 | 382,236.11 | 386,656.47 |
| **Expenses** | | | | | | | | | | | | |
| 6010 Processing Fee | 314.80 | 314.80 | 314.80 | 314.80 | 314.80 | 314.80 | 314.80 | 314.80 | 314.80 | 314.80 | 314.80 | 314.80 |
| Net Payroll | 103,609.69 | 149,564.75 | 150,999.83 | 163,509.93 | 164,144.92 | 197,683.37 | 157,563.24 | 159,239.97 | 151,632.27 | 162,586.69 | 164,176.19 | 165,617.98 |
| Federal Payroll Taxes | 44,661.90 | 47,128.52 | 47,399.80 | 49,470.98 | 48,856.96 | 49,942.12 | 49,532.55 | 60,027.57 | 50,328.15 | 51,633.43 | 51,543.78 | 52,089.20 |
| State Payroll Taxes | 9,976.67 | 9,060.58 | 9,151.16 | 9,242.70 | 9,335.12 | 9,428.47 | 9,522.74 | 9,617.99 | 9,714.17 | 9,811.31 | 9,909.42 | 10,008.61 |
| FUTA | 27.00 | 27.00 | 27.00 | 27.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27.00 | 3.77 |
| SUTA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,065.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,777.64 |
| 6000 Bank Service Charges | 153.35 | 153.35 | 153.35 | 153.35 | 153.35 | 153.35 | 153.35 | 153.35 | 153.35 | 153.35 | 153.35 | 153.35 |
| 6011 Business Licenses & Permits | | 2,315.99 | | | 2,319.99 | 2,035.56 | | | | | | |
| 6014 Employee Training | 63.41 | 64.04 | 64.68 | 65.33 | 65.98 | 66.64 | 67.31 | 67.98 | 68.66 | 69.35 | 70.04 | 70.74 |
| Total 6015 Hiring Expenses Employee | 4,777.64 | 4,825.62 | 4,873.88 | 4,922.62 | 4,971.84 | 5,021.56 | 5,071.78 | 5,122.50 | 5,173.72 | 5,225.46 | 5,277.71 | 5,330.49 |
| **6016 Insurance** | | | | | | | | | | | | |
| 6016-01 Insurance - Medical | 11,707.42 | 11,824.49 | 11,942.73 | 12,062.16 | 12,182.78 | 12,304.61 | 12,427.66 | 12,551.93 | 12,677.45 | 12,804.23 | 12,932.27 | 13,061.59 |
| 6016-02 Insurance - Dental | 945.09 | 982.52 | 962.04 | 971.66 | 981.36 | 991.18 | 1,001.11 | 1,011.12 | 1,021.23 | 1,031.44 | 1,041.75 | 1,052.17 |
| 6016-03 Insurance - Auto | 670.23 | 670.23 | 670.23 | 670.23 | 670.23 | 670.23 | 670.23 | 670.23 | 670.23 | 670.23 | 670.23 | 670.23 |
| 6016-04 Insurance - General Liability | 1,176.20 | 1,176.20 | 1,176.20 | 1,176.20 | 1,176.20 | 1,176.20 | 1,176.20 | 1,176.20 | 1,176.20 | 1,176.20 | 1,177.20 | 1,176.20 |
| 6016-05 Insurance - Life | 1,024.69 | 1,034.93 | 1,045.28 | 1,055.74 | 1,066.29 | 1,076.96 | 1,087.73 | 1,098.60 | 1,109.59 | 1,120.68 | 1,131.89 | 1,143.21 |
| 6016-06 Insurance - Vision | 301.11 | 304.12 | 307.16 | 310.23 | 313.34 | 316.47 | 319.63 | 322.83 | 326.06 | 329.32 | 332.61 | 335.94 |
| 6016-08 Insurance - Workman's Comp. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total 6016 Insurance | 15,824.73 | 15,962.49 | 16,103.65 | 16,246.23 | 16,390.22 | 16,535.66 | 16,682.55 | 16,830.91 | 16,980.76 | 17,132.10 | 17,285.96 | 17,441.34 |
| 6018 Legal Fee | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| 6019 Meals and Entertainment | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 |
| 6020 Office Expenses | 898.35 | 898.35 | 898.35 | 898.35 | 898.35 | 898.35 | 898.35 | 898.35 | 898.35 | 898.35 | 898.35 | 898.35 |
| 6023 Postage | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| 6026 Program Expense | 1,263.72 | 1,276.36 | 1,289.12 | 1,302.01 | 1,315.03 | 1,328.18 | 1,341.47 | 1,354.88 | 1,368.43 | 1,382.11 | 1,395.94 | 1,409.99 |
| 6027 Professional Services | | | | | | | | | | | | |
| 6030-01 Rent | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 |
| Total 6030 Rent or Lease | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 |
| 6035-01 TDT - Vehicle Maintenance | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 |
| Total 6035 TDT | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 |
| Advertising | 1,007.03 | 1,007.60 | 1,078.28 | 1,089.06 | 1,099.95 | 1,110.95 | 1,122.06 | 1,133.28 | 1,144.62 | 1,156.06 | 1,167.62 | 1,179.30 |
| Garnishments | 528.52 | 533.80 | 539.14 | 544.53 | 549.98 | 555.48 | 561.03 | 566.64 | 572.31 | 578.03 | 583.81 | 589.65 |
| 401K Contribution | 15.99 | 15.99 | 15.99 | 15.99 | 15.99 | 15.99 | 15.99 | 15.99 | 15.99 | 15.99 | 15.99 | 15.99 |
| Travel | 500.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 |
| 6030 TDT | | | | | | | | | | | | |
| 6035 TDT - Food | | | | | | | | | | | | |
| 6037 Technology & Software | 7,231.15 | 8,736.15 | 13,996.90 | 7,301.12 | 8,876.12 | 7,361.12 | 7,434.73 | 8,940.73 | 7,434.73 | 9,024.07 | 7,509.07 | 7,509.07 |
| 6036-02 TDT - Fuel | 5,246.29 | 5,246.29 | 5,246.29 | 5,246.29 | 5,246.29 | 5,246.29 | 5,246.29 | 5,246.29 | 5,246.29 | 5,246.29 | 5,246.29 | 5,246.29 |
| 6037 Professional Services | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| Total Expenses | 316,057.28 | 346,285.81 | 272,412.34 | 268,958.36 | 299,955.25 | 76,094.29 | 282,974.69 | 289,525.27 | 301,340.78 | 290,432.54 | 264,749.00 | 267,173.53 |
| Net Operating Income prior to plan payments | 5,903.54 | 1,977.28 | 76,065.43 | 75,289.96 | 78,884.28 | 39,416.04 | 76,213.03 | 65,419.55 | 62,471.13 | 62,680.74 | 67,497.11 | 86,089.94 |
| Virginia Behavioral Health Working Capital Fund EVNG38-100-210/90 days operating expenses | | | | | | | | | | | | |
| **Reorganization expenses** | | | | | | | | | | | | |
| Trustee Fee | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Confirmed Plan Payment Amount

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Petition Wages** | | | | | | | | | | | | | | 0.00 | |
| IRS Priority Principal (Amortized at 3% interest for 27 | 21,117.61 | 21,170.40 | 21,223.33 | 21,276.30 | 21,329.58 | 21,382.90 | 21,436.36 | 21,489.95 | 21,543.66 | 21,597.52 | 21,651.51 | 21,705.64 | | 191,970.26 | **621,633.44** Priority Principal Plan Total |
| IRS Priority Interest (Amortized at 3% interest for 37 | 471.26 | 419.47 | 365.54 | 312.48 | 259.29 | 205.97 | 152.51 | 98.92 | 45.19 | | | | | 2,329.63 | **33,134.81** Priority Interest Plan Total |
| Payments | | | | | | | | | | | | | | | |
| IRS Secured | 3,608.36 | 3,608.36 | 3,608.36 | 3,608.36 | 3,608.36 | 3,608.36 | 3,608.36 | 3,608.36 | 3,608.36 | 3,608.36 | 3,608.36 | 3,608.36 | | 32,475.24 | **196,532.52** Secured Plan Total Including 20 adequate protection payments |

| | | | | | | | | | | | | | IRS Plan Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| viald | 2,714.68 | 2,714.68 | 2,714.68 | 2,714.68 | 3,095.83 | 3,095.83 | 4,565.83 | 4,565.83 | 4,565.83 | | | 28,836.72 | |
| Other Priority Taxes | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 4,800.00 | |
| Direct Capital Secured | | | | | | | | | | | | 0.00 | |
| M & M Secured | | | | | | | | | | | | 0.00 | |
| | 84.11 | 84.11 | 84.11 | 84.11 | 84.11 | 84.11 | 84.11 | 84.11 | 84.11 | 84.11 | 168.22 | 1,177.54 | |
| Unsecured | 833.00 | 833.00 | 833.00 | 833.00 | 833.00 | 833.00 | 833.00 | 833.00 | 833.00 | 833.00 | 833.00 | 9,996.00 | |
| Total Reorganization Expenses | $ 29,229.02 | 29,229.02 | 29,229.02 | 29,229.02 | 29,589.17 | 29,589.17 | 31,060.23 | 31,060.23 | 31,396.90 | 31,173.23 | 1,401.22 | 1,401.22 | $ 951,320.77 |
| Net Income after Plan Payment | $ 8,976.79 | 48,621.13 | 41,073.69 | 46,167.54 | 46,464.27 | 9,654.77 | 49,632.93 | 34,333.68 | 31,396.90 | 81,173.23 | 86,685.59 | 87,484.72 | |
| Virginia Behavioral Health Working Capital Fund (VWAC26-100-210) 180 days operating expenses | $ 4,485.39 | 23,310.56 | 20,536.80 | 23,083.77 | 24,732.64 | 4,918.39 | 24,816.46 | 17,169.34 | 15,698.45 | 40,586.61 | 43,342.96 | 43,742.36 | |
| Net income after Working Capital Fund | 4,485.39 | 23,310.56 | 20,536.80 | 23,083.77 | 24,732.64 | 4,918.39 | 2415.46 | 17169.34 | 15698.45 | 4866.61 | 4342.36 | 4742.36 | |
| Ending Balance available in operating account | 660,920.89 | 684,240.45 | 705,177.25 | 728,261.02 | 752,993.65 | 757,912.04 | 782,728.50 | 790,897.84 | 815,596.30 | 856,182.91 | 899,226.86 | 942,968.22 | |

Friday, Feb 14, 2020 12:22:35 PM GMT-8 - Cash Basis

## Civitas Health Services
### Profit and Loss
### Reorganization Budget
### Page 5

Percent Revenue Increase  0.02 EB
Percent Labor Expense  0.01

| | December-24 | January-25 | February-25 | March-25 | April-25 | May-25 | June-25 | July-25 | August-25 | September-25 | October-25 | Plan Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay Dates in month | 4 | 5 | 4 | 4 | 4 | 5 | 4 | 5 | 4 | 4 | 5 | |
| Beginning Balance available for operation | 942,969.22 | 986,051.26 | 1,027,498.91 | 1,060,420.72 | 1,007,454.90 | 1,149,981.10 | 1,172,940.54 | 1,215,670.20 | 1,250,042.74 | 1,263,295.29 | 1,208,849.00 | |
| Monthly Average Income | 386,068.47 | 386,068.47 | 393,779.64 | 401,683.23 | 409,688.34 | 409,688.34 | 401,484.57 | 393,464.68 | 403,301.29 | 413,383.83 | 423,718.42 | |
| **Expenses** | | | | | | | | | | | | |
| Net Payroll | 167,476.04 | 169,190.80 | 170,952.50 | 172,681.63 | 174,389.45 | 216,132.33 | 176,313.65 | 219,797.63 | 192,897.76 | 183,526.74 | 227,065.00 | |
| Federal Payroll Taxes | 52,879.79 | 53,305.68 | 53,805.65 | 54,741.75 | 55,261.85 | 68,514.51 | 56,372.66 | 69,337.79 | 58,335.80 | 56,357.39 | 56,260.80 | |
| State Payroll Taxes | 15,108.60 | 15,209.89 | 15,311.78 | 15,414.90 | 15,518.05 | 19,250.28 | 15,624.24 | 19,537.79 | 16,704.48 | 11,055.63 | 11,166.18 | |
| FUTA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 576.54 | |
| SUTA | 0.00 | 314.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 6009 Bank Service Charges | 153.35 | 153.35 | 153.35 | 153.35 | 153.35 | 153.35 | 153.35 | 153.35 | 153.35 | 153.35 | 153.35 | |
| 6010 Business Licenses & Permits | 100.00 | | | | | | | | | | 8,726.29 | |
| 6014 Employee Training | 71.45 | 72.16 | 72.89 | 73.61 | 74.35 | 75.09 | 75.84 | 76.60 | 77.37 | 78.14 | 78.92 | |
| Total 6015 Hiring Expenses Employee | 5,383.79 | 5,437.63 | 5,492.01 | 5,546.93 | 5,602.40 | 5,658.42 | 5,715.01 | 5,772.16 | 5,829.88 | 5,888.18 | 5,947.06 | |
| **6016 Insurance** | | | | | | | | | | | | |
| 6016-01 Insurance - Medical | 13,192.21 | 13,324.13 | 13,457.37 | 13,591.95 | 13,727.87 | 13,865.14 | 14,003.80 | 14,143.83 | 14,285.27 | 14,428.12 | 14,572.41 | |
| 6016-02 Insurance - Dental | 1,062.69 | 1,073.32 | 1,084.05 | 1,094.89 | 1,105.84 | 1,116.90 | 1,128.07 | 1,139.35 | 1,150.75 | 1,162.25 | 1,173.88 | |
| 6016-03 Insurance - Auto | 670.23 | 670.23 | 670.23 | 670.23 | 670.23 | 670.23 | 670.23 | 670.23 | 670.23 | 670.23 | 670.23 | |
| 6016-05 Insurance - General Liability | 1,176.20 | 1,176.20 | 1,176.20 | 1,176.20 | 1,176.20 | 1,176.20 | 1,176.20 | 1,176.20 | 1,176.20 | 1,176.20 | 1,177.20 | |
| 6016-07 Insurance - Life | 1,154.64 | 1,166.19 | 1,177.85 | 1,189.63 | 1,201.53 | 1,213.54 | 1,225.68 | 1,237.93 | 1,250.31 | 1,262.82 | 1,275.44 | |
| 6016-08 Insurance - Vision | 339.30 | 342.69 | 346.12 | 349.58 | 353.07 | 356.61 | 360.17 | 363.77 | 367.41 | 371.09 | 374.80 | |
| 6016-09 Insurance - Workmen's Comp. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Total 6016 Insurance | 17,087.27 | 17,752.76 | 17,911.83 | 18,072.48 | 18,234.74 | 18,398.62 | 18,564.15 | 18,731.32 | 18,900.17 | 19,070.71 | 19,243.95 | |
| 6018 Legal Fees | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | |
| 6019 Meals and Entertainment | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | |
| 6028 Office Expenses | 898.35 | 898.35 | 898.35 | 898.35 | 898.35 | 898.35 | 898.35 | 898.35 | 898.35 | 898.35 | 898.35 | |
| 6023 Postage | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | |
| 6026 Postage Expenses | 1,423.99 | 1,438.23 | 1,452.62 | 1,467.14 | 1,481.81 | 1,496.63 | 1,511.60 | 1,526.71 | 1,541.98 | 1,557.40 | 1,572.97 | |
| 6026-01 Rent | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | |
| Total 6026 Rent or Lease | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | 21,888.40 | |
| 6027 Repair & Maintenance | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | |
| 6028 Supplies | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 | 1,912.00 | |
| 6030-01 TDT - Food | 1,191.09 | 1,215.03 | 1,227.18 | 1,239.45 | 1,251.85 | 1,264.37 | 1,277.01 | 1,289.78 | 1,302.68 | 1,315.71 | | |
| 6030-02 TDT - Fuel | 595.55 | 601.50 | 607.52 | 613.59 | 619.73 | 625.92 | 632.18 | 638.51 | 644.89 | 651.34 | 657.85 | |
| 6030-04 TDT - General Expenses | 15.99 | 15.99 | 15.99 | 15.99 | 15.99 | 15.99 | 15.99 | 15.99 | 15.99 | 15.99 | 15.99 | |
| 6030-05 TDT - Vehicle Maintenance | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 201.00 | |
| Total 6030 TDT | 2,004.63 | 2,020.49 | 2,038.54 | 2,056.76 | 2,075.17 | 2,093.76 | 2,112.54 | 2,131.51 | 2,150.66 | 2,170.01 | 2,190.55 | |
| Advertising | | | 2,360.00 | | | | | | | | | |
| 40K Contribution | 39.24 | 39.24 | 39.24 | 39.24 | 39.24 | 39.24 | 39.24 | 39.24 | 39.24 | 39.24 | 39.24 | |
| Travel | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | |
| 6031 Technology & Software | 7,684.17 | 9,089.17 | 14,359.92 | 7,727.76 | 9,242.76 | 7,727.76 | 7,865.04 | 9,320.04 | 7,865.04 | 7,883.09 | 9,388.09 | |
| 6033 Utilities | 5,248.29 | 5,248.29 | 5,248.29 | 5,248.29 | 5,248.29 | 5,248.29 | 5,248.29 | 5,248.29 | 5,248.29 | 5,248.29 | 5,248.29 | |
| 6037 Professional Services | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | |
| **Total Expenses** | 298,091.16 | 313,360.05 | 314,303.03 | 305,583.87 | 323,002.93 | 362,136.46 | 314,402.25 | 321,298.26 | 333,434.55 | 322,795.07 | 378,406.80 | 0.00 |
| Net Operating Income prior to plan payments | 87,967.31 | 72,688.42 | 79,476.61 | 95,701.37 | 86,685.41 | 47,551.88 | 87,082.31 | 72,166.42 | 69,866.44 | 90,588.76 | 45,311.62 | 0.00 |
| Virginia Behavioral Health Working Capital Fund(15%ACSS-105-215) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| *90 days operating expenses | | | | | | | | | | | | |
| **Reorganization Expenses** | | | | | | | | | | | | |
| Trustee Fee | | | | | | | | | | | | |
| Plan Total | | | | | | | | | | | | |

| | Confirmed Plan Payment Amount | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Petition Wages | 0.00 | | | | | | | | | | | |
| IRS Priority Principal (Amortized at 3% interest for 37 Payments) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| IRS Priority Interest (Amortized at 3% interest for 37 Payments) | 28,973.58 | | | | | | | | | | | |
| IRS Secured | 621,653.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 33,134.81 | | | | | | | | | | | |
| | $196,532.52 | | | | | | | | | | | |
| VA Department of Taxation | 96,020.07 | 0.00 | | | | | | | | | | |
| Other Priority Taxes | 26,400.00 | 10,400.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 |
| Direct Capital Secured | 0.00 | 0.00 | | | | | | | | | | |
| M & M Secured | 22,055.67 | 338.33 | 168.22 | 170.11 | | | | | | | | |
| Unsecured | 4,207.39 | 14,716.36 | 833.00 | 833.00 | 833.00 | 833.00 | 833.00 | 833.00 | 2,221.34 | 2,221.34 | 2,221.34 | 2,221.34 |
| | 48,036.36 | | | | | | | | | | | |
| | 1,077,013.84 | | | | | | | | | | | |
| **Total Reorganization Expenses** | | $ 1,601.22 | $ 1,803.11 | $ 1,633.00 | $ 1,633.00 | $ 1,633.00 | $ 1,633.00 | $ 1,633.00 | $ 3,421.34 | $ 3,421.34 | $ 3,421.34 | $ 3,421.34 |
| **Net Income after Plan Payment** | | $ 86,166.00 | $ 70,895.31 | $ 77,843.61 | $ 84,068.37 | $ 85,682.41 | $ 85,499.31 | $ 85,499.31 | $ 66,746.08 | $ 66,446.10 | $ 87,167.42 | $ 41,990.28 |
| Virginia Behavioral Health Working Capital Fund(12VAC35-105-210) 90 days operating expenses | | $ 43,083.04 | $ 35,447.66 | $ 38,921.80 | $ 47,034.18 | $ 42,836.20 | $ 22,969.44 | $ 43,729.66 | $ 34,373.54 | $ 33,223.55 | $ 43,583.71 | $ 20,945.14 |
| Net Income after Working Capital Fund | | 43083.04 | 35447.66 | 38921.60 | 47034.18 | 42526.20 | 22989.44 | 42729.66 | 34373.54 | 33222.55 | 43583.71 | 20945.14 |
| Ending Balance available in operating account | | 986,051.26 | 1,021,498.91 | 1,060,420.72 | 1,107,454.90 | 1,149,981.10 | 1,172,940.54 | 1,215,670.20 | 1,250,042.74 | 1,283,265.29 | 1,326,848.00 | 1,347,794.14 |

Label Matrix for local noticing
0422-3
Case 19-34993-KRH
Eastern District of Virginia
Richmond
Wed Feb  2 15:15:42 EST 2022

KC Properties, LLC
c/o Michael D. Mueller, Esquire
Williams Mullen
200 south 10th Street, Suite 1600
Richmond, VA 23219-4061

AF Byrd
5737 S Laburname Avenue
Building 5
Henrico, VA 23231-4431

Aleksandra Gojkovic
2564 Springhaven Drive
Virginia Beach, VA 23456-3997

Amtrust North America
800 Superior Avenue
Cleveland Ohio 44114-2601

Anthem
PO Box 361625
Columbus, OH 43236-1625

Ashley Thompso
1361 Pinefrost Court
Henrico, VA 23231-4712

(p)BB AND T
PO BOX 1847
WILSON NC 27894-1847

Ballentine Manor, Inc.
c/o Benjamin P. Lynch, Jr., Esquire
3105 American Legion Road, Suite D
Chesapeake, VA 23321-5653

Bill Waddington
909 East Main Street Ste 1200
Richmond, VA 23219-3013

AmTrust North America, Inc., on behalf of We
c/o Maurice Wutscher LLP
23611 Chagrin Blvd. Suite 207
Beachwood, OH 44122-5540

United States Bankruptcy Court
701 East Broad Street
Richmond, VA 23219-1888

AT&T
PO Box 2390
Southgate, MI 48195-4390

Alex McClelland
2650 Clary Preston Drive
Henrico, VA 23233-1680

Amy Stewart
11112 Collington Drive
Midlothian, VA 23112-1668

Anthem Health Plans of Virginia, Inc.
d/b/a Anthem Blue Cross and Blue Shield
McGuireWoods LLP (c/o Joseph Sheerin)
800 East Canal Street
Richmond, VA 23219-3956

Ashly Haurand
15 Middlesex Road Apt8
Newport News, VA 23606-3030

BB&T Now Truist
PO Box 1847
Wilson, NC 27894-1847

Barbara O. Carraway, Treasurer
City of Chesapeake
P.O. Box 16495
Chesapeake, VA 23328-6495

Brenda Roots
3017 Mountain Road
Glen Allen, VA 23060-1644

Civitas Health Services, Inc.
5663 South Laburnam Avenue
Henrico, VA 23231-4418

ADP LLC
PO Box 842875
Boston, MA 02284-2875

Accident Fund
PO Box 77000
Detroit Mich 48277-2000

AmTrust North America, Inc. on behalf of
Wesco Insurance Company
c/o Maurice Wutscher LLP
23611 Chagrin Blvd. Suite 207
Beachwood, OH 44122-5540

Anna Bennett
7506Schaaf Drive
Henrico, VA 23229-4924

Ashley Harris
1478 Brownleaf Drive
Richmond, VA 23225-4106

Atlantic Constructors Inc
1401 Battery Brooke Park
Richmond VA 23237-3021

Ballentine Manor
PO Box 730
Carrollton, VA 23314-0730

Berenice Chavez-Rojas
8 West 31st Street
Richmond, VA 23225-4810

COUNTY OF HENRICO, VIRGINIA
ANDREW R. NEWBY, ASST. COUNTY ATTORNEY
P. O. BOX 90775
HENRICO, VIRGINIA 23273-0775

Candice Bullock
11706 Parrish Creek Lane
Midlothian, VA 23112-0000

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance, a division of
AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One Auto Finance, a division of Capi
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One Bank (USA), N.A.
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Carrington Mortgage Services
Attn: Bankruptcy
Po Box 3730
Anaheim, CA 92803-3730

Catherine Oster
8913 Vigil Terrace
Henrico, VA 23231-6580

Cellco Partnership
d/b/a Verizon Wireless
William M Vermette
22001 Loudoun County Pkwy
Ashburn, VA 20147-6122

Central Reach Recovery Solutions
1008 Matlind Way
Milford DE 19963-5300

Cheryl Love
111 Schwarzkopf Drive
Elizabeth City, NC 27909-6385

Christalyn Morris
7492 Olde Grove
Mechanicsville, VA 23111-2245

Christian & Barton, L.L.P.
William N. Waddington
909 East Main Street, Suite 1200
Richmond, VA 23219-3013

Chynesha Hickles
1503 Brook Road
Richmond, VA 23220-2323

Citibank/The Home Depot
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179-0034

City of Virginia Beach
2401 Courthouse Drive Buld 1
Virginia Beach, VA 23456-9120

Comenity Bank/Wayfair
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218-2125

Comm. of VA Department of Medical Assistance
C/O Office of the Attorney General-FRS
P.O. Box 610
Richmond, VA 23218-0610

Commonwealth Radiology
1508 Willow Lawn Drive
Suite 117
Richmond, VA 23230-3421

Commonwealth of Va for DMAS
Attorney General/Jody Allen
900 East Main Street
Richmond, VA 23219-3524

Commonwealth of Virginia
Department of Taxation
PO BOX 2156
Richmond, VA 23218-2156

Courtney Wallace
6341 Sturgeon Point Road
Providence Forge, VA 23140-2711

Crowgey and  Associates
1108 East Main Sttreet Ste 600
Richmond, VA 23219-3534

Crystal Reams
1375 Gills Road
Powhatan, VA 23139-6621

DEPARTMENT OF THE TREASURY – IRS
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

Diona Jones
14113Arwood Road
Disputanta, VA 23842-7406

Direct Capital
155 Commerce Way
Portsmouth, NH 03801-3243

Dominion Energy
P O Box 26543
Colonial Heights, VA 23834-0000

E Fax
PO Box 361595
Columbus, OH 43236-1595

Genesis Bankcard Services
Attn: Bankruptcy Department
Po Box 4477
Beaverton, OR 97076-4401

Guy C. Crowgey, P.C.
1108 E. Main Street, Suite 600
Richmond, VA 23219-3534

Hanover County Treasurer
P.O. Box 430
Hanover, VA 23069-0430

Henrico County Finance
PO Box 90775
Henrico, VA 23273-0775

Henrico County Revenue Divisio
PO Box 90775
Henrico, VA 23273-0775

Hirschler Flesicher Attorneys
2100 East Cary Street
Richmond, VA 23223-7270

Hogge Law
500 E. Plume St., Ste. 800
Norfolk, VA 23510-2311

Hogge Law
500 East Plume Street Ste 800
Richmond, VA 23230-0000

Independent Savings Plan Company (ISPC)
Attn: Bankruptcy
1115 Gunn Highway Suite 100
Odessa, FL 33556-5328

Internal Revenue Service
Centralized Insolvency Operati
P. O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Services
c/o Ms. M Edwards Revenue Off
410 N 8th Street Room 860
Richmond, VA 23219-4838

Jackson Lewis Legal
701 East Byrd Street 17th Floo
Richmond, VA 23219-3921

Jackson Lewis P.C.
1133 Westchester Avenue Suite S 125
West Harrison, NY 10604-3580

James Bevels
10801  Samantha Place
Fredericksburg, VA 22408-8042

James E. Kane
P.O. Box 508
Richmond, VA 23218-0508

James Ross
408 MangoCourt
Richmond, VA 23223-5832

Jefferson Capital Systems
P O Box 772813
Chicago, IL 60677-0113

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Jerri Price
132 Rochdale Lane
Suffolk, VA 23434-2189

Jessica Spain
Atlantic Constructors
1401 Battery Brooke Parkway
Virginia Beach, VA 23455-0000

Jordan Payne
1503 Spring Tree Court, Apt A
Henrico, VA 23228-6212

Kabbage
740 Waukegan Road Ste 404
Deerfield, IL 60015-5505

Kelly Barnhart
580 E Main Street
Suite 300
Norfolk, VA 23510-2323

Kimberly McLeod
700 Stockton Street, #105
Mc Kenzie, TN 38201-0000

Knight Capital Funding
110 SE 6TH Street
Suite 700
Fort Lauderdale, FL 33301-5002

Knight Capital Funding
9 E Loockerman St
#3A-543
Dover, DE 19901-8306

Knight Capital Funding
9 East Loockermann Street
Suite 202-543
Dover, DE 19901-8306

Knight Capital Funding III, LLC
110 SE 6th Street, Suite 700
Fort Lauderdale, FL 33301-5002

Lauris Online
419 Salem Avenue
Roanoke, VA 24016-3613

LeVar Bowers
4912 Valley Crest Dr, Apt 406
Midlothian, VA 23112-2643

Linesha Tinsley
900 Lisson Crescent
Richmond, VA 23225-4242

M and M Automotive II LLC
4950 Jefferson Davis Highway, Suite C
North Chesterfield, VA 23234-3964

Miller Mechanical
9701 Metroploitan Court
Suite C
Richmond, VA 23236-3694

Navient
PO Box 4450
Portland, OR 97208-4450

Nerissa Jones
1012 Annette Str
Chesapeake, VA 23324-3609

Nyria Madison
2515 Crestwood Lane, Apt A
Chesapeake, VA 23324-3944

On Deck
1400 Broadway
New York, NY 10018-5300

On Deck Capital, Inc.
c/o Aubrey Thrasher, LLC
12 Powder Springs Street, Suite 240
Marietta, GA 30064-7205

On Deck Capital, Inc.
c/o Christine Levi
101 West Colfax Ave., 10th Floor
Denver, CO 80202-5167

On Deck Capital, Inc.-Client
4201 Wilson Blvd.
Suite 110-209
Arlington, VA 22203-4417

Parker Pollard
6802 Paragon Place Suite 230
Richmond, VA 23230-1644

Parker Pollard Wilton and Pead
6802 Paragon Place Suite 300
Richmond, VA 23230-1655

Parker, Pollard, Wilton & Peaden, P.C.
c/o Trevor B. Reid
6802 Paragon Place, Suite 300
Richmond, VA 23230-1655

Partnersffcu
400 North 8th Street
Richmond, VA 23219-4805

Patient First
PO Box 759041
Baltimore, MD 21275-9041

Patricia Argueta
5504 Summer Crescent
Virginia Beach, VA 23462-1965

Paycheck
1175 John Street
West Henrietta, NY 14586-9199

Pitney Bowles
PO Biox 963
Buffalo, NY 14226-0963

Porter Realty
4801 Radford Avenue
PO Box 6482
Richmond, VA 23230-0482

Quantum 3 Group LLC
Comenity Bank
P.O. 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
GPCC I LLC
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
MOMA Trust LLC
PO Box 788
Kirkland, WA 98083-0788

Quickbase
150 Cambridge Park
Cambridge MA 02140-2479

RVA/UVA
9507 Lyndonway Drive
Henrico VA 23229-3914

Reginald Nuwordu
9710 Laurel Pine Road
Henrico, VA 23228-1202

Relias Learning
111 Corning Road Suite 250
Cary, NC 27518-9238

SPG Advance
1221 McDonald Ave
Brooklyn, NY 11230-3322

Sabrina Jordon
11103 IngallstonRoad
Henrico, VA 23233-2212

Sadie Johnson
1002 North 27th Street
Richmond, VA 23223-6512

Sarah Alavi
1200 Pantigo Lane, Apt301
Chesapeake, VA 23320-8476

Sean Baskerville
2801Fairfiel Ave.
Richmond, VA 23223-2501

Shapiro & Brown, LLP
501 Independence Pkwy.
Suite 203
Chesapeake, VA 23320-5174

Sharon Akbar
411 Lowell Street
Richmond, VA 23223-6105

Shred it
2883 Network Place
Chicago, IL 60673-1028

Sonja Ayers
7613 Wistar Village Drive
Henrico, VA 23228-3529

Staples Inc
PO Box 361595
Columbus, OH 43236-1595

Stewart Financial Services
13819 Vincent Lane
Midlothian, VA 23114-4616

SublettPearson PLC
P.O. Box 20869
Roanoke, VA 24018-0527

Synchrony/Ashley Furniture Homestore
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

TBF Financial LLC
Attn: Bankruptcy Department
740 Waukegan Road, Suite 404
Deerfield, IL 60015-5505

TBF Financial, LLC
740 Waukegan Rd. Ste. 404
Deerfield, IL 60015-5505

THE NESBITT LAW FIRM
SUBLETTPEARSON PLC
2965 COLONNADE DR., STE 200
ROANOKE, VA 24018-3560

Tabatha Morgan
7504Marbrett Drive #100
Richmond, VA 23225-5013

Terrance Bowers
1204 Alcindor Road
Portsmouth, VA 23701-3812

The Flying Locksmith
1553 Bradford Road Suite 202
Virginia Beach VA 23455-4094

The Flying Locksmiths
1553 Bradford Road Ste 202
Virginia Beach, VA 23455-4094

The Hartford
PO Box 6609916
Dallas TX 75266

The Nesbitt Law Firm
1915 Huguenot Road
Richmond, VA 23235-4315

The Nesbitt Law Firm
1915 Huguenot Road
Suite 303
Richmond, VA 23235-4315

Thomas J. Mott
2220 Mina Lane Dr.
Buford, GA 30518-4423

Tierpoint
12444 POwercourt Drive Ste 450
Saint Louis, MO 63131-3632

Tierpoint LLC
12444 Powers Court Drive
Suite 450
Saint Louis MO 63131-3632

Tiffany Bowen
4720 Windermere Court Apt 3
Virginia Beach, VA 23455-6320

Truist Bankruptcy Section
P.O. Box 1847
Wilson, NC 27894-1847

United Health Care
UHS Premium Building
PO Box 959782
Saint Louis, MO 63195-9782

United Health Care
UHS Premium Building
Saint Louis, MO 63195-9782

UnitedHealthcare Insurance Company
ATTN: CDM/Bankruptcy
185 Asylum Street - 03B
Hartford, CT 06103-3408

Verizon Wireless
P.O. Box 761
Houston, TX 77001-0761

Victoria Davis
881 Gates Ave. Apt 2
Norfolk, VA 23517-0000

Virginia Depart. of Taxation
Office of Customer Service
POB 1777
Richmond, VA 23218-1777

```
Virginia Department of Taxatio          WELLS FARGO BANK N.A.              Wells Fargo Dealer Services
PO Box 1777                             DBA WELLS FARGO AUTO               Attn: Bankruptcy
Richmond, VA 23218-1777                 PO BOX 130000                     Po Box 19657
                                        RALEIGH, NC 27605-1000            Irvine, CA 92623-9657


Whitney Gooch                           Will Mundle                       Wilson law Group
2100 Halifax Ave.                       3206 Midlothian Turnpike,         5000 Monument Avenue
Richmond, VA 23224-6735                 Apt K                             Richmond, VA 23230-3627
                                        Richmond, VA 23224-1871


Windstream                              Arthur E. Peabody                 John P. Fitzgerald, III
3 Golf Center Suite 361                 600 Cameron Street                Office of the US Trustee - Region 4 -R
Hoffman Estates, IL 60169-4910          Alexandria, VA 22314-2506         701 E. Broad Street, Ste. 4304
                                                                          Richmond, VA 23219-1849


Jordan A. Payne                         Paul A. Driscoll                  Steven Shareff
                                        Zemanian Law Group                Attorney and Counselor at Law
                                        223 East City Hall Avenue, Suite 201   115 West Main Street, Suite 1
                                        Norfolk, VA 23510-1700            P.O. Box 729
                                                                          Louisa, VA 23093-0729


W. Greer McCreedy II
The McCreedy Law Group, PLLC
413 West York St
Norfolk, VA 23510-1114
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
BB&T                                    Jefferson Capital Systems LLC
Attn: Bankruptcy                        Po Box 7999
P.O. Box 1847                           Saint Cloud Mn 56302-9617
Wilson, NC 27894-0000
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Alex McClelland, MA, CSAC           (u)CARRINGTON MORTGAGE SERVICES, LLC   (u)United States of America, Internal Revenue
                                                                              0



(u)American Express - 222 Central Park Ave, S   (u)Anthem Health Plans of Virginia, Inc.   (u)Children's Hospital of King's Daug
```

(u)Commissioner of Revenue
PO Box 15285

(d)Direct Capital Corporation
155 Commerce Way
Portsmouth, NH 03801-3243

(u)Envision - PO Box 37992, Philadelphia, PA

(d)Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

(u)Izaiah Bowers
10250 Scots Landing

(d)SPG Advance
1221 McDonald Avenue
Brooklyn, NY 11230-3322

(u)Virginia Employment Commission

(u)Catherine Oster

(u)Crystal Reams

(d)James E. Kane
P.O. Box 508
Richmond, VA 23218-0508

(u)Lemar Allen Bowers
Chief Executive Office/President

(d)Thomas J. Mott
2220 Mina Lane Drive
Buford, GA 30518-4423

End of Label Matrix
Mailable recipients   162
Bypassed recipients    18
Total                 180

In re:                                                                        Case No. 19-34993-KRH

Civitas Health Services, Inc.                                                 Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0422-7 | User: cummingsj | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 09, 2022 | Form ID: pdford3 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Civitas Health Services, Inc., 5663 South Laburnam Avenue, Henrico, VA 23231-4418 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.rh.ecf@usdoj.gov | Feb 10 2022 00:23:00 | UST smg Richmond, Office of the U. S. Trustee, 701 East Broad St., Suite 4304, Richmond, VA 23219-1849 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 11, 2022                Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Craig Hochheiser | on behalf of Creditor AmTrust North America  Inc., on behalf of Wesco Insurance Company ahochheiser@mauricewutscher.com |
| Arthur E. Peabody, Jr. | on behalf of Patient Care Ombudsman Arthur E. Peabody arthurpeabody@mindspring.com |
| James E. Kane | on behalf of Unknown James E. Kane jkane@kaneandpapa.com info@kaneandpapa.com,jason.kane@kaneandpapa.com,jkrumbein@kaneandpapa.com,awilson@kaneandpapa.com,sfalkowski@k |

aneandpapa.com,carolyncrone@icloud.com

James E. Kane

on behalf of Debtor Designee Lemar Allen Bowers jkane@kaneandpapa.com
info@kaneandpapa.com,jason.kane@kaneandpapa.com,jkrumbein@kaneandpapa.com,awilson@kaneandpapa.com,sfalkowski@k
aneandpapa.com,carolyncrone@icloud.com

James E. Kane

on behalf of Debtor LeMar Allen Bowers jkane@kaneandpapa.com
info@kaneandpapa.com,jason.kane@kaneandpapa.com,jkrumbein@kaneandpapa.com,awilson@kaneandpapa.com,sfalkowski@k
aneandpapa.com,carolyncrone@icloud.com

Jason Brill Shorter

on behalf of U.S. Trustee John P. Fitzgerald  III jason.b.shorter@usdoj.gov,
june.e.turner@usdoj.gov;Theresa.E.McPherson@usdoj.gov

John P. Fitzgerald, III

USTPRegion04.RH.ECF@usdoj.gov

Kathryn R. Montgomery

on behalf of U.S. Trustee John P. Fitzgerald  III Kathryn.Montgomery@usdoj.gov,
june.e.turner@usdoj.gov;theresa.e.mcpherson@usdoj.gov;Shannon.pecoraro@usdoj.gov;jason.b.shorter@usdoj.gov;peggy.t.flinch
um@usdoj.gov;Christina.Schruefer@usdoj.gov

Malcolm Brooks Savage, III

on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC LOGSECF@logs.com

Mary F. Balthasar Lake

on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC LOGSECF@logs.com

Michael D. Mueller

on behalf of Creditor KC Properties  LLC mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Paul A. Driscoll

on behalf of Trustee Paul A. Driscoll paul@zemanianlaw.com

Paul A. Driscoll

paul@zemanianlaw.com

Robert P. McIntosh

on behalf of Creditor United States of America  Internal Revenue Service Robert.McIntosh@usdoj.gov,
USAVAE.RIC.ECF.CIVIL@usdoj.gov;Carol.Lewis@usdoj.gov;CLewis@usa.doj.gov

Steven Shareff

on behalf of Debtor Civitas Health Services  Inc. SRESEARCH39@aol.com

W. Greer McCreedy, II

on behalf of Patient Care Ombudsman Arthur E. Peabody McCreedy@McCreedylaw.com
mlaw230@gmail.com;paralegal@McCreedylaw.com;melissa.patti.ecf@gmail.com;mccreedytr75390@notify.bestcase.com

W. Greer McCreedy, II

on behalf of Debtor Civitas Health Services  Inc. McCreedy@McCreedylaw.com,
mlaw230@gmail.com;paralegal@McCreedylaw.com;melissa.patti.ecf@gmail.com;mccreedytr75390@notify.bestcase.com

TOTAL: 17